# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No.: 06-089 (RWR)** |
| **NIZAR TRABELSI,** ) | |
|   also known as Nizar ben Abdelaziz Trabelsi, ) | |
|   also known as "Abu Qâ'Qâ," ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order concerning the production of discovery by the parties in the above-captioned case.  The United States and the defense have reached an agreement as to the proposed protective order.  Therefore, the United States is authorized to represent to the Court that the defense does not oppose this motion or the entry of the attached protective order.

        Respectfully submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY

By:     /s/
        JONATHAN M. MALIS
        Assistant United States Attorney
        D.C. Bar Number 454-547
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530

Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov


            /s/
OPHER SHWEIKI
Assistant United States Attorney
D.C. Bar Number 458-776
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1751
Opher.Shweiki@usdoj.gov


            /s/
MARA KOHN
Trial Attorney
South Dakota Bar Number 2281
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 532-4592
Mara.Kohn2@usdoj.gov


CERTIFICATE OF SERVICE

A copy of the foregoing was served via the Court's Electronic Case Filing system on counsel for the defendant on this 9th day of October, 2013.

            /s/
JONATHAN M. MALIS
Assistant United States Attorney