UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

v.  :  06-CR-089 (RWR)

NIZAR TRABELSI  :

ORDER

Upon consideration of Nizar Trabelsi's Unopposed Motion for Authorization for Interpreter to Attend Legal Visits and finding good cause shown, it is this 24th day of October, 2013, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Alain Bertrand Wedeu shall be permitted to attend legal visits with counsel in the cell block and at the Rappahannock Region Jail.

_____
CHIEF JUDGE RICHARD W. ROBERTS