1

BRUSSELS DISTRICT
COURT OF FIRST INSTANCE
-----------------------
Office of
Examining Judge
*Christian de VALKENEER*

## NOTICE BY COURT
### Interrogation * Interpreter*

Given letters rogatory No. 1011/2002 issued by the U.S. Department of Justice, Criminal Division, dated June 24, 2002,

On 28 June 2002, at 2:46 PM,

Before us, Christian de VALKENEER, Examining Judge of the Court of First Instance of Brussels, Assisted by Mr. J. DE RIDDER, our Court Clerk,
- In the presence of Messrs. Bonte and Grignard, members of Brussels DJS
- of Mr. Bernard MICHEL, acting on behalf of the King's Prosecutor,
- of Attorney Fernande Motte de Raedt, Mr. Trabelsi's counsel, this being upon Mr. Trabelsi's request;
Mr. Michel notes his agreement regarding the presence of Mr. Trabelsi's counsel.

And in the presence of Mr. James A. MORRIS, legal attaché at the U.S. Embassy, and Mr. Frederickx B. WONG, legal attaché at the U.S. Embassy, both being posted to the U.S. Embassy in Brussels.

Appears in our chambers at the Brussels Courthouse, the individual identified below:

With the assistance of Mrs. Raja Snoussi, born on July 13, 1957, who took the following oath: "I swear to translate faithfully the matters that will be exchanged by parties who speak different languages", he advises us that he elects to express himself in Arabic for all his statements during these proceedings.

We acknowledge this to him and he answers as follow the questions we are putting to him in this language:

E.J. Please state your name, first name(s), place and date of birth, domicile and/or place of residence?

2

A: Nizar TRABELSI
Born in Sfax (Tunisia) on July 22, 1970
Residing in Uccle, 3, Rue Mozart, in Uccle
Tunisian citizen
Presently detained in the Forest Prison

I am informing you :
a) That you may demand that all questions that are asked of you and your responses be recorded using the same words that you used;
b) That your statement may be used as legal evidence and that you have the right not to make any statement.
c) That you have the right to ask to be formally charged or that hearings be held;
d) That you have the right to ask for a free copy of the transcript of these proceedings;

You are showing me a set of 23 photographs that were transmitted by the American authorities. Among these, I think I can recognize the person in picture No. 2. I met him in Kandahar at Usama Bin Laden's place. I think that this boy was of Yemeni origin and that he had been in Afghanistan for a while. He was about 1.70 m tall. He was slender. I think that he is dead.
I met him at a villa where people come to rest after going through training. It is located at 100 meters to the right of the library run by Abou Hafs, the Mauritanian.
The latter is the main person in charge of communications for Usama Bin Laden.
I must point out that there were four camps in Kandahar. One is called the airport camp, and the other one Farouk.
I also recognize on picture No.13 an individual whom I met at the airport camp in Kandahar. It was when a party had been organized against the Americans and Ayman Zawahiri had shaken Usama Bin Laden's hands as a sign of alliance against the Americans.
That handshake was actually filmed.
He spoke in Arabic, I think. I do not know what his citizenship was.
I must add that Abou Zoubeida had a "Z"-shaped scar on the right side of his skull. I provided him with a product to use in order to conceal his scar.

3

I have also been to the al Qaeda information center in Kandahar. I am making you a sketch of the site. You tell me that it will be attached to this Report.
I do not know the other persons whose pictures you are showing me.
You are advising me that copies of these are attached to this Report.

You have asked me whether my statements needed to be corrected or added to.

**I wish to receive a copy of my examination; my signature will serve as receipt.**

**Examination concluded at 5:00 PM.**

No other person intervened during this interrogation and no special circumstance took place.

**After reading, confirms and signs.**

TRABELSI TRANSLATED 29-003