FROM U.S. ATTY'S OFC.  (FRI)11. 5'04 17:28/ST. 17:22/NO. 4861053615 P 20

Precedence: IMMEDIATE                    Date: 07/05/2002

To: Counterterrorism          Attn: ITOS, SC Arena
                                    RFU, SSA Kosanovich
                                    UBLU, SSA Cordero
    Boston                          SA Davis
    Buffalo                         SA Choldin
    New York                        I-46
    Washington Field                NS-12

From: Brussels
      Contact:  , 011-32-2-512-5519

Approved By: Wong Frederick

Drafted By: Paun David W:dwp

Case ID #: (U)  265A-WF-222937    (Pending)
           (U)  265A-WF-222937-BL (Pending)

Title:  (U)  DJAMEL BEGHAL;
             NIZAR TRABELSI;
             ET AL;
             PLOT TO ATTACK THE US EMBASSY PARIS;
             OO:WFO

Synopsis: (U) Report results of interview of Nizar Trabelsi.

Administrative: (U) It should be noted that this was the first interview with Trabelsi conducted by the WFO/DOJ investigative team. Legat Brussels has spoken with Trabelsi on one previous occasion. It is anticipated that Trabelsi will be interviewed again on Tuesday, 07/09/2002. It should also be noted that the information provided below by Trabelsi should not be attributed to Trabelsi without prior approval from WFO.

Details: (U) An investigative team, composed of SSA Ed Montooth, DOJ/TVCS Deputy Director Cathleen Corken, SA Dave Paun, and Language Specialist Aderazzak Kouar interviewed Nizar Trabelsi in the chambers of Investigative Magistrate (IM) DeValkeneer on 07/05/2002. Also present were LEGAT Wong, ALAT Morris, IM DeValkeneer, one of his Prosecutors, one of Trabelsi's Defense Attorneys Mr. DeQereug, and an additional translator, provided by the Belgians.

(U) It should be noted that on the previous day, a meeting was held between the WFO/DOJ investigative team and Trabelsi's defense lawyers in order to arrange the parameters and

FROM U. S. ATTY'S OFC.                    (FRI)11. 5'04 17:29/ST. 17:22/NO. 4861053615 P 21

conditions under which Trabelsi would agree to talk with the US authorities. The details of that meeting will be provided under separate cover.

(U)    For the benefit of receiving entities, WFO was not able to address all of the threat issues previously discussed by Trabelsi with Legat Brussels on 06/25/2002 due to DeValkeneer's time constraints. WFO intends on continuing the interview on 07/09/2002.

(U)    It should be noted that the previous day, in a meeting with IM DeValkeneer, the US investigative team was advised that the Belgians were in possession of a telephone conversation in which Richard Colvin Reid received a phone call from an individual claiming to be the brother of Sarah. The conversation continues in a coded fashion. IM DeValkeneer did not give specific details of the call in question.

(U)    While he was speaking about codenames, Trabelsi advised that he was almost positive that the codename for the September 11, 2001 operation was "Mohammed Dora" the name of the Palestinian youth that was shot by the Israeli Army while his father was trying to shield him.

(U)    Trabelsi then stated that he had also seen a world map at the home of UBL. According to Trabelsi, this map had red and green marks, it was unclear if Trabelsi meant stickers or some type of pin, all over the map. Trabelsi was asked to recall the locations that were identified. Trabelsi claimed that there were many, he would not provide a number, and that they were scattered all over the world. When asked which of UBL's homes this was located at, Trabelsi claimed that UBL only had one home, and that it was located between downtown Kandahar and the Kandahar Airport.

(U)    Trabelsi was then asked to recall the names of the 76 individuals that had attended the meeting in which terrorism targets were identified and selected. Trabelsi advised that he would put the names he remembers in two groups. Those names that were true, and those he knew to be an alias.

       (U)  True Names:
       -Zakaria Ghamdi
       -Imad Gitti
       -Mohamed Gitti
       -Mohammed Mahdher
       -Mostefa Ahmed

       (U)  Alias:
       -Abu Monzir

-Abu Al-Barar
-Abu Al-Leith
-Abu Hajir, Trabelsi said he was Yemeni and crazy, no further information provided.
-Abu Farook, who was Jamacian.

(U) Trabelsi then wrote down the name Prince Majed. When asked to explain this reference, Trabelsi stated that the cousin of Saudi Royal Prince Majed was also at the meeting of 76 individuals. According to Trabelsi, this is the same individual that Trabelsi had previously identified to Legat Brussels as wanting to travel to the US to plant an explosive device in the cargo hold of a US airliner. When asked what the name of this individual was, Trabelsi stated that he knew him as Huzeifa/Hondhaifa (PHONETIC), but that was not his real name. According to Trabelsi, Huzeifa/Hondhaifa was going to travel to the US and then to Australia where his father was a Saudi Diplomat. When asked if Huzeifa/Hondhaifa possessed the ability to carry out such an operation, Trabelsi did state that he was very experienced in explosive matters and creating bombs. Trabelsi characterized Huzeifa/Hondhaifa as being "crazy", noting that many people had heard about Huzeifa/Hondhaifa's plan because he had a big mouth.

(U) When asked who provided the explosives training to Trabelsi and others in the camp, Trabelsi stated the name Seif El Adl. Trabelsi stated that the US should already know this because El Adl is in US custody. When asked how Trabelsi knew this, he would not give an answer.

(U) When Trabelsi was asked when Huzeifa/Hondhaifa left Afghanistan, he replied that he left approximately the same time he (Trabelsi) did.

(U) Trabelsi then mentioned that many of the individuals that received Al-Qaeda training in Afghanistan would stay at the Hotel Raul Pindi in Islamabad, Pakistan as they made their way out of Afghanistan. Trabelsi stated that he also stayed in this hotel. Trabelsi added that it might be worth the time of the US Government to obtain the registry information from the hotel for additional names/identifications.

(U) It was at this point of the interview that IM DeValkeneer got into a very long conversation with Trabelsi regarding the hotel and a previous statement that had been made by Trabelsi. When SA Paun attempted to get the interview back on track, IM DeValkeneer stated that it was very important that he speak with Trabelsi. Following their conversation, the interview was terminated by IM DeValkeneer because Trabelsi had to be transported back to his jail cell. IM DeValkeneer advised that the interview would continue on 07/09/2002.

FROM U. S. ATTY'S OFC.                    (FRI)11. 5' 04 17:29/ST. 17:22/NO. 4861053615 P 23

(U) In closing, due to the manner in which the interview was carried out, it was not possible to address all of the follow-up questions that needed to be addressed. This will take place at the next interview. It was the interviewing teams impression that while Trabelsi stated at the beginning of the interview that he was going to tell everything he knew, he was in fact still withholding information.

TRABELSI TRANSLATED 30-004