FROM U.S. ATTY'S OFC.                    (FRI)11. 5'04 17:24/ST. 17:22/NO. 4861053615 P  8

07/10/2002

Precedence:  IMMEDIATE                            Date:  07/10/2002

To:  Counterterrorism              Attn:  ITOS, SC Arena
                                          RFU, SSA Kosanovich
                                          IOS Howell
                                          K. Shores
           Boston                         UBLU, SSA Cordero
                                          SSA Lange
           Buffalo                        SA Davis
           Madrid                         SA Britten
           New York                       Legat
           Paris                          I-46
           Washington Field               Legat
                                          NS-12

From:  Brussels
         Contact:  , 011-32-2-512-5519

Approved By:  Wong Frederick

Drafted By:  Paun David W:dwp

Case ID #:  (U)  265A-WF-222937   (Pending)
            (U)  265A-WF-222937-BL  (Pending)

Title:  (U)  DJAMEL BEGHAL;
             NIZAR TRABELSI;
             ET AL;
             PLOT TO ATTACK THE US EMBASSY PARIS;
             AOT-IT;
             OO:WFO

Synopsis:  (U)  Report results of second interview with Nizar
Trabelsi.

Administrative:  (U)  It should be noted that this was the second
interview with Trabelsi conducted by the WFO/DOJ investigative
team. Legat Brussels has spoken with Trabelsi on one previous
occasion. It is anticipated that Trabelsi will be interviewed
again on Wednesday, 07/10/2002. This will be the last interview
with Trabelsi during this trip. It should also be noted that the
information provided below by Trabelsi should not be attributed
to Trabelsi without prior approval from WFO.

Details:  (U)  This electronic communication (EC) should be read
in conjunction with the referenced communication.

TRABELSI TRANSLATED 31-001

FROM U.S. ATTY'S OFC.                    (FRI)11. 5'04 17:25/ST. 17:22/NO. 4861053615 P 9

/10/2002

    (U)   An investigative team, composed of DOJ/TVCS Deputy Chief Cathleen Corken, SA Dave Paun, and Language Specialist Aderazzak Kouar interviewed Nizar Trabelsi in the chambers of Investigative Magistrate (IM) DeValkeneer on 07/09/2002. Also present were ALAT Morris, IM DeValkeneer, one of Trabelsi's Defense Attorneys Mr. Jeguevy, and an additional translator, provided by the Belgians.

    (U)   As with the interview of 07/05/2002, Trabelsi was advised of his rights before the interview began. It should also be noted that during both of the interviews, Trabelsi had one of his defense attorneys present during the entire interview.

    (U)   When reading the below noted information it should be noted that Trabelsi will provide information to a point where he begins to feel uncomfortable. The investigators have noticed that when Trabelsi reaches this point, he will either engage IM DeValkeneer in a different subject that he knows will be of interest to IM DeValkeneer or will ask the IM to use the washroom, which he is then allowed to use. While more often than not,  this tends to be an obstruction, IM DeValkeneer has had discussions with Trabelsi in the washroom that have lead to additional information.

    (U)   Trabelsi was then asked to provide information relating to Fayez. When Trabelsi was asked if the name Fayez was a true name, he responded, "only god knows". Trabelsi advised that Abu Hafs introduced him to Fayez and that was the only name that he knew him by. When asked how he would contact Fayez, Trabelsi provided the following telephone numbers. Trabelsi believed these numbers to be cellular telephone numbers: #00923009273605, #00923009279361, and #00923009559757. Trabelsi had the phone numbers written in a book that was seized during Trabelsi's arrest. While the numbers in the book were different, Trabelsi explained that he had created his own personal code to write down telephone numbers different than what they actually were. Trabelsi stated that he would leave a number out of the sequence, but write it above the actual telephone number. Trabelsi also provided two Internet addresses that he would maintain E-mail contact with Fayez. The first, which was Trabelsi's E-mail address, was ferdaws7@caramel.com; and the second, which Trabelsi claimed was Fayez's, was tawhid7@1422. Trabelsi claimed that there was additional information following the "1422", but that he could not recall the rest of the address. Trabelsi claimed that he used Fayez's Internet address approximately three times during August and September of 2001 in a cyber café on Le Monyaey Ave. in Brussels. According to

TRABELSI TRANSLATED 31-002

FROM U.S. ATTY'S OFC.                    (FRI)11. 5'04 17:25/ST. 17:22/NO. 4861053615 P 10

J7/10/2002

Trabelsi, Fayez would call him and tell him that a message was waiting in his (Fayez's) mailbox. Trabelsi claimed that he would then access Fayez's E-mail account and retrieve the message. Trabelsi advised that his password for E-mail was "Sarah". When asked if anyone else ever used Fayez's E-mail account, Trabelsi advised that there were two other individuals in Pakistan that worked with Fayez that would use the account. Trabelsi did not provide additional information on these two individuals.

     (U)  Regarding Trabelsi's stay at the Merhan Hotel in Karachi, Pakistan, 06/14-30/2001, Trabelsi claimed that he had two basic priorities while in Pakistan. The first was to exit Pakistan without any problems. The second was to work out a way to communicate with Fayez, and to obtain monies for his operation, Kleine-Bruegel. According to Trabelsi, during the time that he was at the Merhan, three other members of his team for Kleine-Bruegel were also staying in a hotel close to Trabelsi. Trabelsi stated that he and the other team members met separately with Fayez during their stay in Karachi. Trabelsi stated that the other team members were Huzeifa, approximately 28-30 years of age (yoa), who was a Saudi national. This is a different Huzeifa than reported in the 07/05/2002 Brussels EC. Hassan, approximately 23-24 yoa, who was Yemeni; and Leith, approximately 30 yoa, who was also Yemeni. This Leith is different than the Abu Leith detailed in the 07/05/2002 Brussels EC.

     (U)  Trabelsi advised that he stayed in the Presidential Suite while at the Merhan Hotel. Trabelsi claimed that he stayed their alone and that he paid cash, US Dollars, for the room. When asked about the money that he received in Karachi, Trabelsi stated that he was supposed to get the money from Fayez, but Fayez had to return to Kandahar. Trabelsi explained that Fayez phoned and made arrangements with Trabelsi to have one of his (Fayez's) friends come by the Merhan Hotel with the money. Trabelsi claimed that he phoned down to the reception desk to tell them that he was expecting a guest. When asked what this "friend's" name was, Trabelsi responded that he could not recall, but that he often used one of Fayez's phone numbers as a contact, #00923009273605. Trabelsi advised that when this individual showed up at his hotel room, he had $50,000.00 US Dollars, in one hundred dollar denominations, with him. Trabelsi claimed that he only kept $10,000.00 and that he sent the rest back to Fayez with this friend. When asked what he used the money for, Trabelsi stated that he paid for his hotel, plane tickets, and everyday expenses. Trabelsi added that he also used this money to purchase chemicals for the operation.

     (U)  When asked about how he, Huzeifa, Hassan, and Leith departed Karachi, Trabelsi provided the following information:

TRABELSI TRANSLATED 31-003

7/10/2002

    (U)   Huzeifa was the first to leave Pakistan. Trabelsi stated that he left sometime between 06/14-30/2001. Trabelsi was not sure which route he used to leave Pakistan, but stated that he made his way to Holland because Trabelsi contacted him there following his own departure from Pakistan.

    (U)   Trabelsi was the second member to leave Pakistan. Trabelsi claimed that he took a Pakistani International Airline flight from Karachi to Dubai, UAE. From Dubai, Trabelsi claimed to have flown on Swiss Air to Zurich. From Zurich, Trabelsi traveled on Lufthansa to Frankfurt, Germany. From Frankfurt, Trabelsi took KLM to Amsterdam. When asked when this travel took place, Trabelsi advised that he traveled on 07/01/2001. Trabelsi stated that he traveled in his real name on a valid Tunisian Passport. Trabelsi did advise that the visas he needed for travel were stamped into his passport by Abu Hafs. Trabelsi added as a side note that he has permanent residency in Germany.

    (U)   Hassan and Leith were the last members to leave Pakistan. Trabelsi could not be sure of the route or time frame, but believed that they traveled together in mid-July 2001 with an end destination of Amsterdam.When asked how he knew their general travel, Trabelsi claimed that when he contacted Huzeifa in Holland, he was told that Hassan and Leith had made it to Amsterdam. Trabelsi stated that Leith traveled on a Saudi Passport that belonged to a Saudi National that had died fighting Massoud's forces in Afghanistan. He could not provide the name.

    (U)   When asked how he got his money while he was in Pakistan, Trabelsi claimed that money was sent to him from the United Kingdom (UK). According to Trabelsi, he used his real name, passport, and banks in Pakistan to receive his funds. Trabelsi added that when he went to Belgium, from Afghanistan, he was supposed to open a bank account. But, he was arrested before he could open the account.

    (U)   When asked how he was receiving the funds in Belgium since he had not opened a bank account, Trabelsi advised that he was given a phone number of a Pakistani male in the UK. When Trabelsi called this Pakistani in the UK, Trabelsi could not recall his name, he was given another telephone number and a code to use when he called the number. Trabelsi claimed that this second number belonged to the Pakistani cousin of the Pakistani that lived in the UK. Trabelsi further advised that while he couldn't recall the telephone number in question, he did recall that it did not have a Belgian Country Code. According to Trabelsi, the cousin, whose name he could not recall, was living in Belgium. Trabelsi stated that he made contact with the cousin and that they subsequently met. Trabelsi advised that he received $40,000.00 US Dollars from this man. Trabelsi stated that he kept

TRABELSI TRANSLATED 31-004

7/10/2002

$20,000.00 for himself and later delivered $20,000.00 to Huzeifa in Holland.

(U)  Trabelsi advised that after arriving in Belgium, he went to Holland to conduct additional surveillance of Kleine-Bruegel. Trabelsi claimed that the base had already been scouted, but he needed to become more familiar with it. Trabelsi stated that he drove his car to an area on the highway that had a kiosk, where he parked. Trabelsi then got into a van with Huzeifa and they drove along the main highway until they exited and took a secondary road. Trabelsi stated that they traveled straight for approximately 10-15 minutes until they reached the base area. IM DeValkeneer then had Trabelsi draw a general map of the area and said that he would check the map against the Kleine-Bruegel area.

(U)  When talking about the timing for the below noted operations, Trabelsi stated that while he could not provide a time frame for the execution of the operations, he could state what his understanding was relating to the Kleine-Bruegel operation. Trabelsi claimed that when the chemicals were purchased, they were to contact Fayez, who would in turn contact Abu Hafs with the progress report. Following this contact, when the explosive device was put together, they would again contact Fayez, who would contact Abu Hafs, who would then contact Usama bin Laden for an execution date. Trabelsi stated that it was his belief that the other operational dates were also set this way, via Fayez, Abu Hafs, and bin Laden.

MEETING OF 76 APPROX. MAY/JUNE 2001:

(U)  Trabelsi was asked if he could recall any additional names, other than those provided on 07/05/2002. He replied that he could not.

(U)  Trabelsi was asked how he knew there were 76 individuals at this meeting. He replied that he was given this figure by Abu Hafs.

(U)  Trabelsi was asked if his team members were present at the meeting (Huzeifa, Hassan, Leith). Trabelsi replied that they were present, and that Huzeifa was actually the individual who was in charge of the Kleine-Bruegel operation.

(U)  Trabelsi was asked who led the meeting. Trabelsi claimed that Usama bin Laden, Ayman Al-Zawhiri, and Abu Hafs were the leaders of the meeting.

7/10/2002

    (U)   When asked how targets were picked and/or assigned, Trabelsi replied that he actually picked Kleine-Bruegel because he was familiar with its existence and that he wanted a military target. Trabelsi stated that there was also a book of targets.

    (U)   When asked what the other targets were, Trabelsi stated that there was Canada, which he stated he already provided information on. There was the White House, the Statue of Liberty, Trabelsi did not know the name of the Statue of Liberty, he made hand gestures to his interpreter. Trabelsi also said that there was a military base in Canada.

    (U)   It was at this point that Trabelsi engaged IM DeValkeneer in a conversation, thus ending the discussion about the 76 individuals and targeting list.

    (U)   Following the discussion, due to time restraints, it was decided to try and address as many threats as possible.

**CANADIAN MILITARY BASE:**

    (U)   When re-addressing information previously provided regarding a threat to an alleged US military base in Canada, Trabelsi stated that there was the black male, previously identified as Abu Mohnder, who is actually Abu Al-Munzir. Investigators believe that the name difference was due to translation. That being said, Al-Munzir is still believed to be an alias according to Trabelsi. Trabelsi stated that Al-Munzir has a daughter and that he frequently traveled between New York and California, possibly Los Angeles. According to Trabelsi, Al-Munzir would leave New York to attend Friday prayer services at a large Mosque in California. Trabelsi added that he believed that this Mosque had been built in 1998/1999, and that it was paid for by a Saudi Prince. Trabelsi stated that Al-Munzir would stay in California following Friday prayers and would return to New York on Sunday.

    (U)   Trabelsi claimed that Al-Munzir was actually involved in two operations. The first being the Canadian Military Base, and the second being the previously described Las Vegas operation. When asked to explain, Trabelsi stated that Al-Munzir was supposed to purchase two airplanes, one for Canada and the other for Las Vegas. He was also to purchase the chemicals for both operations. Trabelsi explained that Al-Munzir was to purchase the planes and the chemicals but he was not to be involved in the actual attack.

    (U)   When asked if he knew the name of the military

7/10/2002

base that was to be attacked, Trabelsi replied that he did not.

(U)  When asked if he knew a location for the military base, Trabelsi stated that he did not.

(U)  When asked if he knew the proposed date for the attack, Trabelsi stated that he did not.

(U)  Trabelsi did advise that as previously mentioned, M'Hemmed Guiiti was going to be one of the pilots for one of the two planes.

**SAUDI (JEDDAH) THREAT:**

(U)  According to Trabelsi, he met eight Saudi Nationals while staying in a villa in the Kandahar region. Trabelsi claimed that three of the individuals were brothers, while the other five were from the same village in Saudi Arabia that the brothers were from, Azizia. Trabelsi claimed that while they were together in the villa, he befriended one of the brothers named Adel (LNU). Trabelsi thought that this name, Adel, was his true name. Adel was approximately 30 yoa. The other brothers were Bara (LNU), approximately 18 yoa; and Assadullah (LNU), approximately 22-25 yoa. Trabelsi claimed that he did not know the names of the five other Saudis.

(U)  According to Trabelsi, who stated that he received the information directly from Adel and Bara, the operation was to attack a US Base in Jeddah, Saudi Arabia that housed "many boats". Adel told Trabelsi that they had a Saudi individual that worked on a boat that delivered food to the US Base. This individual was not a direct participant in the operation, but provided logistical support, ie. casing and surveillance information relating to facilities inside of the base. Trabelsi stated that Adel mentioned to him that the base housed a discotheque. Trabelsi was asked for the name of this individual but stated that he never knew his name.

(U)  According to the operation, the brothers were supposed to buy four trucks, 800 kilos to 1 ton, that would be outfitted with explosive devices. The trucks would have two occupants each and would attack the base at the same time. Trabelsi stated that this was to be a suicide mission and that the trucks would enter the base at night.

(U)  When asked how they would enter the base, Trabelsi stated that the individual who worked on the boat told one of the brothers how to get onto the base. Trabelsi stated that this individual may have provided additional help, but he could not be

07/10/2002

sure.

(U)  When asked to provide any information on the explosive devices, Trabelsi stated that the chemicals were the same as the list that was seized at his apartment, Hydrazine, Nitrates, and Acids. Trabelsi did add that this device would do more harm because they were to add nails to the device. Trabelsi advised that the "bomb" would be surrounded by an acid, and that nails would sit on top of the device. When asked how the device would be detonated, Trabelsi stated that hydrogen peroxide would be put with a timer. According to Trabelsi, it would take approximately fifteen days to put together this kind/size of device.

(U)  When asked when the last time was that he saw the three brothers or five others involved in the operation, Trabelsi replied that he last saw them just prior to his own departure from Afghanistan. It was Trabelsi's understanding that the entire team left together and went from Kandahar to Kabul, Kabul to Jallalabad, Jallalabad to Turkhum, and then Turkhum to Peshawar. Trabelsi stated that there was a Saudi who had a villa in the Hayat Abad neighborhood of Peshawar that was friends with the brothers. This Saudi had previously lost his leg to a landmine in Afghanistan and was married to a Morrocan woman. Trabelsi claimed that he could not recall his name. Trabelsi claimed that because this was not a normal route to depart Afghanistan, the team needed someone to facilitate their travel between Kabul and Peshawar. Trabelsi did not know who assisted the team.

(U)  Trabelsi advised that he did not know which of the team members would drive the four trucks. But, he did state that one of the brothers had already claimed to have previously taken photographs of the base and sent them on to Usama bin Laden.

(U)  When asked who the leader of this operation was, Trabelsi replied that the youngest brother, Bara, was the operational leader. Bara was also a bomb engineer.

(U)  When asked if there was a codename for this operation, Trabelsi advised that Bara told him that the codename was "Hazr", which is Arabic for blockade. Trabelsi stated that Bara even made a rhyme using the codename.

(U)  When asked about funding for the operation, Trabelsi advised that it was his understanding that Abu Hafs would provide any financial funding.

FROM U. S. ATTY'S OFC.                    (FRI)11. 5'04 17:27/ST. 17:22/NO. 4861053615 P 16

·7/10/2002

## ADDITIONAL PHOTOGRAPHS:

(U)   Trabelsi was then shown a photograph depicting Abderraouf Jdey. Trabelsi advised that he believed that the photograph was of an individual by the name of Hamza Al-Ghamdi. When asked who Al-Ghamdi was, Trabelsi advised that he knew Al-Ghamdi to be the bodyguard for Usama bin Laden. Trabelsi stated that Al-Ghamdi was always with bin Laden. Trabelsi did not provide any additional information.

(U)   Trabelsi was then shown a photograph depicting Ramzi Bin Al-Shibh. Trabelsi stated that he could not recall the name of this individual but that he knew from media reports that he had been arrested in Germany due to his associations with Mohammad Atta. Trabelsi advised that he had no personal knowledge of Bin Al-Shibh.

## ADDITIONAL THREATS:

(U)   Trabelsi was then asked if he was aware of any additional threats to US interests, overseas and in the US, that the investigators should be aware of. Trabelsi advised that there were many threats and/or operations. When asked to provide information, Trabelsi explained that he was aware of two threats in the country of Spain. It should be noted that while Trabelsi stated that he was aware of two threats, he stated that he could only remember one:

## US EMBASSY (SPAIN):

(U)   Trabelsi claimed that in June 2001, he was told of a suicide operation directed against the US Embassy in Spain. According to Trabelsi, who was given this information by Hassan (LNU), who is approximately 22/23 yoa, with green eyes. Hassan told Trabelsi that a vehicle, identical to a US Embassy vehicle, would be loaded with explosives and driven into the embassy compound. The Hassan mentioned in this operation is different than the Hassan involved in Trabelsi's operation at Kleine-Bruegel.

(U)   Trabelsi stated that he knew Hassan, who was Egyptian, from Afghanistan. Hassan was to be the leader of this operation, and he would have a second unnamed Egyptian with him and a third person that Trabelsi stated was a Saudi. Trabelsi did not know the name of the Saudi individual.

(U)   Trabelsi stated that the team was to get a car that was identical to a US Embassy vehicle, to include the diplomatic tags. When the real US Embassy vehicle left the

07/10/2002

embassy compound, the vehicle with the explosives would be driven to the Embassy and exploded. Trabelsi could not provide specifics as to the type of vehicle or the manner in which they would gain access to the Embassy compound.

(U)  Trabelsi was asked whose idea this was, and stated that while the target was picked by Abu Hafs, the plan relating to the vehicle was provided by Hassan. Hassan had told Trabelsi that surveillance and photographs had already been prepared for the Embassy. When asked about the time frame in which the surveillance took place, Trabelsi stated that he did not know.

(U)  When asked how the team had traveled out of Afghanistan and into Spain, Trabelsi advised that all he knew is that the team stayed in a hotel in Karachi, Pakistan during their travel. Trabelsi did not know the name of the hotel. Trabelsi believed that the team may be in Spain by now.

(U)  When asked about the chemicals for the explosive device, Trabelsi stated that it would be made with the chemicals noted on his list. Trabelsi stated that these chemicals were used to build the explosive devices because they were easy to obtain.

(U)  Trabelsi was asked, but advised that he did not know what type of passports that the team would have traveled under. Trabelsi did state that it was his impression that the team would need help in Spain. According to Trabelsi, none of the members spoke Spanish or were familiar with Spain. Trabelsi further advised that when he entered Amsterdam and spoke with Huzeifa on a cell phone, Huzeifa told him that he (Huzeifa) was going to Spain for approximately 4 to 5 days.

(U)  Trabelsi was asked if he knew anything about the financing for this operation, to which he replied that he did not. Trabelsi stated that this was all that he knew about the operation.

REMOTE CONTROLLED MODEL AIRPLANES:

(U)  According to Trabelsi, while in Afghanistan, he learned about an operation in which a remote controlled model airplane would be used as an explosive delivery device against the White House. Trabelsi stated that he had no time frame for when this operation might be carried out. But, Trabelsi did state that the plan involved three Egyptians and one Saudi. Trabelsi did not know their names, but claimed that two of the Egyptians were US Citizens that have lived in the US for a long time. When asked where they lived, Trabelsi claimed that he did not know.

TRABELSI TRANSLATED 31-010

07/10/2002

(U)  When asked how he knew that they were Americans, Trabelsi claimed that he heard them speaking English at the meeting of 76 where targets were picked/assigned. Trabelsi stated that during this meeting, the two Egyptians were speaking with another American. Trabelsi did not recall the name of this third American, but did advised that he had recently been married to a Pakistani woman and that he also spoke Pashtun very well.

(U)  When asked when the team departed Afghanistan, Trabelsi advised that they left prior to his own departure from Afghanistan. When asked about the route used to depart Afghanistan, Trabelsi stated that he could not provide specifics. However, Trabelsi did state that when people departed Afghanistan for the US, they would usually travel through Turkey, staying there for approximately three or four days. According to Trabelsi, Turkey was an established route for those returning to the US. When asked how he knew this, Trabelsi responded that he would ask a lot of questions regarding travel routes, and that Turkey was known to be a route for US-bound travelers.

(U)  When asked about the model planes and explosive devices, Trabelsi stated that the person who created this device was a Chechen engineer that Trabelsi described as a white male with gray hair, approximately 35 to 40 yoa, with a muscular build. Trabelsi stated that he could not recall the Chechen's name.

(U)  Trabelsi stated that the top of a model plane would be sawed off. Four small boxes of explosives could be placed and wired inside the body of the plane. These boxes were described as being the size of "Nescafe" coffee boxes. The top of the plane would then be glued back on. When asked what type of chemicals would be used in small Nescafe type boxes, Trabelsi replied Nitrate, Hydrazine, and black powder.

(U)  Trabelsi claimed to have been present for one of the tests of this device in May/June 2001. Trabelsi explained that the Chechen prepared the remote control plane as noted above, and then flew it into two metal beams that had been stuck into the ground. When asked if the test was successful, Trabelsi replied that it was, and that the beams were shattered by the explosion.

(U)  When asked how the explosives were to be ignited, Trabelsi claimed that this would be done from the same remote control device that flew the plane.

(U)  Trabelsi advised that he could not provide any further details on the operation in question.

TRABELSI TRANSLATED 31-011

(FR1)11.

FROM U. S. ATTY'S OFC.

07/10/2002

## ADDITIONAL INFORMATION:

(U)  During one of the breaks, Trabelsi made a comment about Richard Reid and Moussaoui, noting that they were both in big trouble in the US. Trabelsi made an additional comment that he did not know Reid or Moussaoui. Per AUSA Spencer of the Eastern District of Virginia, no questions were asked relating to Moussaoui. This request was forwarded to Brussels via E-mail. Regarding Reid, due to the time constraints and the need to obtain additional threat information, Trabelsi was not pressed on the Reid aspect. IM Devalkeneer also viewed this as a separate matter.

(U)  At this point the interview was ended by IM DeValkeneer so he could go over his (Trabelsi's) statement.

(U)  In closing, while there does appear to be some progress with Trabelsi, it is still very apparent that he is not telling everything that he knows, and is providing information as he sees fit. The conditions under which these interviews are taking place also seem to assist Trabelsi in the manner in which he decides to provide information.

TRABELSI TRANSLATED 31-012