1

DISTRICT OF BRUSSELS
COURT OF FIRST INSTANCE

Chambers of
Investigating Magistrate
*Christian DE VALKENEER*

**PRO JUSTITITA**
**Examination * Interpreter***

Pursuant to international rogatory commission 1009/01 (supplementary) issued by Ms. Mary Ellen WARLOW, Director of the Office of International Affairs in Washington, D.C. (United States) dated 5 June, 2002

10 July, 2002 at 11:30 a.m.,

Before Us, Christian DE VALKENEER, Investigating Magistrate with the Court of First Instance of Brussels,
Assisted by Mr. J. DE RIDDER, our Court Clerk

In the presence of Mr. Grignard from the Brussels SJA [*Service judiciaire d'arrondissement*, District Judicial Services],

Samira Bouyid [Bouyid Samira], attorney and legal advisor to Mr. Trabelsi as requested by the accused;
Mr. Bernard MICHEL, Deputy Public Prosecutor gave his approval regarding the presence of Mr. Trabelsi's attorney;

And in the presence of Mr. James A. MORRIS, Legal Attaché to the U.S. Embassy in Brussels, who arrives at 12:00 p.m.
Mr. David W. PAUN, Special Agent with the FBI in Washington, D.C., who arrives at 12:00 p.m.
Ms. Cathleen CORKEN, Deputy Chief for Terrorism, Department of Justice Criminal Division
And Mr. Zak Houar, translator.

Appeared in our chambers in the Brussels Courthouse, the individual designated below,

With the assistance of Ms. Raja Snoussi [Snoussi Raja], born on 13 July, 1957, who takes the following oath: "I swear to faithfully translate the dialogue to be communicated between those who speak different languages." He states to us that he uses the Arabic language, his preferred language, for all of his statements during the proceedings.

We formally acknowledge this and he responds as follows to the questions we ask him in that language:

I.M.: Please give your last names, first names, place and date of

2

birth, address and/or place of residence?

R. Nizar TRABELSI [TRABELSI Nizar]
Born in Sfax (Tunisia) on 22 July, 1970
residing in Uccle, avenue Mozart, 3 in Uccle
Of Tunisian nationality
Currently detained at Forest Prison

I hereby inform you:
 a) that you can request that all of the questions you are asked and the responses you give be recorded in the words you use;
 b) that your statements may be used as evidence in legal proceedings and that you have the right to remain silent;
 c) that you have the right to request that measures of inquiry or hearings be held;
 d) that you have the right to request a free copy of this process-verbal;

Ms. Bouyid leaves the chambers at 3:37 p.m.

Regarding the individual named Faiez, I had three phone numbers where I could call him or reach him.
I remember two of them: 923009559757 and 923009273605.
There was also a third number that I no longer remember, but I did call it from the Hotel Mehran in Karachi.
I also contacted Faiez three times over the Internet at one address, which I remember began like this: TAWHID. I contacted him from two cybercafés located on Blvd Lemonnier. This was between August and September 2001.
My password was SARAH.
I also had a second Internet address that was used by someone who worked with Faiez. The second address had a name that was related to the first.
I never contacted Faiez other than on the aforementioned telephone numbers or the Internet address I mentioned before.
I know that the other members of the group I belonged to met Faiez before they came back to Europe.
You question me regarding the people who belonged to this group.
They included:
 1. The individual with the first name Houdatfa. He was a Saudi and had already come to Europe several times. He is about 28 or 29 years old. He knew Europe well. He spoke English very well. He had been in the military in Saudi Arabia. He was the first to come back to Europe after our stay in the villa. He also spoke Spanish and had traveled in Spain. He went there for about five days in July 2001. I do not know whom he met at that time. He spoke a little Dutch. He left Afghanistan at the same time as

TRABELSI TRANSLATED 32-002

the two other Yemenis who were in my group. I have the contact information for the [travel] agency where he bought his ticket to come back to Europe.
2.  The individual with the first name Hassan. He was of Yemeni origin. He spoke Arabic. He was 23 or 24 years old. He left Pakistan at the same time as the other Yemeni in the group and they arrived in Europe after me. It was Houdaïfa who told me that they had arrived during a conversation I had with him a few weeks after I myself arrived.
3.  The individual with the first name Leith. He was of Yemeni origin. He spoke Arabic. He was older than 30. To reenter Europe, he used a passport that came from a Saudi who died in the fighting against Massoud.

As far as Faiez is concerned, he gave me 50,000 dollars to carry out the attack. One of Faiez' intermediaries brought 10,000 dollars to the Hotel Mehran for me. I received the remaining 40,000 dollars in Belgium around 3 or 4 weeks before my arrest. Faiez had told me to contact an agency in London that could route my money to Belgium.
I called the agency and was given an 11-digit code and a telephone number for someone I was supposed to contact in Belgium. I called this person from a public phone. The number I called was for a landline outside Brussels. It took the person I called about an hour or an hour and a half to get to the meeting we had arranged at the Porte de Namur. The money was transferred at that location. The person who brought it was a Pakistani. I had given him in advance the code that the agency in London had given me.
Of the total 40,000 dollars, I gave 20,000 to Houdaïfa in Breda.
I used the other 20,000 dollars to buy chemical products and for my expenses.

You ask me to draw a map of the villa where I prepared for the mission I was supposed to carry out. I draw two maps. One represents the route you have to take to get there from Kandahar. On this map, I indicate the various sites and the time it takes to drive from one point to another. After the bridge, you cross a plain by driving straight through. You inform me that this map is annexed to this hearing.
A second [map] represents the villa. In reality, it is more of a complex because the premises are pretty large. Using a soccer field as a reference, I estimate the area to be about 120 meters long and 90 meters wide. You inform me that this map is annexed to this hearing.

When I arrived at the complex, Houdaïfa and Hassan were already there. Leith arrived a day or two after me.

Five or six days after my arrival, the Egyptian Abou Hafs gathered the group together one evening. During this meeting, it was made clear that

TRABELSI TRANSLATED 32-003

4

I would be carrying out the suicide operation. We were given the list of products that would be used to build the bomb. The products are the ones that are in the list in my soccer book. Abou Hafs gave us suggestions, in particular with respect to the way to store the products, the danger of noise caused in constructing the bomb, the danger of using mobile devices, and the need to limit communications. Abou Hafs said that Houdaïfa knew the target.

That evening, Abou Hafs introduced us to the individual named Abou Abdallah. He was a specialist in explosives. He is an Egyptian of about 40 to 45 years old. He had never been injured during any of the experiments he was involved in. He led us to a kind of kitchen where different products were stored—some in plastic bags, others in drums. I saw all of the products that were on my list. There were also grenades and detonators in this area.

The next day, I discussed the target with Hassan and Houdaïfa. Houdaïfa told me that it was an American base in Belgium. We later discussed the attack I was supposed to carry out on several occasions. Strictly speaking, these were not meetings, but more like on-the-fly conversations when we discussed the target. The following elements were mentioned:

1. The objective was an American base that was protected by very few security measures. Because of this, the operation was seen as easy. It was supposed to take place between 12:00 and 1:00 p.m. and was supposed to target the canteen. There were about 50 to 70 American military personnel on the base.
2. Houdaïfa had a lot of information and had brought photos of the base to Afghanistan but I did not see them. I think Houdaïfa had gathered information on the base himself. The base was located outside a town.
3. Purchasing the products was an element central to the entire operation.
4. Renting a house in a quiet neighborhood where the bomb would be constructed.
5. Renting a van to transport the bomb and carry out the attack.
6. Abou Hafs had communicated the name of the operation, but I don't know when.
7. A video was going to be filmed before the attack and sent to Osama bin Laden. The operation's codename (MONTASSAR) was supposed to be mentioned in the video. Houdaïfa was supposed to give me the text that I was to read.
8. Hassan and Leith were supposed to help Houdaïfa construct the bomb. Houdaïfa was kind of the leader of the group.
9. Abou Hafs said that Faiez would be the liaison between him and us.
10. It would take about two weeks to construct

the bomb. Once it was constructed, it had to be used within a certain period of time and could not be stored for too long.

During my stay, I visited a type of laboratory that was in the villa where different experiments were being carried out. I myself performed a test on an explosive combination of black granules, nitrate, and hot red pepper.

At the end of my stay, we had a meeting with the Egyptian Abou Hafs, Dr. Ayman Zawhari, and Osama bin Laden. During this meeting, we were told that if someone wanted to back out, there was still time.
S.I.: If the operation could not be carried out for one reason or another, no alternate objective had been planned.

Houdaïfa left first, followed by me, than finally Hassan and Leith.

I specify that as far as the detonators were concerned, some were constructed onsite and others had already been manufactured. In addition, in Kandahar there were various *Darwa* (type of training center or tournament) where training was conducted on surveillance and explosives. The training lasted approximately four weeks.

Now I am going to tell you about the various times I was in contact with Houdaïfa during my stay in Belgium. Regarding Houdaïfa, I specify that he:
  1. knows Amsterdam well.
  2. lived in Breda with Hassan and Leith but I never went to where they lived.
  3. owned a blue VW Jetta that was registered in the Netherlands and a Mercedes van that was also registered in the Netherlands.
  4. had a wife who was living in Germany. He had a house in Frankfurt, in the Zeppelinhcim neighborhood.

Chronologically, my communications with Houdaïfa break down as follows:

  1. The first conversation took place from the Schipol airport when I arrived in Europe. I called him from a public phone to tell him that I had arrived. I had been given his phone number in Afghanistan.
  2. The second conversation took place after I rented my apartment on avenue Mozart. I think it took place two or three weeks after I moved in. I called him from a phone store on the rue de Brabant. I let him know that I had found three products (the acetone, the black granules, and the aluminum powder). S.I. Houdaïfa had my cell phone number.
  3. The third conversation took place shortly after the second. I notified Houdaïfa that I was coming to Breda to bring him the black granules and the aluminum powder.

TRABELSI TRANSLATED 32-005

6

We agreed to meet near the Breda train station.

4. A day or two after that call, I took a train to Breda. I met Houdaïfa in Breda. He was in his VW Jetta. That is when I gave Houdaïfa my cell phone number. I gave him the products and stayed in his car for about 15 minutes. He was alone. Then I got back on the train and continued on to Rotterdam to go see a friend who runs a café in that city. He is Moroccan, and about 35 or 38 years old. His first name is Mohammed. His establishment is located near the Ibis Hotel, not far from the train station. He had nothing to do with the attack plot. I did not see Berkhous or Courtaillier. I went back to Brussels the same day.

5. A day or two after the trip to Breda, I called Houdaïfa, who told me that I should call him in four or five days.

6. As agreed, I called Houdaïfa back, I think from my cell phone. During this conversation, Houdaïfa scheduled a rendezvous to go on a reconnaissance mission of the target. We were to meet at a gas station along the highway near Antwerp. I no longer remember the route by heart. The rendezvous was scheduled for 11:00 p.m. on a certain day.

7. I borrowed Abdelcrim's BMW to drive to the meeting. S.I. Abdelcrim did not know what I was doing that night. I met Houdaïfa, Leith, and Hassan at the gas station. All I remember is that there was a public phone and some gas pumps. Then I got in Houdaïfa's car and we drove for about an hour or an hour and a half. We passed through a few towns along the way. It was during this reconnaissance mission that Houdaïfa told me the target was called Kleine-Brogel. We stayed near the base for about 20 or 30 minutes, but we remained at a certain distance. I remember it was surrounded by woods. I got back at about 4:00 or 5:00 in the morning. My wife was worried. I had turned off my cell phone, but I had received two messages that night, one of which was from Abdelcrim EL HADDOUTI.

8. One or two weeks later, I called Houdaïfa again so that he could come get some products in Brussels. Specifically, I had purchased the nitrate. To do this I had contacted some farmers who worked in the Brussels region, not far from the airport, so they could give me an address where I could procure nitrate. They gave me the name of a store and I wrote it down. This store was located near a pretty small VW garage, which itself is not far from a big Mercedes garage. This store was run by two people (one old and one young). There were two kinds of nitrate and I bought the kind packaged in little granules and in 50 kg-bags that cost about 2,500 francs each. I gave a deposit of 40,000 Belgian francs and I came back the next day to pay the balance. Two or three days later, Houdaïfa came to pick up the products. We

scheduled a rendezvous near the Gare du Midi train station near the place where the taxis park. Then we left for the store, where we loaded the products. Houdaïfa left immediately afterwards. He was alone. I gave him the glycerin.

9.  A short time later, Houdaïfa called me to tell me that he had found a house, but that I should keep looking in Belgium. Regarding this, I should specify that I was trying to find a house in Ostend. A guy from Belgium whom I met at the villa had told me about this city. He was about 29 or 30 years old and had converted to Islam when he was 17 or 18. He was on his second trip to Afghanistan. He had worked in a video store. This call was the last time I was in touch with Houdaïfa.

I would also like to add that I moved the acetone and sulfur to the Nil [restaurant] after two police officers came to my apartment because they were selling cards for the police solidarity fund. My wife was the one who was home when that happened and when she told me about it I thought that it was a cover the police were using to monitor me. So I moved the products to the Nil restaurant.

I would like to inform you that my wife was put in prison in France for 20 days in April 2002. My son Mehdi, age two and a half months, was placed in a home. I think that some of her statements were made under duress.

You asked me if my statements needed to be revised or supplemented.

**I would like to receive a copy of my hearing, with my signature indicating receipt.**

**Hearing closed at 8:00 p.m.**

No one else intervened during this examination and there is nothing specific to be mentioned.

**Once read, confirmed and signed.**



TRABELSI TRANSLATED 32-008

[Page Illegible]

TRABELSI TRANSLATED 32-009



WALL HEIGHT JAIL

HIDDEN ROOM

KITCHEN

rooms

without

Floors

one pick-up truck
one corolla car
one motorcycle

Water
Pump

DOOR

LABORATORY

120 meters one and a half times

Product room

TRAINING GROUND

Watch tower

WIDTH 80-90 meters