Brussels District
*TRIBUNAL DE PREMIÈRE INSTANCE*

Office of Investigating Judge
*Christian de Valkeneer*

## PRO JUSTITIA
### Interrogation *[with] interpreter*

In view of Letters Rogatory no. 1009/01 (additional) issued on 5 June 2002 by Mrs. Mary Ellen Warlow, Director of the Foreign Affairs Office in Washington D.C. (United States);

On 29 August 2002 at 10:26 am,

Before me, Daniel Fransen, Investigating Judge at the Brussels *Tribunal de première instance* [district court], standing in for Christian De Valkeneer, detained elsewhere for court business,
Assisted by Patrick Ginion, Clerk of the Court,

In the presence of Mr. Mehdi Abbes, Mr. Didier De Quevy and Mr. Fernande Motte de Raedt, counsels for Mr. Nizar Trabelsi, Mr. Bernard Michel, deputy prosecutor, as to the presence of the counsel for Mr. Trabelsi [sic],
Of Mr. Bernard Michel, Deputy Crown Prosecutor,
And in the presence of Mr. David W. Paun, Special Agent, FBI in Washington D.C. , Mrs. Cathleen Corken, Deputy Chief, Terrorism, Criminal Division, Department of Justice, Mr. Thomas Graney, Special Agent, FBI,
and Mr. Habib Benamar, translator,

Appears at our office at the Brussels courthouse, the individual named below,

With the help of Mrs. Raja Snoussi, born on 13 July 1957, who is sworn in as follows: "I swear to translate faithfully the matters that will be discussed among those who speak different languages," he states that he chooses to use Arabic, the language of his choice, for all his statements throughout these proceedings.

We note his choice for the record and he answers as follows the questions we ask him in this language:

Investigating Judge: Please state your last names, first names, place and date of birth, domicile and/or place of residence.

Answer:
**TRABELSI Nizar.**
**Born in Sfax (Tunisia) on 22 July 1970**
**Residing in Uccle at 3, Avenue Mozart**

[signatures]

**A Tunisian citizen**
**Currently incarcerated at the Forest Prison**

I am informing you:
a) that you may request that all questions asked of you and all your responses be officially recorded verbatim;
b) that your statement may be used as evidence in court and that you have the right not to make any statement;
c) that you have the right to request that steps to prepare for trial be taken or that interviews be conducted;
d) that you have the right to request a free copy of this transcript.


The American investigators are asking Mr. Trabelsi questions through me.
The questions are being translated by Mr. Habib Benamar. Mrs. Snoussi is assisting Mr. Trabelsi [in translating] his answers.

*Mr. Trabelsi leaves the office at 11:00 am to meet with Messrs. Bernard Michel and Daniel Fransen, together with his counsel, Mr. Abbes. They return at 11:24 am.*

*Mr. Trabelsi leaves the office at 12:55 pm and returns at 1:10 pm.*
*Counsel Didier de Quevy leaves the office at this time.*

- The oral interview is paused in order to document what had been stated previously.

**Question: Can you give me an exact description of Houdaifa?**

Answer: Mr. Houdaifa is a Saudi national, about 29 or 30 years old. He has about fifteen other nationalities, including Spanish and Italian. He speaks five languages: English, German, Spanish, Italian and Arabic.
He is approximately 1.72 meters tall. He has a moustache. He has black eyes and he is thin. He has an American green card, bought in Frankfurt, Germany through an American, to whom he paid US$ 7,000.
He received the card within a week.

He has fifteen passports, including a Spanish passport which I have seen.
He has a fiancée in Germany as well as a house near Frankfurt. He has a Spanish driver's license.


[signatures]

He is very knowledgeable about electronics and he is the one who designed the bombs.
He also has contacts with Faiez.

I know that he also has credit cards, because I saw them by chance in his wallet while we were in the car.
He has a ring with a black stone on his left pinky.
He has a brown birthmark on his neck that is very visible (about 5cm).
He told me that he had 28 photographs of three American military bases in Europe (Kleine Brogel, a military base in Germany and another base at a location that I cannot recall). These photos were in an envelope which I saw when we were in the car on the way to Kleine Brogel. Houdaifa told me about them in German so that Leith, who was in the back seat, would not understand.
There were two copies of these photos. Houdaifa had one and the other was with Abu Hafs and Osama Bin Laden.
I cannot give a description of the American who allegedly took the pictures but I know that he smoked hash.

Q: Do you know of any other names given to Houdaifa.
A: No.

Q: Did you see Houdaifa at the Tunisians' house in Jalalabad?
A: No.

Q: When did you met Houdaifa for the first time?
A: In June 2001. He was coming from Europe.

Q: Under which name were you introduced to him?
A: The name Kaa Kaa.

Q: You stated that Houdaifa was in Spain.
How do you know this?
A: Houdaifa told me. He left at the end of August, I think
I cannot specify the city where he went. He has a house in Spain. I know that he always travels alone.

Q: Has Houdaifa traveled to the US?
A: Yes, many times because he told me that he had used the "green card." I do not know which city he visited. I do not know why he went there or who he saw.

Q: Do you know the name of Houdaifa's wife?
A: No, but I know that she is a German who converted to Islam.

Q: Were you in contact with Houdaifa after your arrest?

[signatures]

A: No, that is impossible in prison.

Q. Can you give us a description of Hassan?
A: He is a boy of about 20 or 21 years of age, rather short with an average build. He does not wear glasses. He has black hair and an earring. He is rather handsome.
His elder brother died in Bosnia and his father and mother died in a car explosion in Sana (Yemen) exactly one week before the USS Cole bombing
His real first name is Imad but I do not know his last name.
He has a scar from a Kalashnikov bullet in his left shoulder. His right ring finger was blown off by explosives.
He has no other distinguishing marks. He fought against Commander Massoud and was at the front line.
Afterwards, he settled in Kabul in the Wazir Akbar Kahn neighborhood and also went to live at Guiiti's house.
His brother's burial was filmed on videotape which I watched with him.
I had that same tape at my house without knowing that it was his brother.

Q: Do you know Hassan's other names?
A: He had three names: Hassan, Adl while he was at the front fighting against Commander Massoud, and his real name which I do not know.

Q: Do you know where Hassan was at the time of his parents' accident?
A: He was not in Yemen, which made him very sad. He could not return to Yemen because there were photos of him taken by a spy during the fighting against Massoud, which meant that his goose was cooked in Yemen.

Q: Did Hassan travel to the United States?
A: No, never.

Q: Did Hassan travel to other countries?
A: No, but I know that after my mission (my suicide mission) to Kleine Brogel, he planned to come to Germany to do the same thing as me. He had a plan with Houdaifa who was to tell him in which city the attack was to occur.

Q: Why Germany?
A: Ask Houdaifa. They were going to go there together, with Leith as well.

Q: Did he know Courtailler?
A: No.
In that respect, I would also like to clarify that neither Courtailler nor the others had anything to do with my actions at Kleine Brogel.


[signatures]

As I have already stated several times, I contacted Courtailler (alias Salman) to ask him to get me either a forged Belgian passport or a forged Chilean diplomatic passport so that I could visit my mother in Tunisia.
It was at that time that I asked him if Beghal had in fact been arrested.

Q: Did Salman know Beghal?
A: Yes, but in the context of forged credit cards.

Q: Can you give me a precise description of Leith?
A: He is about 22 to 25 years of age. He is approximately 1.75m tall. He is a Yemeni national. He is Abu Hassan Almidhar's cousin. He took some tourists hostage and was sentenced to death. He is a good friend of Sheikh Osama. He has brown skin, darker than mine. He has short hair and black eyes. He wears a goatee, no glasses. He is well built. He is left-handed. He has a small scar under his right eye and a scar going up the back of his right ear.
He wears a size 46 shoe. He never smiles. He fought against Commander Massoud.
He is not married and likes Michael Jordan.
I do not know his other names but I do not think that Leith is his real name. He is a professional stuntman in the sense that he's a true stuntman.
He was in the villa in Afghanistan. It was the first time I had met the people at the villa, except for 5 of them whom I had seen at Sheikh Osama's house.

Q: Before coming to Afghanistan, where was he?
A: I don't know. I know that he travelled in Saudi Arabia. He lived on a mountainside in Mecca where there were many people from Afghanistan. When the police arrested these people, Leith managed to escape.

Hassan and Leith knew one another from Afghanistan where they fought against Commander Massoud.
They were supposed to leave together to commit an attack in Jeddah, Saudi Arabia.

Q: Can you give us the details of Kleine Brogel and your visit to this military base?
A: Before I do, I want to tell you that what Beghal said about an attempt on the U.S. Embassy in France is not true.
Mr. Beghal is a liar and I can give you many examples of his lies.
In fact, nobody knew where the attack was supposed to occur.
With regard to your question about whether I knew if Beghal had a mission at the U.S. Embassy in Paris, my answer is no; I do not know.

As concerns the facts about Kleine Brogel, the code name of the operation was Mountassar.

[signatures]

I knew that it involved an American military base in Belgium but the name Kleine Brogel was never communicated to me in Afghanistan. The first time that I heard of it was when I was on the highway with Houdaifa, Hassan and Leith.
I never saw any photos of this base.
The only information that Abu Hafs gave to me in Kandahar was that there were
about 50-70 military personnel on the base, that the attack would take place at noon and that the target was the mess hall.
When we went to Kleine Brogel for the first time, it was only to familiarize ourselves with the area.
To answer your question, I conclude by deduction that the attack was to have taken place in January or February 2002.
I also know that once we entered the base, the target was very close, at most 3-4 minutes away.

Q: Do you know if the base was protected by barriers or an entry gate?
A: I don't know but I don't think so, because Abu Ahfs [sic] and Houdaifa told me that it was a very easy mission.

Q: Had Houdaifa already visited the premises?
A: I think so. In any case, he knew exactly how to get there. I am also unable to tell you whether Houdaifa lived near Kieine Brogel. I can make you a little map of the area surrounding the base. (This map will be annexed to the interview transcript.)
I will indicate on the map where we parked the car.
The distance from this spot to the entry gate at the base is very short, much less than a kilometer.
The road to the base was lined with a fence, but I cannot tell you how high it was.
I remind you that this was in the middle of the night and we only stayed for a few minutes.
I did not notice either whether there were buildings on the base.

Q: If you hadn't been arrested on September 13, what would have been your next steps?
A: Everyone had a role to play. As for me, I was going to rent a house in Ostende (a tourist area and, therefore, more anonymous) to be able to work quietly.
Houdaifa was supposed to take care of the rest. The Mercedes van had already been purchased.
I was also supposed to contact Faiez who was then supposed to contact Abu Ahfs [sic] who was supposed to give us the date of the operation as decided by Osama Bin Laden.
I also went to purchase the materials for making the bomb. We went in two cars—me in Abdelkrim El Haddouti's BMW, followed by Houdaifa in the Mercedes van.
I went in front because I had the address of the warehouse where we were going.
We planned to meet at the taxi stand at the *Gare du Midi* station.


[signatures]

At the warehouse, Houdaifa didn't get out of the vehicle to buy the nitrate. I bought 800 kgs in 50-kg plastic bags. The writing on these bags was black and the chemical composition was listed.
There were 100 kg bags but they had to be ordered.
Houdaifa put the bags in the van and took them home with him, taking the road to Antwerp, while I headed for Brussels.
The sales person was the one who loaded the bags into the van.

According to Abu Afhs [sic], different combinations of different materials can be used to make a bomb. I am drawing a table for you with the different possibilities. This table will be attached to the interview transcript.
I had purchased all the materials (800 kgs of nitrate, sulfur). I only needed to buy nitric acid which is easy to find, especially in jewelry stores. However, since I had not found hydrazine in Belgium, Houdaifa said be would do it because it's very easy to find in Holland.
I had also found large mixers that didn't make much noise.
These were going to be used in particular to mix the nitrate.


You have asked me if I have any additions or corrections to my statements.

I wish to receive a copy of my interview; for which my signature will serve as receipt.

Two police officers were present at all times during the interview. No other person was involved in this interrogation and there are no special circumstance to note.

Investigating Judge Christian De Valkeneer attended portions of the interview.

Read, confirmed and signed.
 [signatures]

[Handwritten table]

| 5%         +   | 10%         -        | 85%                |
|---|---|---|
| Black powder + 50+ | Aluminum powder + 100kg | Nitrate 850kg – 50   8000kg |
| Sulfur + 50+ kg | [illegible word] 200kg | Nitrate [illegible number] |
| Black powder | Sulfur 100kg | Nitrate 850kg – 50kg |

100% (above table)

Glycerin + sulfuric acid + nitric acid / 70

+ black powder + hydrazine + acetone

[Hand-drawn map]

TRABELSI TRANSLATED 44-009