[handwritten: 1ˢᵗ sheet of 1723]

1

DISTRICT OF BRUSSELS
COURT OF FIRST INSTANCE

Chambers of
Investigating Magistrate
*SOPHIE VAN BREE*

## PRO JUSTITITA
### Examination * Interpreter*

Pursuant to rogatory commission no. 1011/2002 issued by the U.S. DEPARTMENT OF JUSTICE, Criminal Division, on 24 June, 2002

30 August, 2002 at 12:59 p.m.,

Before Us, Daniel FRANSEN in loco Sophie VAN BREE, Investigating Magistrate with the Court of First Instance of Brussels,
Assisted by Patrick GINION, our Court Clerk

In the presence of Mehdi Abbes, attorney and legal adviser to Mr. Nizar Trabelsi [Trabelsi Nizar], with the approval of Deputy Prosecutor Bernard Michel
And in the presence of Mr. David W. Paun, FBI Special Agent in Washington, D.C., Ms. Cathleen Corken, Deputy Chief of Terrorism, Department of Justice Criminal Division, Mr. Thomas Graney, FBI Special Agent,
And Mr. Habib Benamar, translator

Appeared in our chambers in the Brussels Courthouse, the individual designated below,

With the assistance of Ms. Raja Snoussi [Snoussi Raja], born on 13 July, 1957, who takes the following oath: "I swear to faithfully translate the dialogue to be communicated between those who speak different languages." He states to us that he uses the Arabic language, his preferred language, for all of his statements made in the proceedings.

We formally acknowledge this and he responds as follows to the questions we ask him in that language:

I.M.: Please give your last names, first names, place and date of birth, address and/or place of residence?

R. Nizar TRABELSI [TRABELSI Nizar]
Born in Sfax (Tunisia) on 22 July, 1970
residing in Uccle, avenue Mozart, 3 in Uccle
Of Tunisian nationality
Currently detained at Forest Prison

[signatures]

[handwritten: 2nd sheet]

2

I hereby inform you:
a) that you can request that all of the questions you are asked and the responses you give be recorded in the words you use;
b) that your statements may be used as evidence in legal proceedings and that you have the right to remain silent;
c) that you have the right to request that measures of inquiry or hearings be held;
d) that you have the right to request a free eopy of this process-verbal.

On the request of the American delegation, I show Mr. TRABELSI:
- a series of digital photographs numbered from 1 to 300, on a digital medium, of different individuals
- a series of 7 photographs on paper.

Mr. TRABELSI is asked whether he knows these people and to provide any information he may have regarding these individuals.

The American delegation is unable to leave us a digital or paper copy of these photographs.

Mr. TRABELSI signs this process-verbal as confirmation that the photographs were shown to him and that he was given the opportunity to comment on them.

I.M. Do you have anything else to declare?

R. No.

**I would like to be given a copy of my hearing, with my signature indicating receipt.**

**Hearing closed at 4:41 p.m.**

Mehdi Abbes left the chambers at 1:40 p.m.

Mr. Bernard Michel, Deputy Public Prosecutor, eame into our chambers several times in order to attend the hearing.

[signatures]



[handwritten: sheet [illegible]]

3

Mr. TRABELSI was given the opportunity to eat, drink, and go to the bathroom.

Two police officers were present throughout the hearing.

No one intervened during this examination and there is nothing specific to be mentioned.

**Once read, confirmed and signed.**

[signatures]

