1A23

1

DISTRICT OF BRUSSELS
COURT OF FIRST INSTANCE

Chambers of
Investigating Magistrate
*Sophie VAN BREE*

PRO JUSTITIA
Examination *Interpreter*

Pursuant to rogatory commission no. [illegible number]011/2002 issued by the U.S. DEPARTMENT OF JUSTICE, Criminal Division on 24 June, 2002.

2 September, 2002, at 3:00 p m.

Before Us, Daniel FRANSEN in loco Sophie VAN BREE, Investigating Magistrate with the Court of First Instance of Brussels, Assisted by Gh. Petit, Deputy Court Clerk,

In the presence of Mr. Mehdi ABBES, attorney to Mr. Nizar TRABELSI [TRABELSI Nizar], Mr. Bernard MICHEL, Deputy Public Prosecutor.
And in the presence of Mr. David W. PAUN, FBI Special Agent in Washington D.C., Ms. Cathleen CORKEN, Deputy Chief for Terrorism, Department of Justice Criminal Division, Mr. Thomas GRANEY, FBI Special Agent,
And Mr. Habib BENAMAR, translator.

Appeared in our chambers at the Courthouse in Brussels, the individual indicated below,

With the assistance of Ms. Raja SNOUSSI [SNOUSSI Raja], born on 13 July, 1957, who takes the following oath: "I swear to faithfully translate the dialogue to be communicated between those who speak different languages." He [T/C: person being heard] states to us that he uses the Arabic language, his preferred language, for all of his statements during the proceedings.

We formally acknowledge this and he responds as follows to the questions we ask him in that language:

I.M.: Please give your last names, first names, place and date of birth, address and/or place of residence?

**R. Nizar TRABELSI [TRABELSI Nizar]**
**Born in Sfax (Tunisia) on 22 July, 1970,**
**residing at Avenue Mozart, 3, in Uccle,**
**Of Tunisian nationality**
**Currently detained at Forest Prison.**

[signatures]

2

I hereby inform you:
a) that you can request that all of the questions you are asked and the responses you give be officially recorded in the words used;
b) that your statements may be used as evidence in legal proceedings and that you have the right to remain silent;
c) that you have the right to request that measures of inquiry or hearings be held;
d) that you have the right to request a free copy of this process-verbal;

I.M.: Do you know and if so, can you tell me what you know about the following individuals:
- Seifallah BEN HSSINE [TC: Name spelled incorrectly in source document. The correct spelling is "HASSINE."]: I do not know him.
- Abdallah Sofiane: That is Abou Yad from London (Great Britain). He is married. He has children. He is Abu Qatada's right-hand man. He is in charge of the Tunisians in Europe (Italy, Canada, Australia, Belgium, Germany) and Afghanistan. There was a program of action for the Atlantic games that was going on at the same time as the games in Tunisia. Abou Yad knew that a group was going to come to do the operation in Tunisia. He got this information from the Ministry of the Interior, but the plan changed to an operation in France. This second plot was supposedly going to be led by a Belgian and three Pakistanis, one of whom was of Belgian nationality, Abou Ali, who had recently converted to Islam. The other two were brothers. They trained at Abou Yad's. These individuals were with the group that was with Beghal at the airport. The two plots were planned for France, and the individuals who were carrying them out were from England. One of the plots involved assassinating Judge Bruguière. I don't know the objective of the other plot. Bruguière's assassination was because he had arrested Courtailler's brother and put him in prison with drug addicts and he had even arrested a woman.

I.M.: Was Beghal involved in these plots?
R.: Of course. Since Beghal is a French national, Abou Yad could easily use him.
I met the two Pakistani brothers after the fighting against Massoud.

I.M.: Was Abou Yad the leader of the group?
R.: It was actually Beghal who was the leader. Regarding Zoubeier, he has been in Afghanistan for a long time. Since he isn't married, they promised to help him in exchange for certain services, given that he speaks Pashto and he has contacts with Massoud. He also knows a lot about military training. Beghal is someone who wants to lead people. That's why he had a conflict with Billal, who was in Bosnia. I have known Abou Yad since the first day I arrived in Jalalabad.

I.M.: Do you know ▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

[signatures]

3

R.: No.

I.M.: Do you know ▮?
R.: There are lot of people that have that first name and I know many of them in Kabul and in Kandahar.

I.M.: Do you know ▮?
R.: No.

I.M.: Do you know ▮ [sic]?
R.: He was my neighbor in Jalalabad. He lived in the house next door. I don't know if that is his real name. He does a little of everything and is primarily an expert on explosives.
When I arrived in Jalalabad, the Algerians didn't have any training camps. There were various groups in Dirwanta [sic] Hikmet Yar's group, the Moroccans and Abu Khabbab's group. Then a Taliban commander gave them a camp in Dirwanta [sic] so that people coming from Europe could train. It was in a big villa. It was training in electronics and not explosives. The person in charge was named Abou Jaafar.

I.M.: Can you describe ▮?
R.: He is between 32 and 35 years old, around 1m 80 (5'11") and 75 kilos (165 lbs). Black hair, not much of a mustache, left-handed, Algerian, no other names, a little crazy and doesn't have any scars. He is from Bosnia and was with the group of Tunisians who came from Bosnia.

I.M.: Do you know ▮?
R.: No, I know [sic] ▮.

I.M.: Do you know ▮?
R.: Yes, I will talk about him later.

I.M.: Do you know Kamel Daoudi?
R.: Yes, I met him in Germany. In response to your question about whether he went to train in the camps in Afghanistan, that seems obvious to me. I don't know how long he stayed. Maybe a month and a half.

I.M.: Do you know ▮?
R.: When I converted to Islam, he slept over at my place in Germany a lot. He did not go to Afghanistan.

I.M.: Do you know ▮?
R.: No, I do not know him.

I.M.: During your hearing on 10 July, you specified that you stayed at Kleine Brogel for about 30 minutes, more or less, and during your hearing on 29 August, you said it was no more than ten minutes. Which one is it?
R.: I said I stayed for five to ten minutes.

I.M.: Can you tell me about yourself?
R.: I am known by the name Nizar Ben Abdellaziz

[signatures]

4

Trabelsi, by the name Kaa Kaa in Afghanistan, by the name Tony in soccer and by the name Abou Sarah.

I.M.: What about the name Al Halabi?
R.: I don't know that name.

I.M.: What about the name Mohammed Nizar?
R.: A few people call me that.

My mother's name is ██████████. She lives in Sfax in Tunisia. My father's name is ██████████ i and he lives in Paris. I have a sister named ████. I have never used fake birth dates. My first trip dates back to the age of 12. I went to Saudi Arabia with the national soccer team. I was kicked out of my first year of middle school because I preferred soccer and my family didn't hold me back. I lived with my uncle on my mother's side ████████. I traveled a lot for soccer.
I arrived in Belgium in 1988. I was invited by the Chairman of the Standard de Liège [soccer club], Michel Denièvre. Since my aunt and uncle were working at a restaurant in Germany at that time, I went to that country to play for Fortuna Dusseldorf. That was in 1989. In 1989 I married ██████████, who is Polish. We had a daughter, ████, who was born on 24 October, 1990. Then I went to Switzerland to visit my girlfriend in 1991-1992 and then to Turin in Italy for the same reason. I got divorced in 1995. At the time I was playing on WSU [sic], whose trainer had been in Tunisia. My biggest soccer contract was with Dusseldorf. I was making between 28,000 and 30,000 Deutschmark. With that money, I was able to buy the La Playa Restaurant with my aunt. In 1997, I married a Moroccan, Majda, at the mosque. At the time, I had a house in Neuss for meetings and my house in Wuppertal for my family. I left Germany in 1998 to go play in Auxerre, but Beghal made me terminate that contract because he felt it went against Islam. So I went back to Germany to go to Afghanistan. In 1998, I also stayed in Mecca in Saudi Arabia for eight months to increase my knowledge of Islam. At first I lived in a hotel at the Haram Mosque, then in an apartment and then finally I stayed in the Mosque. I was able to extend my resident's permit thanks to a police commissioner who loved soccer. I shared the apartment with a building painter by the name of ██████ ██████. I stayed in Saudi Arabia for eight months without ever leaving. After my visa expired, I had two choices: either go back to Europe, which was dangerous, or go to Tunisia, which is what I did. But in 1999, my mother didn't want to have anything more to do with me because I had a beard, which could cause political problems for her. So I only stayed in Tunisia for two months during Ramadan. To leave Tunisia, I flew to Paris and took the train to get back to Dusseldorf, without Simone. That's where I fell back into the Islamic movement. When I arrived in Germany, since I had a suspended sentence for drug-related crimes, I was arrested immediately because I didn't know that the suspended sentence prohibited me from leaving the country. I did not stay in prison for very long. In Germany, I

[signatures]

5

used to go to two mosques, a Turkish mosque, "Kabalan," and a Moroccan mosque, "Arrahmane." I met my current wife, ███████████████, in a phone booth in 2000. I got married a week later and then I left Germany because we were having problems with my wife's ex-boyfriend, a Lebanese guy. That was in October, beginning of November 2000. It was Beghal who came in September 2000 to mess with my head like the "devil himself." So I left for France because Beghal could get the visas for Afghanistan. I stayed in Paris for two or three days because I had business in Belgium (diamond trade,…). I have always had enough money. I left for Pakistan. I stayed for a week or two with an Arab who has a lot of aliases and whose name is Abou Mohammed, alias Abou Qatada, who is Jordanian or Iraqi.

I arrived in Afghanistan with my wife Halim in October or November 2000. I left Afghanistan at the end of June 2001 and I arrived in Europe on 1 July, 2001 in Holland.

I.M.: Were you in Afghanistan in 1998-1999?
R.: No, I was in Saudi Arabia.

I.M.: Did you go to Spain, England or the United States?
R.: I have never been to any of those countries.

I.M.: Someone said they saw you in London with Abou Omar?
R.: I don't know any Abou Omar. The only person I know who has been to England is Abou Qatada. In any event, I have never been to England.

Mr. TRABELSI leaves the chambers at 4:09 p m. to return at 4:16 p.m.
Mr. Mehdi ABBES, Mr. TRABELSI's attorney, arrives at 4:10 p.m.
Mr. PAUN leaves the chambers at 4:10 p m. to return at 4:11 p m.
Mr. BENAMAR leaves the chambers at 4:12 p m. to return at 4:15 p m.
Mr. Bernard MICHEL, Deputy Public Prosecutor, arrives at 4:35 p m. and leaves the chambers at 4:38 p m.
Ms. CORKEN leaves the chambers at 4:53 p m. to return at 4:54 p.m.
Mr. Mehdi ABBES leaves the chambers at 5:10 p.m. to return at 5:15 p m. Then he leaves the premises at 6:00 p.m.
Mr. Bernard MICHEL arrives at 5:35 p m. and leaves the premises at 6:00 p m.

You asked me if my statements needed to be revised or supplemented.

**I would like to receive a copy of my hearing, with my signature indicating receipt.**

**Hearing closed at 6:45 p.m.**

[signatures]

6

The hearing proceeded with two police officers present throughout.

No other person intervened during this examination and there is nothing specific to be mentioned.

**Once read, confirmed and signed.**

[signatures]

TRABELSI TRANSLATED 46-006