| | |
|---|---|
| SJA BRUSSELS<br>SJF BRUSSELS CF<br>Rue de la Croix de Fer, 77<br>1000 BRUSSELS<br>Tel.: 02/507.92.88<br>Fax: 02/507.93.66 | [illegible handwritten number]<br>**PRO JUSTITIA**<br>URGENT [ ] |

SUBSEQUENT PV. No. 115196/02        Dated: 3 October, 2002

## IN ACCORDANCE WITH:

PROSECUTOR'S OFFICE CASE FILE:
  BR.[illegible] BRUSSELS PUBLIC PROSECUTOR
PROSECUTOR'S OFFICE CASE FILE:
  1009/01 IM FRANSEN BRUSSELS INVESTIGATING MAGISTRATE

DETAINED ON:        AT     o'clock
NOTICE GIVEN TO:        ON   /   /   AT     o'clock

## SUBJECT(S)

TRABELSI HEARING, CRI USA

## DESCRIPTION OF CRIMES

**(1)** Criminal conspiracy
**(2)** Forgery of identity cards, passports and travel documents
**(3)** Other offences to the Penal Code: bombing attempt

## LOCATION OF CRIMES

CRIME COMMITTED ON 11 MAY, 2000 AT 12:00 A.M.
MUNICIPALITY: BRUSSELS (BELGIUM)

## INDIVIDUALS INVOLVED

Against  [0] UNKNOWN – [3] KNOWN

STATUS OF INDIVIDUAL INVOLVED

Alien

MISCELLANEOUS

Number of appendices        1

| | WANTED | | QUESTIONED | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Nizar TRABELSI [TRABELSI Nizar]<br>Born on: 22 July, 1970 in SFAX<br>Nationality: TUNISIAN<br>Legal Address: Avenue Mozart 3/4<br>1180 UCCLE (BELGIUM) | | | | |
| Abdelcrim EL HADDOUTI [EL HADDOUTI Abdelcrim]<br>Born on: 23 June, 1977 in VILVOORDE<br>Nationality: BELGIAN<br>Legal Address: Parkstraat, 46<br>1800 VILVOORDE (BELGIUM) | | | | |
| Mouloud AITER [AITER Mouloud]<br>Born on: 20 May, 1970 in BARAKI<br>Nationality: ALGERIAN<br>Legal Address: Dison, 161<br>VERVIERS (BELGIUM)<br>Place of Residence:<br>BRUSSELS (BELGIUM) | X | | | X |

| SENT TO | ORIG | COPY |
|---|---|---|
| INVESTIGATING MAGISTRATE FRANSEN - BRUSSELS | | |
| FEDERAL POLICE CIA BXL | | X |
| FEDERAL POLICE BR TEROP BXL | | X |

Space reserved for SJA use only

SENT ON   [date illegible]

Department head authorization
        [initials]

Space reserved for PUBLIC PROSECUTOR'S OFFICE use only

7

TRABELSI TRANSLATED 50-001

FEDERAL POLICE
BRUSSELS SJA DR
Terrorism Section
Rue Croix de Fer 77
1000 BRUSSELS
Tel.: 02/507.94.54
Fax: 02/507.93.66

PV No. [illegible]

# PRO JUSTITIA

    Today, 3 October, 2002 at 10:10 a.m.;
We the undersigned Abdesselam **ETTAMSAMANI** [**ETTAMSAMANI** Abdesselam], Francis **MACHARIS** [**MACHARIS** Francis], Jamal **DOUIDAR** [**DOUIDAR** Jamal] and Rachid **MAGOUZ** [**MAGOUZ** Rachid]
Chief Inspectors
with the **SJA of 1000 BRUSSELS DR 3/ Terop (Terrorism and Public Order Section)**
in civilian clothing and carrying our identity card,

Hereby notify Mr. **FRANSEN** Investigating Magistrate of an in BRUSSELS, within the scope of his case file identified on the first page, that today at the aforementioned date and time, we proceeded with the hearing of

| | |
|---|---|
| **LAST NAME**, First Name | NIZAR TRABELSI [TRABELSI NIZAR] |
| Born in, on | SFAX (TUNISIA), 22 July, 1970 |
| Profession | [blank] |
| Marital Status | Married |
| Nationality | Tunisian |
| Address | Currently detained at FOREST Prison |

who makes his statements to us in French:

Also present are our American colleagues, James MORRIS and Frederick B. WONG (FBI Special Agent).

The hearing of Mr. TRABELSI takes place within the framework of an international rogatory commission.

With the assistance of Mr. KERDOUDI, born on 22 June, 1963, who takes the following oath: "I swear to faithfully translate the dialogue to be communicated between those who speak different languages." He states to us that he uses Arabic and French, his preferred language.
                      [signature]

### HEARING

    "I would like to make my statements in French and choose this language for legal proceedings. My hearing begins now at 10:20 a.m.

    *I am informed that:*
- *I can request that all of the questions you ask me and the responses I give be officially recorded in the words that were used.*
                      [signature]

| Cont. 01 to PV [illegible]/02 dated 3 October, 2002 issued by the Brussels SJA DR3 / Terop |
|---|

- *I can request that informative measures or hearings be held.*
- *My statements may be used as evidence in legal proceedings.*
- *During this hearing or at a later time, I can request that these documents be included in the Process-Verbal of my hearing or filed in the Criminal Registry.*
- *I am free to interrupt this hearing as I see fit.*

*In response to your question, I would like the assistance of an interpreter. I am able to respond to your questions in French.*

Q: Our services have learned that you supposedly had contact with an individual, who you supposedly told that a sharpshooter was to attack an American senator.
To whom did you communicate this information?
How did you obtain this information?
What senator was to be assassinated?
In what country is this supposed to take place?

R: In Afghanistan, I met three Arabs, two from Saudi Arabia and the other one was Egyptian. These individuals were undergoing sniper training on a golf course. Their mission was to assassinate an American senator.
This attack is supposed to take place in Washington.

Q: When was this mission planned and who was behind it?

R: The leader of the group is an Egyptian. This man lives in the United States. They all left Afghanistan a few weeks before I did. As for me, I was not friends with the Egyptian.

Q: In what state in the U.S. does this Egyptian live?

R: He lives in Washington.
Regarding the attack, they had not chosen a date. They will carry out their mission at any time.
One of the two Saudis was named Abou Adam.

Q: Would you be able to give us a description of Abou Adam?

R: He is about 1.80 m (5'11") tall, of slight build, I think about thirty years old. He wears glasses and he does not have a beard.
Abou Adam has no special marks (scars or otherwise).

S/I [TC: Assumed "suivi de l'interprète," or "followed by interpreter" (F/I)]: two of the three assailants speak English (Egyptian and a Saudi).

F/I: The weapon is a rifle with a scope. A system on the right side allows you to zoom in and get closer to the target.

The assailants were also being trained on a large rifle with a laser sight and silencer.
The training took place in Kandahar, near the villa.
F/I: You point out that there is no golf course in Kandahar.

**11b**
[signature]

TRABELSI TRANSLATED 50-003

**Cont. 02 to PV [illegible]/02 dated 3 October, 2002 issued by the Brussels SJA DR3 / Terop**

I respond that a course was constructed with sandbags. This site looks like a golf course.

Q: Do you think this attack is supposed to take place on a golf course?

R: Yes, but I couldn't tell you where it is supposed to happen, but this attack will take place on a course in Washington.

Q: Beyond this planned attack on a senator, do you have any other information regarding an assassination of any kind?

R: No.

Q: Do you know one ███████████████████████████, alias ███████?

R: No, that name means absolutely nothing to me.

Q: We are showing you a series of photographs of individuals. Do you know any of them? Do you have anything to say?

R: These faces mean nothing to me.

Q: Did ███████████████████████████ participate in any way in the plot to attack an important American figure?

R: I have no idea. I only know one Abou Abdallah, from Afghanistan, who participated in the attack on the American embassy in Nairobi along with one ███████.
The bomb was manufactured in Nairobi according to the instructions of Abou Abdellah [sic]. He was the one who took over planning the attacks and instructing the future suicide bombers. **He is the same person who gave me the list to be used for manufacturing explosives.**

F/I: One of the Saudis has an athletic build, is about 27 years old, about 1.90 m (6'3") tall, with dark skin, has a beard and long hair. His eyes are dark in color.

As for the other one, he is short, of average build, about 24 years old.

>    *My hearing closes today at 12:30 p.m.*
>    *I have no comments or complaints to make regarding your involvement or this hearing.*
>    *Then I read this Process-Verbal and I no longer wish that this hearing be corrected or completed in any way.*
>    *You inform me that I have the right to a free copy of this Process-Verbal, and I request to receive this copy.*
>
>    *I have nothing to add."*
>                                    [signatures]


**Co**n**t. 03 to PV [illegible]/02 dated 3 October, 2002 issued by the Brussels SJA DR3 / Terop**

INFORMATION

- We are forwarding this process-verbal by courier to Mr. <u>FRANSEN</u>, Investigating Magistrate of and in BRUSSELS.

Attached as Appendix 01, a copy of the photographs shown to Nizar TRABELSI [TRABELSI Nizar].

Process-verbal closed on 3 October, 2002 at 12:30 p m.

Duly noted,

[signatures]