FROM U.S. ATTY'S OFC.                     (FRI)11. 5' 04 16:11/ST. 16:00/NO. 4861053610 P 39

OFFICIAL REPORT - INTERVIEW

Attachment Number 1 of Official Report
no. 116032/02 dated 10/16/02 of
SJA Brussels-DR3/TEROP

On 10/16/2002 at 11:00 hours, Jamal DOUIDAR and Wim BONTE members of the SJA Brussels/DR3 interviewed [the following individual]:

## IDENTITY:

| | |
|---|---|
| Last and First Names: | **TRABELSI NIZAR** |
| Place and Date of Birth: | **SFAX on 07/22/1970** |
| Profession: | **Soccer Player** |
| Marital Status: | **married** |
| Address: | **currently detained in the Prison de Forest.** |

Who made the following statement:

> "I want to express myself in Arabic and I, officially select this language.
> I am aware of your function. I am officially informed that I have to be interviewed in the matter of investigation 1009/01 of Brussels of Investigative Magistrate FRANSEN of Brussels as a result of U.S. letters rogatory.
> Prior to this interview, you informed me that:
> I can ask that the questions asked to me and the answers given by me be recorded in the exact terms used by me personally.
> I can ask for another interview.
> My statements can be used in the court of the Law.
> I have the right to use any document in my possession, without causing an additional interview and I have the right to request them to be attached to the official report or registered with the correctional clerk;

I am being informed that I am interviewed in the presence of Messrs. DAVID W. PAUN (SPECIAL AGENT - FBI), FRED WONG (LEGAT BRUSSELS-FBI) and Mr. BENAMAR Habin (DOJ-serving as an English-Arabic-French interpreter.)

Also attending as an observer is my legal representative: Mehdi ABBES, esq.

My statements are translated from Arabic into French by Mr. Hakim KERDOUDI, certified interpreter for the District Court of Brussels and who takes the oath as follows: "I SWEAR

1

TO FAITHFULLY TRANSLATE STATEMENTS BETWEEN THOSE WHO SPEAK DIFFERENT LANGUAGES."

My interview begins at 11:10 hours.

QUESTION: Today, our presence is precipitated by the current events in the U.S., a sniper allegedly causing the death of nine and injuries to two persons, among whom is a thirteen year old child and by your statements made previously about a sniper. Do you really understand the reasons for our presence and what is at stake?

ANSWER: Yes, during my previous interview, I spoke of three persons, among whom an Egyptian national and two Saudis whom I had met in one of the two KANDAHAR houses.

QUESTION: I am coming back to one of the questions previously asked to you; the house you mentioned before, is it located at the KANDAHAR airport?

ANSWER: No, not at all. I will draw you a map and I will give it to you.

QUESTION: Where is the golf course where they would train?

ANSWER: At the villa. It is not really a Golf course. It is an imitation, sort of a large scale model of a golf course. With all the accessories, caddies, golf bags and clubs.

QUESTION: Who trained these sharp shooters?

ANSWER: A Russian from Chechnya, who speaks Arabic, and an expert in electronics, but I cannot tell whether he is an expert sharp shooter. He handled sharp shooters and the other took care of tactics.

QUESTION: What do you mean by tactics?

ANSWER: What I mean is where to shoot from, the use of weapons, their assembly, the target aimed at and the best way to hit it. I must add that I have never taken part in any training sessions; once I did indeed fire two different weapons for my own fun.

QUESTION: What is the name of the Chechnyan?

ANSWER: I must think about it to remember his name and I will answer when I remember.

QUESTION: Was it the same person as the one whom you had mentioned previously who would mix chemicals?

ANSWER: No, it is not the same person as the one I spoke about in the past, who would handled chemicals. That one was just an expert in electronics.

QUESTION: Besides, the tactics that you have mentioned, what other type of training was

2

provided there?

ANSWER: People trained in the morning, the afternoon and in the evening, three to four hours each time. They only trained, non-stop on shooting; There was no other type of training provided, such the as handling of explosives.

QUESTION: Have you ever seen them shoot from any vehicle?

ANSWER: Yes, from a pick-up. What I mean by pick-up, is sort of a 4 x 4 (four by four) with no top in the back.

QUESTION: Did they shoot from the driver's side or from the back?

ANSWER: I think from both places.

QUESTION: Was the back of the pick up open or covered?

ANSWER: Open.

QUESTION: During the training, did they train with a vehicle in motion or a vehicle standing still.

ANSWER: Both.

QUESTION: Do they train to shoot in the dark?

ANSWER:: I told you yes, before.

QUESTION: The three perpetrators, that is ABU ADAM, the Egyptian, and both Saudis...?

ANSWER: I never said that ABU ADAM is an Egyptian; the one in question is Saudi. I believe that there has been a mistake during the last interview, and I realized it when reading my interview in the cell. I must add once more that I have never said that there were two Saudis and one Yemenite with me; there was one Saudi, HOUDEIFA and there were two Yemenites LEITH and HASSAN.

QUESTION: Let us call them the three sharp shooters, did you see them play golf?

ANSWER: Yes.

QUESTION: Have you ever seen an entire exercise?

ANSWER: No, I can only say that I have only seen [about] sixty percent of an exercise; we were next to one another; we were doing our explosive exercises while they were doing theirs.

3.

TRABELSI TRANSLATED 53-003

QUESTION: To your knowledge, did they shoot from the golf course or from an adjacent parking lot?

ANSWER: I am unable to give you an exact answer; when I saw the exercises, they took place on the golf course itself.

QUESTION: During the shooting exercises, what were their targets?

ANSWER: The targets were photographs or objects.

QUESTION: What type of objects?

ANSWER: Red bricks, either whole or in half, placed in different positions. Half bricks are equal in size to European bricks. There was also some shooting on life-sized figures. A4 format photographs representing leaders of arab countries. BUSH was not one of them.

QUESTION: Were there pictures of Americans?

ANSWER: No.

QUESTION: When they shot these mannequins, which parts of the body were aimed at?

ANSWER: All of them. One the other hand, the shooting was [aimed] only at the chest level on the photographs.

QUESTION: While shooting, how far were they?

ANSWER: It depends, when I was shooting, I shot from far away and up close.

QUESTION: Can you explain what you mean by far and near?

ANSWER: It is difficult to judge; I would say that the closest would be approximately 50 meters and the furthest away between two hundred and two hundred and fifty meters.

QUESTION: Beside your personal observations, is there any one who would have spoken to you of these operations?[1]

ANSWER: ABU ADAM spoke to me about them.

QUESTION: [And] the other two persons never spoke to you about them?

ANSWER: No, I only had contacts with ABU ADAM. Anyhow, the latter only knew of my

---

[1]TN: what is most likely meant in this section is the following: Are your answers based on your personal observations or has anyone else spoken to you about these operations?

4

mission, but not the details.

QUESTION: I would like to speak about these three persons; can you describe them? First, ABU ADAM, do you know him under different first or last names; how tall is he? How old was he? [How about] the color of his hair, the color of his eyes; did he wear a beard; [what is] his citizenship? Did he have any distinguishing characteristic?

ANSWER: No, he did not have any other first or last name. He is between 1.70 and 1.75 meter tall; he was between 28 and 30 years old and looked younger than I do. He had shoulder-length black hair and his eyes were black. He wore a short beard. [He had] the Saudi citizenship. He wore two types of glasses and wore contact lenses; one pair of glasses, the ones he wore to shoot had small round black frames. The other pair had larger, square, brown frames and tinted [lenses].

At this point in the interview, at 12:32 hours, we take a small break after the departure of Nizar TRABELSI's legal counsel, Mehdi ABBES, esq. We resume the interview at 13:05 hours.

Question: We continue our discussion on ABU ADAM. Can you describe his face?

ANSWER: He is thin with a full and round face. He has a tanned complexion. He has a bright face, big eyes, the white part of his eyes is very pronounced. I cannot describe his nose, since I do not remember. His top left canine tooth was broken.

Question: When shooting, is he right or left handed?

ANSWER: Right handed.

Question: Can you tell us how many languages he speaks?

ANSWER: With me he spoke in Arabic; but I heard him speak English with a slight accent.

Question: Did he speak English in specific areas/locations only?

ANSWER: During a dinner, once, we were all gathered around a large table, he spoke English to a person seated across the table at the end. Most of the time he spoke English to an Egyptian.

Question: When he spoke English, did you understand what he said?

ANSWER: No.

Question: Do you know if ABU ADAM travelled and where?

ANSWER: Before he had a business between Morocco and Saudi Arabia. So I can answer

5

your question that he has travelled to these countries.

Question: What kind of business?

ANSWER: His father had a business selling religious books and cassettes. His father owned a recording studio. The company was based in Saudi Arabia. He had traded between Morocco, Egypt and Saudi Arabia. His father was married to an Egyptian who lived in Egypt.

Question: Do you know the name of the father and that of the company and where it is located?

ANSWER: No, I do not know that father's name, As for the name of the corporation [I do not know it], nor do I not know where it is exactly located in Saudi Arabia. There are many companies similar to that of ABU ADAM's father.

Question: Did ABU ADAM work with his father?

ANSWER: Yes, he had many contacts with religious personalities in Egypt.

Second interruption of the interview, for lunch.
We resume the interview at 13:55 hours.

Question: Before the break, you said that ABU ADAM worked with his father. Did he work in any other fields?

ANSWER: No

Question: In a previous interview, you stated the ABU ADAM would travel to WASHINGTON; did he go there before Afghanistan?

ANSWER: No I do not think so.

Question: In a previous interview, you mentioned that ABU ADAM lived in WASHINGTON?

ANSWER: No, I said the Egyptian [did]. He was the leader of the three individuals of the group.

QUESTION: Did the three members of this group train with the same instructor?

ANSWER: Yes, always with the same instructor.

QUESTION: Were there any other group training with the same instructor?

ANSWER: No there was only one group that trained in sharpshooting. In fact, they trained

6

frequently. There were other persons who trained with the same instructor, but there was only one group of three individuals that trained intensively in sharpshooting.

QUESTION: Have you ever seen, either passports of identity papers for ABU ADAM?

ANSWER: No absolutely not.

QUESTION: What did ABU ADAM tell you about the operation?

ANSWER: Not much, he told me that he had to travel to WASHINGTON and eliminate GOD's enemies.

QUESTION: Did he speak of any senators?

ANSWER: Yes.

QUESTION: Has he ever mentioned a name in particular?

ANSWER: No

QUESTION: What did ABU ADAM tell you about WASHINGTON?

ANSWER: He only told me that he was leaving for WASHINGTON to shoot.

QUESTION: Did he ever give you any precise location or area?

ANSWER: No.

QUESTION: ABU ADAM is an alias, isn't it?

ANSWER: Yes

QUESTION: Do you know his real name and why he is being called ABU ADAM?

ANSWER: No, I do not know his real name; I would like to add that ABU ADAM is not married and does not have a child, reason why he would be called ABU.

QUESTION: When did ABU ADAM talk to you about this operation?

ANSWER: When I arrived at the villa he was there already, they left the villa approximately 15 days before my departure.

QUESTION: You left the villa approximately during the month of the June, does this mean that they left early June?

ANSWER: The first half of June.

7

QUESTION: Did the three persons leave the villa together?

ANSWER: Yes.

QUESTION: Which way did they go in order to leave the villa and to go to KANDAHAR?

ANSWER: The same as ours. It is always the same itinerary that is followed, since there were two vehicles facilitating peoples' exit. The itinerary is the following: Villa-KANDAHAR, KANDAHAR-BOLDOK, BOLDOK-KWETA (Airport), KWETA-KARACHI, by air.

QUESTION: We are going to speak about the Egyptian. Can you describe him to us. How old is he? [Describe] his height, his build, his weight, his hair, the color of his eyes, his complexion and if he is wearing a beard or a mustache. Does he have any particular facial characteristics?

ANSWER: He is tall, taller than I therefore taller than 1.90 m. He is athletic, and weighs between 90 and 95 kg. He is approximately 35 to 37 years old. He has short hair and brown. Concerning [part of a text missing], I do not know if [they] are brown or black. No beard, no mustache and closely shaven. He has a very light complexion, and no facial characteristics.

QUESTION: Do you know the Egyptian's name, does he go by another first or last name?

ANSWER: I would not be able to tell you; I have never heard his name.

QUESTION: Can you tell us how many languages he speaks?

ANSWER: He speaks Arabic and speaks English very well, when speaking English he has an English accent and he does not speak like an Egyptian.

QUESTION: Can you describe his face to us?

ANSWER: He has a long and thin face. I cannot tell you anything else.

QUESTION: Can you tell, if the Egyptian travelled and to which countries?

ANSWER: I cannot tell you, I only know from ABU ADAM that the Egyptian lives in WASHINGTON, D.C.

QUESTION: What else did ABU ADAM tell you regarding the Egyptian?

ANSWER: Nothing else, beside the fact that he lives in WASHINGTON. This is what it seems like.

QUESTION: Do you know whether this Egyptian has a trade or a profession?

8

ANSWER: I know nothing else about this Egyptian.

QUESTION: During the training exercises with the pick-up truck, was the driver always the same?

ANSWER: Yes, it was always the Egyptian who was behind the steering wheel. But sometimes they were two or three in the pick-up truck.

QUESTION: Do you have anything else to say about the Egyptian?

ANSWER: I am sure that other details will come to my mind later.

QUESTION: We are going to speak about the second Saudi. Do you know his name or one of his first names?

ANSWER: no

QUESTION: Can you describe him to us. How old is he? [Describe] his height, his build, his weight, his hair, the color of his eyes, his complexion and if he is wearing a beard or a mustache. Does he have any facial characteristics?

ANSWER: He is approximately 24 to 26 years old. He is short, approximately 1.60 to 1.65 m tall. He is very thin. He has black [CURLY] hair. His eyes are very black. He has a tan complexion. He has a thin beard. He has no other facial characteristics.

QUESTION: Can you describe his face?

ANSWER: He has a thin and square face. His cheeks are sunken. There is nothing in particular on his face, which has attracted my attention. His teeth are very white.

QUESTION: Can you tell me how many various languages he speaks?

ANSWER: No, but he mostlikely speaks Arabic.

QUESTION: Do you know if the Saudi travelled and to which countries?

ANSWER: I cannot give you an answer.

QUESTION: Do you know if this Saudi has a trade or a profession?

ANSWER: No, I cannot give you an answer.

QUESTION: So did these three persons in question plan to go to WASHINGTON, D.C. to live there?

ANSWER: Absolutely.

9

QUESTION: Do you have anything else to say about this Saudi?

ANSWER: I saw this Saudi engaged in explosive exercises in addition to the sharpshooting classes; I believe it was just to try. He did not participate to any exercises with us.

QUESTION: What do you mean by just to try?

ANSWER: In fact in the lab, there were people who really trained in explosive preparation and assembling, and others who made explosive devices by making a simple mixture. He belonged to the latter.

QUESTION: Pertaining to weapons used for sharp shooting. ABU ADAM, did the Egyptian and the second Saudi always use the same?

ANSWER: Yes, they always and only used two type of weapons.

QUESTION: Was it a KALACHNIKOV or another type of weapon?

ANSWER: It was another type of weapon. I cannot give you the name of the weapons.

QUESTION: What type of weapons, can you describe them to us?

ANSWER: There was a large shotgun and a small shotgun. The large shot gun without a magazine, is a single shotgun. The barrel is a bit longer than that of the KALACHNIKOV. The length is approximately one meter long without a silencer. Concerning the silencer, it screws on at the end of the barrel; it is approximately 20 cm long and very heavy. The butt of the weapon is completely in black plastic and covers the shoulder. A lens is placed on top of it. Below on the right side of the lens, there is something like a hook and just below a small handle to adjust the lens and the distance. It is used on a tripod placed below the barrel.

QUESTION: We are showing you a WINCHESTER cartridge .223 caliber?

ANSWER: This cartridge is similar to that used with the gun. One uses two types of cartridges. The normal ones and the one designed to cause larger internal damages such as internal hemorrhaging.

QUESTION: Describe the short gun to us?

ANSWER: It is as precise as the long one. It is equipped with a lens and a laser. It also made of black plastic. It is approximately 60 to 80 cm long. It has a large magazine, I would estimate 10 cartridges, which are stacked vertically in a charger and not crossed. The type of cartridge used is almost identical to the ones used in the large gun, but thinner.

QUESTION: Did you note the name of the make of the lens or the cartridge?

10

TRABELSI TRANSLATED 53-010

ANSWER: There was a name of the make, but I do not remember.

QUESTION: Which one of both weapons have you used and how many times?

ANSWER: Both and I have shot several times.

QUESTION: Do you know what Tarot cards are?

ANSWER: Yes.

QUESTION: Have you ever seen any sniper use this type of card?

ANSWER: No.

QUESTION: Under which circumstances did you see this cards?

ANSWER: I have previously seen such cards in Germany, and saw them in Afghanistan. This type of card is current used by Afghanis. It is common practice with them. Once in DAR ES SALAAM, I saw Arabs taking such cards from them an Afghani, since it is a forbidden practice in Islam.

QUESTION: Do you remember the symbols and pictures shown on them?

ANSWER: No.

QUESTION: Can you estimate when this took place?

ANSWER: Around April-May, before I went to the villa.

QUESTION: Who are these Arabs who took this type of cards?

ANSWER: I do not know. I do not know them.

QUESTION: During the sniper shootings in the United States, we found beside the crime scene, a tarot card, representing death and a message handwritten on it: Dear Police, I am God. Could this have anything to do with or mean anything to you?

ANSWER: I would not know how to answer this question. In fact, in Afghanistan, we are trained on how to leave misleading evidences or on how to handle a situation in a western way. For example: consumption of alcohol, dress attire, using accessories or ruse to change our appearance.

QUESTION: Why didn't you mention sooner this type of training, and these three men who trained in sharpshooting?

ANSWER: I did not think about it, since I was too preoccupied by my arrest, and so many

11

TRABELSI TRANSLATED 53-011

> You have read back the interview to me as we went along in order for me to correct it or complete it, if needed.
> You also inform me that I have the right to receive a free copy of this interview report and for it to be given to me at the end of the interview.
> I request this copy.
> I have no remarks, nor any objection regarding your input as well as this interview.
> I have nothing else to state. My interview ends at 17:10 hours.

troubles that fogged my mind and my thoughts. In addition, I was not able to supply any more information; since there are many other trained persons of whom I am not aware.

QUESTION: We are showing you a photograph, this has nothing to do with the sniper? Do you know this person?

ANSWER: I do not know this person.

I have nothing else to state.
Reading concluded, maintains his statement and signs.

The official recording was ended on 10/16/2002 at 17:30 hours.

[SIGNATURES]

TRABELSI TRANSLATED 53-012

