**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel. (703)299-3700
Fax (703) 299-3981

August 25, 2003

<u>Via Facsimile 703-299-8876</u>

Chris Benyo
C/o Terrence G. Reed, Esq.

    Re:    <u>John Doe No. A02-209</u>

Dear Mr. Reed:

    During our recent conversation, you indicated that your client, Chris Benyo, under the terms described below, would consider voluntarily providing information to the United States Attorney's Office for the Eastern District of Virginia and the United States Department of Justice, Criminal Division (collectively, the "government") concerning the above-referenced criminal investigation which relates to AOL Time Warner, Inc.

    If Mr. Benyo were to provide the government with information relating to the above-referenced criminal investigation, which is known as a proffer, the government would accept that information under the following terms:

    <u>First</u>:   No statements or other information provided by Mr. Benyo will be admissible against him in the government's case-in-chief in any future civil or criminal proceedings.

    <u>Second</u>:  The government, however, will be free to use any statements or other information provided by Mr. Benyo or any information derived directly or indirectly from these statements or other information for impeachment, cross-examination and rebuttal should Mr. Benyo testify contrary to this proffer in any future proceedings.

    <u>Third</u>:  The government may make derivative use of, and may pursue any investigative leads suggested by, any statements or other information provided by Mr. Benyo. Such derivative information may be used against Mr. Benyo in any future proceedings.

    <u>Fourth</u>:  If Mr. Benyo knowingly provides statements or other information to the government which are false, misleading, or designed to obstruct justice, Mr. Benyo would be subject to prosecution for any applicable criminal violations including, but not limited to, perjury, false statements and obstruction of justice. Any such prosecution could be premised upon any statement or other information provided by Mr. Benyo and any information and leads derived therefrom.

EXHIBIT 1

The above paragraphs constitute all of the terms of this proffer agreement and any changes to this agreement must be made in writing.

If Mr. Benyo wants to proffer statements or other information under these terms, please contact me at your convenience at 703.299.3842.

Sincerely,

Paul J. McNulty
United States Attorney

By: *[signature]*

Claudius B. Modesti
Assistant United States Attorney

By: *[signature]*

Adam A. Reeves
Trial Attorney
Criminal Division, Department of Justice

Accepted and Understood:

*[signature]*
Chris Benyo

8-25-03
Date

*[signature]*
Terrance G. Reed, Esq.
Counsel to Chris Benyo

8-25-03
Date