|  |  |
|---|---|
| FEDERAL POLICE<br>SJA, BRUSSELS BR<br>Rue de la Croix de Fer, 77<br>1000 BRUSSELS<br>Tel.: 02/507.92.88<br>Fax: 02/507.93.66 | P R O   J U S T I T I A<br>URGENT [ ]  *3 illegible* |

```
================================================
SUBSEQUENT PROCEEDING No.: 113084/01    DATED: 09/13/2001
================================================
```

EXECUTION OF:

[Illegible]UT INDIVIDUAL INVOLVED
Alien

| | |
|---|---|
| PROSECUTION CASE: | BR.35.98.3996/00 BRUSSELS ROYAL PROSECUTOR |
| PROSECUTOR'S OFFICE CASE: | 97/2000 HON. DE VALKENEER, BRUSSELS EXAMINING JUDGE |

```
================================================
```

RESTRICTION OF LIBERTY:           AT       HOURS
NOTICE GIVEN TO:                  ON  /  /  AT       HOURS
_____

PURPOSE(S)

EXECUTION OF SEARCH WARRANT ORDERED ON NIZAR TRABELSI
_____

DESCRIPTION OF FACTS

(1) Crimes against homeland security
(2) Narcotics: TRAFFICKING OF FALSE DOCUMENTS
_____

LOCATION OF FACTS

FACTS TOOK PLACE ON 05/11/2000  AT      00:00  HRS
DISTRICT:    BRUSSELS (BELGIUM)
_____

| NSMITTED TO | ORIG. | COPY |
|---|---|---|
| G JUDGE SSELS | X | |
| FED POLICE CIA  BSLS | | X |
| FED POLICE TEROP DR  BSLS | | X |

x for SERVICE use only
NSMITTED ON  /  /
Service Chief Approval

INDIVIDUALS INVOLVED

Charged [ 0 ]  UNKNOWN - [ 1 ] KNOWN

```
                        | WANTED   | QUESTIONED |
                        | YES | NO | YES | NO   |
```

Nizar TRABELSI
   Born on: 22/7/1970 in SFAX        |    |  X  |    |  X  |
   Nationality: TUNISIA
   Address: Avenue Mozart, 3/4
            1180 UCCLE     (BELGIUM)

_____
This box for Prosecutor's Office use only

                                                  0026974
                                                  0026974

**FEDERAL POLICE**
**SJA of BRUSSELS DR**
**Terrorism Section**
_____

Rue Croix-de-Fer 77

1000 BRUSSELS

Tel: 02/507.94.54

Fax: 02/507.93.66

**Proceeding No. 113084/01**

**PRO JUSTITIA**

On this thirteenth day of September two thousand one at 3:45 p.m.; the undersigned Abdesselam **ETTAMSAMANI** (Police Chief Inspector, InpP), Pierre **FAYT** (Police Commissioner, CP), Christian **VERSTRAETEN** (Police Chief Inspector, InpP), Christophe **PURNELLE**· (Police Chief Inspector, InpP) Judicial Police Officer/Assistant Royal Prosecutor, [OPJ/APR] of the federal police, domiciled at the **SJA, 1000 BRUSSELS DR3 / TEROP** in plain clothes and bearing our service identity badge,

### INFORMATION

Based on Case N. 97/00 under Honorable **DE VALKENEER** Examining Judge of and in BRUSSELS, we inform him about the following:
    On this 13th of September, 2001, at 3:45 p.m., we went to the address located on avenue de Mozart Number 3 in UCCLE, in order to execute a search warrant at the residence of Nizar **TRABELSI**.

The reason for the search was to locate and seize all documents and items useful for constituting the case, and particularly all elements related to conspiracy and explosive attacks.

### LOCATION STATUS

We arrived at the location at 4 p.m. This is a five-story building, located in a residential neighborhood.
The name of the wanted individual is listed on the building's doorbell. This individual lives in a fifth-floor apartment.

### ESI OPERATION

The Special Operations Squad took positions and surrounded the building at 4:30 p.m. One male was arraigned.
After the ESI secured the location, we were able to enter the apartment.

0026975

0026975

## INDIVIDUAL IDENTIFIED

After entering the apartment, we verified that one person matching the description of the individual wanted by our services was handcuffed and placed in the middle of the living room. We recognized him as being
Nizar Ben Abdelaziz **TRABELSI**
    Born in Sfax (Tunisia), on July 22, 1970

## NOTIFICATION OF SEARCH WARRANT

Due to obvious security reasons, we preferred that ESI colleagues evacuate **TRABELSI**. The search warrant was not issued to him.

## VERIFICATION OF DAMAGES

In order to enter the apartment, and due to obvious security reasons, the ESI had to break down the door to the apartment to be able to enter it. The door shows major damage on the lock. It is unusable.
During the ESI operation, they also pulled down a shower curtain because someone could be hiding behind it. The shower rod hardware was damaged and will have to be replaced.
We verified that part of the wooden floor in the apartment had been removed, for reasons we cannot ascertain at the moment. These were not damages done by our services.

## DOMICILE VISIT

*Description of the place:*
This is an apartment located on the fifth floor consisting of a kitchen, a living room, two bedrooms, a bathroom, a WC and a storage unit.

*Search:*

We proceeded to perform a detailed search of the place,

In the living room, we discovered a black canvas suitcase full of clothes.
Among all of these clothes, we found a UZI-type machine gun No. ERO 168302 CROATIA, along with two high-capacity magazines, including 9 mm/para. caliber cartridges.

In a second black canvas rolling suitcase, we found several written materials in Arabic, books, tracts and magazines. This suitcase also contained a large number of audio and video cassettes, as well as CDs.

Other Arabic and French handwritten documents were also found in the apartment, as well as planning calendars, and GSM cellphones

In a black briefcase, we found a book about the German soccer club FORTUNA DUSSELDORF. Inside, on page 43, we noticed

0026976

0026976

notes concerning chemical formulas. These will have to be analyzed by a specialist in order to establish that these these [sic] are products which are part of the composition for an explosive bomb.

We also found a Tunisian passport No. L443124 issued in DUSSELDORF on March 25, 1997 with an expiration date of March 24, 2002 under the name of
Nizar TRABELSI, born in SFAX on 07/22/1970
On this passport, we confirm the presence of two visas for PAKISTAN

Our services took all of these items in order to analyze and verify them. The examination and detailed inventory of these items will be under separate proceedings.

It must be noted that during our search, one of the GSM cellphones was contacted twice. We were able to capture the second call. It was coming from a French phone line 0033615511683

### CASE PHOTO

During our search, we took pictures of the layout in the apartment and also various items. A case photo will eventually be established and attached to the procedure through a Subsequent Proceeding
We are enclosing herewith a sketch of the apartment layout

### ARRAIGNMENT OF EL HADDOUTI ABDELCRIM

During the search, today at 5:30 p.m., an individual arrived at the apartment saying that he was bringing clothes to TRABELSI
These clothes include a classic gray jacket, a white shirt, a blue shirt, a gray shirt, two black coats and two pairs of classic trousers. He is also carrying a small plastic bag containing a HARISSA box and bread. We identified the individual as being
Abdelcrim **EL HADDOUTI**, already identified in the case

After searching the individual as well as his vehicle, and after notifying Hon. DEVALKENEER, EL HADDOUTI was transferred by Agent 1 and Agent 4 to our unit's headquarters for questioning.

The documents and personal belongings found on this individual and in his vehicle are to be analyzed later.

### REQUEST FOR THE ASSISTANCE OF THE SCIENTIFIC POLICE REGIONAL LABORATORY

Upon our arrival in the apartment, we all donned gloves in order to preserve potential fingerprints
Based on the specific characteristics of the environment we were working at, we asked for the assistance of the Scientific Police Regional Laboratory.
At 5:45 p.m., four members of the laboratory staff arrived.
The laboratory staff focused on collecting fingerprints as well as any biological traces in the entire apartment. It was mutually agreed and decided that all documents would be taken by us in order to photocopy them before being analyzed by them.
The lab staff took various items and clothes, as well as the UZI machine gun for later examination
They will be responsible for conducting the inventory of items seized and submitting them to the Judicial Office
Their operation at this location ended at 8:40 p.m.

0026977
0026977

Lab staff members then went to our unit headquarters in order to collect microscopic traces on TRABELSI's clothing. The samples taken will be submitted in the next few days to the National Institute of Criminalistics and Criminology (INCC) for them to conduct a specific analysis in search of explosive traces

### CANINE OPERATION

At 6:30 p.m. we requested the assistance of a canine unit especially trained to locate explosives. The canine unit arrived at approximately 7:45 p.m. We asked them to wait as needed for the laboratory staff members to finish their task. At 8:15 p.m. sweeping started. It ended at 8:30 p.m. The search was negative.

### PROSECUTOR VISIT

At 7:00 p.m. the Assistant Royal Prosecutor on behalf of the Prosecutor's Office of Brussels performed a visit accompanied by the examining justice in order to assess how the search was progressing and get an idea of the layout at the location
No particular action was requested from us regarding the search.
Notwithstanding, Hon. DE VALKENEER asked us to carry out a neighborhood inquiry during the next few hours near the building in order to verify if TRABELSI is renting a garage
The prosecutor's visit ended at 7:58 p.m.

### LOCKSMITH REQUESTED

We requested the locksmith A EXPRESS SERICE[sic] 2000 located at chaussée de Charleroi 24 (Tel. 538.85.97) in order to perform certain work to be able to lock the apartment. After reaching an agreement with the owner of the apartment, Mr. OBUCHOWSKI Simon, we had the apartment door boarded up in order to prevent access
The board was screwed on and we put seals on it
Mr. OBUCHOWSKI will purchase another door. When it is received, we will remove the seals.

### SEIZURE

After examining the documents collected by our services, they will either be returned to their owner, or submitted to the Correctional Court Judicial Office in BRUSSELS.

### INFORMATION

Based on information provided by the owner, the damages to the floor were possibly due to a minor flood caused by a malfunctioning washing machine.
The document examination will be covered in a Subsequent Proceeding

Proceeding closed on 09/14/2001 at 9:25 a.m.

In witness whereof,

[Signature]    [Signature]    [Signature]    [Signature]

0026978
0026978

[Partially illegible apartment floor plan]
Apartment Floor Plan located at 1110 UCCLE
Av Mozart 3/4 residence of
Nizar TRABELSI
Bedroom
Bedroom
WC
Dining Room
Living Room
Shower
[Illegible] Room



0026979
0026979