FEDERAL POLICE
*Service Judiciaire d'Arondissement de Bruxelles*
[Brussels Criminal Investigation Division]
**TEROP section**
Rue de la Croix de Fer 77
1000 Brussels
Tel: 02/507 94.20

## PRO JUSTITIA

Report No. 113106/01 of 14 September 2001
File No. 97/2000 - Investigating Judge DE VALKENEER

### TRANSCRIPT OF INTERVIEW of:

| | |
|---|---|
| Name: | **TRABELSI** |
| First name: | Nizar |
| Place and date of birth: | Sfax, 22 July 1970 |
| Profession: | professional soccer player |
| Marital status: | |
| Nationality: | Tunisian |
| Address: | Uccle, av. Mozart No. 3 |

In the year two thousand and one,
on the fourteenth of September, at 9:40 AM,
I, the undersigned, Pierre Fayt - SJA DR3 – TEROP, chief of the Federal Police, am interviewing, on the date and at the time indicated above, the aforementioned person, who states:

"I wish to express myself in French and I choose Arabic in court. I am aware of your role. I have been informed that I am to be interviewed in connection with a file that is before the Investigating Judge De Valkeneer of **Brussels**.

Prior to this interview, you are informing me that:
1. I may request that the questions you ask me and the responses I give be officially recorded verbatim;
2. I may request that further instructions be given by the investigating judge or that another interview be conducted;
3. My statements can be used as evidence in court;
4. I may use any documents in my possession without this causing a postponement of my interview, and I may require that these documents be attached to the interview transcript or filed with the clerk of the criminal court;
5. At my request, a copy of my interview will be given to me upon conclusion of the interview or sent to me within one month.
6. I have the right to read my statement myself, but I may also request that you read it to me and I may make any corrections or additions necessary.
7. I am free to pause this interview as I see fit.

TRABELSI TRANSLATED 1-001

My name is Nizar Trabelsi, born in Sfax on 22 July 1970, son of Abdelaziz and Djelali Naima, of Tunisian nationality.
I am a professional soccer player, presently unemployed.
I have been in Europe since 1989. I left my country because I had a contract to play professional soccer. The first country where I arrived was Belgium where I played for Standard. After four months, I left for Germany where I played for Fortuna Düsseldorf. Since then, I have been living in Germany where I married Simone Ratziewski. I had one daughter, Sarah (DOB 9/24/90), with her. I divorced in 1995.
The last address where I lived is Johannstrasse No. 50 in Düsseldorf. I live in this apartment with Amal Halim, whom I married in a religious ceremony in 2000.
I met my wife in a telephone booth. She was crying because she was having problems. I talked to her about Islam and we have been together ever since. She is currently six months pregnant and is in Corsica with her family to give birth.
I left Germany on 21 October 2000 because I was having problems with the law but also because of a group of Lebanese who were looking for me because of my wife. I wanted to protect my wife and that is why I left for Pakistan.
The Pakistani visa in my passport that was issued by the Pakistani embassy in London is a forged visa. I obtained this visa through an intermediary named Mohamed for the sum of 1500 Deutsche marks. Mohamed lives in Düsseldorf. He is the one who took my passport and then returned it to me with the visa. My wife also got a forged visa.
I took off from Amsterdam airport for Islamabad, via Zurich. During my layover, I exchanged 120,000 DM into US dollars. I wish to point out that before going to Amsterdam, I traveled through Brussels where I spent one night with my wife at the Ibis hotel downtown.
In Islamabad, I spent the first three nights at a hotel. Before leaving for Pakistan, Mohamed gave me the telephone number of a person to contact.
In Pakistan, I contacted this person, an Iraqi named Abou Mohamed. He tried to facilitate my stay in this country. I thought that life was too hard in Pakistan for me and my wife and at the suggestion of Abou Mohamed, I left for Afghanistan. I did not know anyone in that country. I went to Jalalabad.

After staying in this city for a while, I met a Libyan who helped me. His name is also Abou Mohamed. He showed me the way and told me that I could help people by building mosques or wells. I therefore made my money available to him and I built two mosques and some wells.
In this country, my wife had several miscarriages. We decided to go back to Europe. My wife left Afghanistan first to return to her family in Corsica. This was one or two weeks before I returned myself.

Since I had stayed in Pakistan for 10 months, in order to return to Europe I had to get a fake visa in my passport and false stamps to make the Pakistani authorities believe that I had stayed only two weeks in that country. I had no problems.

I did not know anyone in Afghanistan. However, there I met Amor Sliti, who is the principal of a school.

When I arrived back in Europe, I landed in Amsterdam. No one came to pick me up at the airport and I stayed at a hotel.

I then went to Belgium. I stayed at a hotel near the basilica. This hotel is managed by a Tunisian. This person recognized my name (he knew me from soccer) in the hotel's register.
I bought a newspaper and I began looking for an apartment. My wife was having problems with her family because of the head scarf, so I wanted her to come back and live with me. At the beginning of July, I found the apartment at Av. Mozart No. 3 in Uccle. It is a furnished apartment.
I have been living there since 13 July 2001. My wife came to join me.

I do not have a car. I did not open a bank account and I do not have a safety box.

I have two cell phones. I do not know the numbers but one ends in 932 and I do not recall the other one. Initially I bought two cell phones at Mobistar at the stock exchange, one for my wife and the other one for me. One was a Siemens and the other a Nokia.

Since the Nokia did not work well, I borrowed a cell phone from Abdelcrim El Haddouti. I change the number regularly because I am afraid of my wife's family.

As far as my means of subsistence are concerned, I still have $47,000 in Pakistan which I gave to Abou Mohamed, the Iraqi. I called him to ask him to send me the money. The money will be sent via a bureau de change. I have not yet given him the address of this bureau de change. I did ask Abdelcrim how I could get my money sent back. Under no circumstance did I ask him to open a bank account to transfer in the money.
During the search, you found a submachine gun with two magazines. I acknowledge that it was found in my suitcase but this item does not belong to me. I bought it for 20,000 BF from an Albanian near the *gare du midi* train station.

Let me explain. I was near the *gare du midi* station when I was approached by an Albanian man who wanted to sell me gold. I looked and after some time, I asked him whether he had other items. To tell the truth, I wanted to buy a gun with a silencer to shoot the Lebanese guy in Germany who was bothering my wife.

Finally, the Albanian brought me an Uzi submachine gun and I paid 20,000 BF for it.
During the search, you also found notes with chemical formulas in a book about the Fortuna Düsseldorf soccer club on page 43. This is indeed my handwriting. I wrote this down in Afghanistan. These are chemical substances? I do not know what they might correspond to.

In searching my wallet, you also found a French driver's license No. P46400129. It is fake and I bought it in Germany for 500 DM from a Palestinian before leaving for Pakistan.

I have indeed known Abdelcrim El Haddouti for about 4 years. I met him at a discotheque. I also know his brothers, Said and Hassan. I frequent the Le Nil restaurant on Blvd Lemonnier.

I also know the individual named Jerome Courtalier, alias Salman. I met him at a Turkish mosque in Düsseldorf. I did not know him before that.

I also know Mouloud. I do not know what his name is. He is Libyan. He came to visit back when I lived at Johannstrasse 50 in Düsseldorf.
I also met him at the Turkish mosque. He counseled me when I was having problems with my wife.

I have been informed that I am being held to in order to appear before Investigating Judge De Valkeneer, in Brussels.
I have been informed of the facts that you are investigating and more specifically, I have been informed that all the objects and documents taken by your officers on 13 September 2001 during the search conducted at my residence have been seized for analysis. They will either be confiscated or returned subsequently. You have informed me of my rights in a clear manner.

I wish to assert these rights and request that a copy of my interview be given to me.
I have read my interview transcript. You have given me the opportunity to make additions or corrections. I have no additions or corrections.
I have no complaint to make regarding my interview or the manner in which the investigation has been conducted."

Read, confirmed and signed at 1:00 PM on this day, 14 September 2001.
[handwritten] refuses to sign


For the record.
[signed]