Brussels District
*TRIBUNAL DE PREMIERE INSTANCE* [district court]

Office of Investigating Judge
Christian de Valkeneer

Palais de justice extension
Rue des Quatre-Bras 13
1000 Brussels

## PRO JUSTITIA

### INTERROGATION OF AN ACCUSED

File No. 97/2000
Ref. No. 35.98.3996/2000

On September 14, 2001 at 2:50 PM,
before us, Christian De Valkeneer, investigating judge for the district of Brussels, assisted by Marie-Jeanne De Ridder, our clerk, did appear the individual named below who states that he chooses to speak French for all his statements throughout these proceedings;

We note his choice for the record and he answers as follows the questions we ask him in this language:

Investigating Judge [IJ]: Please state your names, first names, place and date of birth, domicile and/or place of residence.

Answer:
TRABELSI, Nizar
Born in Sfax (Tunisia) on 22 July 1970
Residing in Uccle at 3, Avenue Mozart
A Tunisian citizen

IJ:   Have you ever been convicted before?

R.:   No.

IJ:   I am informing you that you have the right to select an attorney; who do you choose?

A:    I do not know any.

IJ:   Since at the present stage of the proceedings you have not chosen a counselor, I will notify the President of the Brussels Bar Association of this fact and inform him of the language that you have chosen to use. (1)

Interrogation of an accused, cont.

>I am also informing you of the possibility that a warrant of arrest that may be issued against you and that the Crown Prosecutor has already taken steps to that effect.

IJ: I am informing you of the charges against you, which are listed in the indictment issued by the Crown Prosecutor on 13 September 2001.

IJ: I am informing you:
a) that you may request that all questions asked of you and all your responses be officially recorded verbatim;
b) that your statement may be used as evidence in court and that you have the right not to make any statement;
c) that you have the right to request that steps to prepare for trial be taken; or that interviews be conducted;
d) that you have the right to ask for a free copy of this transcript.

We then hear comments from the accused with respect to the charges against him and the possibility of an arrest warrant being issued.
I fully confirm the statement that I made to the Federal Police despite the fact that I did not sign this statement.
I took an apartment in Belgium because I am planning to move here with my wife. My wife is pregnant and is due in three months. She is currently living in Corsica. My wife's name is Amal Halim.
I sent her money the day before yesterday (20,000 BEF). It was Abdelcrim El Haddouti who transferred the money to her.
With respect to my money, it is with a friend in Pakistan who sends it to me whenever I need it.
Up to now, I have not asked him to send me any but I was planning to do so.
The telephone number of this person is in my appointment book.
It is true that the Pakistani visas in my passport are forged. The French driver's license that you found is also forged.

It is true that the submachine gun found in my apartment belongs to me.

You are asking me about a certain Djamel Beghal. This name means nothing to me. However, I do know a person named Abouamza.
I met him in Pakistan in November 2000.
He was at Abou Mohamed's house. I did not talk to him. I do not know what he was doing in Pakistan.
In response to your question, Abou Mohamed works at a school.
The chemical formula in the magazine found at my house was indeed written by me.
I do not know what it is used for.
You are telling me that it is odd to write down a chemical formula when one does not know what it is used for.
I can assure you that I never had any intention of setting a bomb and moreover, I do not know how to make one.

Interrogation of an accused, cont.

I take note that you are charging me with criminal conspiracy, attempted use of explosives to destroy structures or buildings where the perpetrator had to assume a human presence, possession of weapons of war and belonging to a private militia.

You have asked me whether I had any corrections or additions to make to my statements. **I wish to receive a copy of my interview; for which my signature will serve as receipt. Interview concluded at 3:28 PM.**

No other person was involved in this interrogation and there are no special circumstance to note.

Read, confirmed and signed.

[signed]

TRABELSI TRANSLATED 3-003