SJA BRUSSELS
Rue de la Croix de Fer, 77
1000 BRUSSELS
Tel. 02/507.92.88
Fax 02/507.93.66

STATUS PERSON IMPLICATED

Alien

MISCELLANEOUS

Number of annexes: 7

113215

## PRO JUSTITIA

URGENT [ ]

| SUBSEQUENT PV No. 109806/02 | Dated: 20 September, 2001 |
|---|---|

### IN ACCORDANCE WITH:

PROSECUTOR'S OFFICE CASE FILE:

**FEDERAL PROSECUTOR'S OFFICE BR.35.98.3996/00
BRUSSELS PUBLIC PROSECUTOR**

PROSECUTOR'S OFFICE CASE FILE:

**97/2000 DE VALKENEER BRUSSELS INVESTIGATING
MAGISTRATE**

OTHER INTERNATIONAL LETTER ROGATORY 1008/01 – IM DE
VALKENEER DATED:   /   /

| | |
|---|---|
| DETAINED ON: | AT      o'clock |
| NOTICE GIVEN TO: | ON    /   /    AT      o'clock |

### SUBJECT(S)

SEARCH WARRANT FOR THE "LE NIL" RESTAURANT

### DESCRIPTION OF CRIMES

(1)    Crimes against national security

(2)    Narcotics: TRAFFICKING OF FORGED DOCUMENTS

### LOCATION OF CRIMES

CRIME COMMITTED ON 11 May, 2000 at 12:00 a.m.

MUNICIPALITY: BRUSSELS (BELGIUM)

### INDIVIDUALS INVOLVED

Type  [0] UNKNOWN – [3] KNOWN

| | | WANTED | | QUESTIONED | |
|---|---|---|---|---|---|
| | | YES | NO | YES | NO |
| Nizar **TRABELSI** [**TRABELSI** Nizar] | | | | | |
| Born on: | 22 July, 1970 in SFAX | | X | | X |
| Nationality: | TUNISIA | | | | |
| Place of Residence: | Rue Mozart, 3/4 | | | | |
| | 1180 UCCLE (BELGIUM) | | | | |
| Mouloud **EL MOURABIT** [**EL MOURABIT** Mouloud] | | | | | |
| Born on: | /  /        in | | X | | X |
| Abdelcrim **EL HADDOUTI** [**EL HADDOUTI** Abdelcrim] | | | | | |
| Born on: | 23 June, 1977 in VILVOORDE | | X | | X |
| Nationality: | BELGIAN | | | | |
| Legal Address: | Parkstraat, 46 | | | | |
| | 1800 VILVOORDE (BELGIUM) | | | | |
| Place of Residence: | | | | | |
| | BRUSSELS (BELGIUM) | | | | |

Space reserved for PUBLIC PROSECUTOR'S OFFICE use only

| SENT TO | ORIG. | COPY |
|---|---|---|
| INVESTIGATING MAGISTRATE DE VALKENEER BRUSSELS | X | |
| FEDERAL POLICE CIA BRUSSELS | | X |
| FEDERAL POLICE SJA DR | | X |
| FEDERAL POLICE BR SJA BRUSSELS DR 3 TEROP 3 | | X |

Space reserved for SJA use only

SENT ON  /   /        PP

Department head authorization
[signature]

Continuation no. 1 of the Process-verbal 113215/01 of 20 September, 2001 –
JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP

## PRO JUSTITIA

On this Thursday, 20 September, 2001, We, the undersigned, Serge WINKEL [WINKEL Serge] - Chief Police Inspector, **Pol CRAVILLON [CRAVILLON Pol] - Superintendent (OPJAPR) [Judicial Police Officer/Assistant to the King's Prosecutor]**, Ivan BESSMANS [BESSEMANS Ivan] - Chief Police Inspector, Abdesselam ETTAMSAMANI [ETTAMSAMANI, Abdesselam] - Chief Police Inspector, Francis MACHARIS [MACHARIS Francis] - Chief Police Inspector, **SENOL Ersan** - Chief Police Inspector and Jamal DOUIDAR [DOUIDAR Jamal] - Chief Police Inspector

all members of the                      **of the Federal Police**
**in residence at**    the JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR3 – TEROP
wearing our uniform, (1) in civilian clothes, (1)
and carrying our professional identity cards

## INFORMATIONS

… On this day, on the date and at the time mentioned above, carrying the search warrant issued in the context of the case-file 97/2000 of the Investigating Magistrate DE VALKENEER with the Court of First Instance of and at BRUSSELS cause to proceed with the search of the business called "LE NIL" located at 1000 BRUSSELS, Blvd Lemonier 165.

Inform that the action in the public part of this business was assigned to the services of Mr. CARLIER of the Local Police in BRUSSELS who will assist us for the penetration into the premises, and who will take care of drawing up the separate notes that will be initiated if necessary.

Also inform that the services of the Social Inspection Agency, the National Employment Office (ONEM), the Ministry of Social Affairs accompany us for matters that belong to their specific resort.

The Search warrant is returned with the present document.

## ARRIVAL ON THE PREMISES – ACTIONS TAKEN - OBSERVATIONS

On this day, 20 September, 2001 at 6:32 p.m., we arrive at the premises.

It involves a row building with ground floor and four floors located in a popular neighborhood of the capital.
This neighborhood is mainly frequented by foreigners.

Accompanied by the police force of BRUSSELS, we enter the premises.

As soon as we arrive we observe the presence of three men behind the counter and one client sitting at a table.

| Continuation no. 2 of the Process-verbal 113215/01 of 20 September, 2001 – JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP |
|---|

We also observe the presence of a man in the restroom.

In our presence two of the people behind the counter attempt to escape through the back but are chased after by policemen who succeed in catching and overpowering one of the two men.
That person is handcuffed and flattened against the ground because he was resisting the intervention of the police.

The second individual managed to escape through a backdoor that exits on the Rue de la Caserne 62.
That person was not caught in the end.

| IDENTIFICATIONS |
|---|

On this day, 20 September, 2001 at 18h33, the situation being frozen, we proceed with the verification of the identity of all the persons present.

**Individuals present behind the counter**:

Mohamed **SALEM** [**SALEM** Mohamed] (holding the Dutch nationality)
Born at GHRBIA (Egypt) on 15 July, 1965
Split up, manager
Legal address: 1000 BRUSSELS, Blvd du Midi 1-4
Residing: 1000 BRUSSELS, Blvd Lemonier 165
This individual says to be the manager of the restaurant; he was identified based on his identity card.

Said Mahmoud **AYMAN** [**AYMAN** Said Mahmoud] (holding the Egyptian nationality)
Born at CAIRO (Egypt) on 1 November, 1966
Without legal address in Belgium.
This person tried to escape but was chased after and caught. He was identified based on his own word, for he did not carry any identity document with him.

**Person sitting at a table**:

Gholamallah **TARTAG** [**TARTAG** Gholamallah] (holding the Algerian nationality)
Born at OUEDRHIOU (Algeria) on 21 October, 1971
Single, student
Legal address: 1190 FOREST, Rue Fernand Bernier 90
This individual was identified based on his own word, for he did not carry any identity document with him.

**Person located in the restroom:**

Said **FERKIOUI** [**FERKIOUI** Said] (holding the Algerian nationality)
Born in BOUIRA (Algeria) in 1952
Legal address: Algiers (Algeria), Cité Ahmed Mahiouz Box 1

This person was identified on the basis of his Algerian passport no. 2667158 issued in Algiers on 13 October ,1998 as well as on the basis of his Algerian driver's license no. WA95006907 issued in Algiers on 30 March, 1995.

| Continuation no. 3 of the Process-verbal 113215/01 of 20 September, 2001 – JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP |
| --- |

## NOTIFICATION OF THE SEARCH WARRANT

On this day, 20 September, 2001 at 6:34 p.m., the second reporting officer, a Judicial Police Officer/Assistant to the Public Prosecutor (OPJAPR), reads to said Mohamed **SALEM** [**SALEM** Mohamed] the search warrant which the latter signs acknowledging being informed about it.

## DESCRIPTION OF THE PREMISES

This business is a snack-restaurant providing access for the public to a main large room and restrooms.
The private section is composed of a kitchen and a junk room, a scullery with a restroom and a garage.

To the left in the main large room a door gives access to the entrance hall of the building which leads to the floors and to the basements.

To the left of the large restaurant room two counters are aligned.
Access to the kitchens occurs through the back side of the counters.

In the back of the large room is a door that gives access to the restrooms.

The junk room of the kitchen contains a safe.

The garage is located in an extension of the scullery.
The garage door exits into the Rue de la Caserne 62.

## THE SEARCH PROPER

On this day, 20 September, 2001 at 6:35 p.m., we begin the search itself.

We discover in the cupboards located under and above the counters various documents and a cell phone, the details of which are described in the annexes 1 and 2 to the present document.

In the garage we discover 2 cardboard boxes wrapped in self-adhesive tape. After having opened the boxes we discover transparent bags containing a yellow powder.
These bags carry a label with the marking "sulfur."
We also discover a white plastic can containing a transparent liquid, which based on the smell, seems to be ether.

It is noteworthy to point out that one of the sulfur boxes was located just on top of the can with ether and the second box was just next to it.

As a first estimation we believe that this would involve fifty or so kilogram of "sulfur" and thirty or so liter of ether.

Still in the garage, there is a small shed just above the ceiling of the restrooms in which we discover 5 empty cans similar to the one containing the ether.
Based on the smell these cans don't seem to have been used as recipients.

T_0009687

| Continuation no. 4 of the Process-verbal 113215/01 of 20 September, 2001 – |
| :---: |
| JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP |

A precise description of the sulfur and the cans can be found in annex 3 to the present.

An electric cable beginning in the restaurant goes through wall that can be found in the entrance hall of the building. Following that electric cable, it leads us through the basement rooms to a room whose door is open and which is arranged as a room in which we find a man, who will be identified on the base of his CIRE [Coordination & Initiatives for Refugees and Foreigners] no. QBF 194.738 as being:

Soliman **LEHHIT** [**LEHHIT**, Soliman] (having the Moroccan nationality)
Born in AL HOCEIMA (Morocco) on 21 October, 1971
Single, student
Legal address: 1000 BRUSSELS, Blvd Lemonier 165.

This person was brought to the restaurant room with the other individuals.

## ADVICE OF THE INVESTIGATING MAGISTRATE

On this day, 20 September, 2001 at 7:05 p.m., the fourth reporting officer contacts the Investigating Magistrate **DE VALKENEER** by phone in order to inform him about the situation.

We are asked to proceed with a consented house visit with the person in whose place the electric cable arrives. We are also asked to call back later in the evening, for a solution has to be found with regard to the sulfur and the ether.

## ARRIVAL OF EL HADDOUTI Hassan

On this day, 20 September, 2001 at 7:53 p.m. the individual named Hassan **EL HADDOUTI** [**EL HADDOUTI** Hassan] arrives at the restaurant.
We ask him to remain on the spot, just time to carry out the investigation. He agrees.

The latter, with our agreement, calls his brother Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi] and asks him to come to the restaurant at the Blvd Lemonier.

## ADVICE OF THE INVESTIGATING MAGISTRATE

On this day, 20 September, 2001 at 8:10 p.m. the Investigating Magistrate **DE VALKENEER** contacts the fourth reporting officer by phone and orders the following measures to be taken:

- seizure of the sulfur and ether.
- Calling the De-mining Service of the Army (DOVO) so as to remove the sulfur and ether.

The fourth reporting officer continues to inform about the evolution of the situation.

## INFORMATION

On this day, 20 September, 2001 at 8:15 p.m. a call is placed through our transmission center to the De-mining Service of the Army (DOVO), which is informed about the situation.

| Continuation no. 5 of the Process-verbal 113215/01 of 20 September, 2001 – JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP |
|---|

The De-mining Service of the Army (DOVO) refuses to carry out the mission arguing that the products are not of an explosive nature as long as they are not put together.
We are also told that considering the quantity of ether present that product cannot be transported in a normal vehicle due to the possibility of leaks.

On this day, 20 September, 2001 at 8:20 p.m., still through our transmission center, the fire brigade is asked to intervene if necessary considering that the products are very close to each other.

On this day, 20 September, 2001 at 8:25 p.m., still through our transmission center, the Civilian Protective Services is asked to intervene in order to come and remove the said products.

The fire brigade arrives at 8:50 p.m. and remains close to the sulfur and ether in case they may have to intervene.

## REQUEST ORDER FOR A LOCKSMITH

On this day, 20 September, 2001 at 8:45 p.m., through our transmission center, we request the services of locksmith **VERSCHELDE** in order to proceed with the opening of the safe located in the junk room of the kitchen.
Indeed, **SALEM** does not have the key of the safe and does not know who has it.

Copy of this requesting order is attached as annex 5 to the present document.

## ADVICE OF THE INVESTIGATING MAGISTRATE

On this day, 20 September, 2001 at 9:05 p.m. the Investigating Magistrate **DE VALKENEER** contacts the fourth reporting officer and orders the following actions to be taken:

- removal of the sulfur and ether by the Civilian Protective Service;
- storage of the merchandise at DOVO at HEVERLEE;
- informing the De-mining Service of the Army (DOVO) that the sulfur must be kept in a dry environment;
- carrying out of a house visit with consent at the residence of the individuals named Mohamed **SALEM** [**SALEM** Mohamed], Soliman **LEHHIT** [**LEHHIT** Soliman], Hassan **EL HADDOUTI** [**EL HADDOUTI** Hassan] and Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi].
- proceeding with questioning of the individuals concerned.

## ARRIVAL OF FAUZI EL HADDOUTI [EL HADDOUTI FAUZI]

On this day, 20 September, 2001 at 9:30 p.m. the individual named Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi] arrives at the restaurant.
We ask him to remain on the spot, just the time necessary to carry out the investigation.
The individual in question agrees to a home visit at his residence and at his restaurant, both located at WAVRE.

The individual in question is in the possession of a cell phone, which we seized immediately.

| Continuation no. 6 of the Process-verbal 113215/01 of 20 September, 2001 – JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP |
|---|

## HOME VISIT SALEM

On this day, 20 September, 2001 at 9:35 p.m., the fifth and sixth reporting officers, having obtained the formal consent of the individual named Mohamed **SALEM** [**SALEM** Mohamed] in order to execute a home visit in the apartment he lives in just above the restaurant, go together with the interested person in the apartment located at the mezzanine level of the building.

That apartment consists of 3 large rooms in a row with no separation. The spaces are furnished very sparsely with a few pieces of furniture, all empty. There are three mattresses placed on the floor.

**SALEM** says that he occupies two of these sleeping places, the third one being sometimes used by the individual named Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi].

Several cardboard boxes and suitcases containing large quantities of clothes and kitchen accessories are placed alongside the walls.

The house visit, which ends on this day at 10:10 p.m. does not allow us to discover any element that is of interest to the present case-file.

This house visit took place without any incident.

We attach as annex 6 to the present document the consent form duly signed by **SALEM**.

We also state that the fifth and sixth reporting officers also took care to verify, in the company of said **SALEM**, the occupancy of his legal address in BRUSSELS, Blvd du Midi no. 1, 4th floor.

After verification it appears that that residence was not occupied and did not have any furniture.

## ARRIVAL OF LOCKSMITH – OPENING OF THE SAFE

On this day, 20 September, 2001 at 9:45 p.m. locksmith **VERSCHELDE** arrives on the premises.
We identify him as being the person named Iwijn **VERSCHELDE** [**VERSCHELDE** Iwijn] (DOB 24 February, 1967).

This person proceeds with opening the safe using an angle grinder.

The safe is open at 10:15 p.m. and we observe that it completely empty.

The locksmith leaves the premises at 10:30 p.m.

## INTERVENTION CIVILIAN PROTECTIVE SERVICE

On this day, 20 September, 2001 at 11:13 p.m. the Civilian Protective Service arrives.

The bags of sulfur and the ether is loaded onto their vehicle in order to be transported to HEVERLEE.

A total of 61 bags of sulfur are counted divided in 37 bags in one of the two boxes and 24 bags in the second box.

The two boxes are taken away to our offices.

The Civilian Protective Service leaves the premises at 11:30 p.m. accompanied by an escort of one of our units going to HEVERLEE where the goods will be stored.

Continuation no. 7 of the Process-verbal 113215/01 of 20 September, 2001 –
JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP

## END OF SEARCH

On this day, 20 September, 2001 at 11:30 p.m. we effectively end the search in company of said Mohamed **SALEM** [**SALEM** Mohamed].

## HEARING REGARDING THE SEARCH

On this day the second reporting officer proceeds with the questioning of Mohamed **SALEM** [**SALEM** Mohamed] with regard to the search.
That task is the subject of our process-verbal 113216/01 of 20 September, 2001.

## PROTECTIVE SEIZURE

On this day, 21 September, 2001 at 3:30 a.m. in our offices we proceed with the protective seizure of the various objects described in annexes 1, 2 and 4, which are attached to the present document as well as the two cardboard boxes and the 5 empty cans.

These items are handed over to the investigators in charge of the present case-file for use and possible seizure if necessary.

## ADVICE TO THE PUBLIC PROSECUTOR'S OFFICE

On this day, 21 September, 2001 at 2:35 a.m. we attempt to contact the Investigating Magistrate **DE VALKENEER** but to no avail.

## INFORMATION

- We point out that an individual named Said Mahmoud **AYMAN** [**AYMAN** Said Mahmoud] was found to possess a bunch of keys, which opens the front door of the restaurant and the garage door located Rue de La Caserne 62.
- We also point out that during the absence of Mohamed **SALEM** [**SALEM** Mohamed] (the time needed for the home visits in his legal address and residence), it the individual named Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi] who accompanies us during the search.
- The follow-up investigation with regard to various objects seized and taken away will be the subject of subsequent proces-verbaux.
- The search takes place without any incident.

- The following cell phone numbers have been recorded:
    - Said **FERKIOUI** [**FERKIOUI** Said]: 0474 / 82 78 88
    - Said Mahmoud **AYMAN** [**AYMAN** Said Mahmoud]: 0473 / 42 83 87
    - Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi]: 0473 / 48 37 84

- The various searches and interrogation sessions are the subject of separate proces-verbaux written by teams of our unit called as reinforcement.

- In view of the impossibility of contacting the Investigating Magistrate **DE VALKENEER**, the individuals named Mohamed **SALEM** [**SALEM** Mohamed] and Fauzi **EL HADDOUTI** [**EL HADDOUTI** Fauzi] were placed in transfer cell pending a decision.

> Continuation no. 8 of the Process-verbal 113215/01 of 20 September, 2001 –
> JUDICIAL DISTRICT DEPARTMENT (SJA) BRUSSELS DR 3 – TEROP

- Point out that the fire brigade left the scene on the day of 21 September, 2001 at 11:30 p.m.

- Point out that the services of Mr. **CARLIER** took care of the individuals named **AYMAN** and **FERKIOUI.**

**Attached hereafter:**
Annex 1: inventory of items removed
Annex 2: inventory of items removed
Annex 3: inventory of items removed
Annex 4: inventory of items removed
Annex 5: copy of the requesting order for the locksmith
Annex 6: consent for search Mohamed **SALEM** [SALEM Mohamed]
Annex 7: requesting order fire brigade

We transmit the present document by courier to the Investigating Magistrate **DE VALKENEER** with the Court of First Instance of and at BRUSSELS.

The fourth reporting officer, absent at the closing, does not sign the present document.

This process-verbal was closed the 21 September, 2001 at 4:00 a.m.

DULY NOTED,

*illegible signature*      *illegible signature*      *illegible signature*      *illegible signature*


*illegible signature*      *illegible signature*

T_0009692

Annex ... *1* ... to Process-verbal ...*113215* of *20 September, 2001* issued by the Judicial District Service (GDA) Brussels - Investigation Section (OA) 3/4

| [Emblem]<br>**POLICE**<br>**FEDERAL POLICE**<br>Judicial District Service<br>BRUSSELS–Investigation Section 3<br>Terrorism / Public Order 4<br>GDA BRUSSELS OA3 / TEROO 4<br>Ijzerenkruisstraat 77<br>1000 BRUSSELS<br>Tel.: 02 / 507 92 59<br>Fax: 02 / 507 96 75 | **INVENTORY OF THE ITEMS REMOVED DURING EXECUTION OF A SEARCH**<br><br>Case-File / Notice no.: .........*97/2000*..........................<br><br>Initiated by the .....*DE VALKENEER* .................<br><br>Investigating Magistrate / ~~Public Prosecutor~~ of and in BRUSSELS |
|---|---|

I, the undersigned,

Name and given names : ...........*SALEM* ... ... ... ....*Mohamed*.........................................…..…......

Profession                       : .....*manager*................................................................................

Place / Date of birth      : .......*GHARBIA (Egypt) on 15 July, 1965* ...........................................

Living at                         : ............ *1000 BRUSSELS, Zuidlaan 1* ...........................................

declares to have determined that members of the FEDERAL POLICE GDA BRUSSELS OA 3-4 have removed the items listed on the following inventory for analysis and use.

These items were found at: ...*1000 BRUSSELS, Maurice Lemonierlaan 165 at the RESTAURANT LE NIL*

| No. | Description of removed item |
|---|---|
| 01 | *One set of keys holding 4 (four) keys.* |
| 02 | *1 (one) cell phone NOKIA, grey color belonging to SALEM* |
| 03 | *1 (one) cell phone NOKIA, blue color belonging to SALEM* |
| ~~04~~ | *~~1 (one) cell phone NOKIA~~* |
| ~~05~~ 04 | *1 charger for cell phone NOKIA belonging to SALEM* |
| ~~06~~ 05 | *Under the cash register: 3 typed sheets containing names and telephone numbers* |
| ~~07~~ 06 | *Next to cash register: 1 (one) small yellow piece of paper with cell phone number and name written on it* |
| ~~08~~ 07 | *Next to cash register: a checked piece of paper containing text in Arabic* |
| ~~09~~ 08 | *Next to cash register: a Proximus invoice in name of Abdelcrim EL HADDOUTI,* |
| ~~10~~ | *regarding number 012401465845 consisting of 4 sheets* |
| ~~11~~ 09 | *Next to cash register: 1 (one) register note book, blue color, checked with mention CABARA* |
| ~~12~~ 10 | *Next to cash register: 1 (one) checked piece of paper with written mention DIMA.....* |
| ~~13~~ 11 | *Next to cash register: 1 (one) check BNP PARIBAS in the amount of BEF 1940* |
| ~~14~~ 12 | *Next to cash register: 1 (one) business card IMPRIMORIS KABAL with handwritten text on the back* |
| ~~15~~ 13 | *Next to cash register: 1 (one) small piece of paper containing telephone – and cell phone number and* |
|  | *a note in Arabic* |

T_0009693

Annex ... *1* ... to Process-verbal ... *113215* of *20 September, 2001* issued by the Judicial District Service (GDA) Brussels - Investigation Section (OA) 3/4

| | | |
|---|---|---|
| ~~16~~ | 14 | Next to cash register: 1 (one) checked piece of paper containing cell phone number and Arabic text |
| ~~17~~ | 15 | Next to cash register: 1 (one) checked piece of paper containing telephone number |
| ~~18~~ | 16 | Next to cash register: 1 (one) checked piece of paper containing cell phone number and name |
| ~~19~~ | 17 | Next to cash register: 1 (one) business card HALIFAX with written text |
| ~~20~~ | 18 | Next to cash register: 1 (one) large white envelope with EL HADDOUTI as addressee |
| ~~21~~ | | Abdelcrim containing written text |
| ~~22~~ | 19 | Next to cash register: 1 (one) photocopy of the identity card of EL HADDOUTI Fauzi |
| ~~23~~ | 20 | Next to cash register: 1 (one) handwritten piece of paper A4 beginning with VILVOORDE |
| ~~24~~ | | the 5 September, 2001 |
| ~~25~~ | 21 | Next to cash register: 1 (one) handwritten piece of paper A4 beginning with VILVOORDE |
| ~~26~~ | | the 14 September, 2001 |
| ~~27~~ | 22 | Next to cash register: 1 (one) transparent plastic file containing: |
| ~~28~~ | 23 | - 6 (six) stapled papers, the first one beginning with Ministry |
| ~~29~~ | 24 | - 1 (one) document Chamber of Commerce consisting of 2 pages |
| ~~30~~ | 25 | - 1 (one) document "MAMMA" Private Company .... Consisting of |
| ~~31~~ | | 6 pages. |
| ~~32~~ | 26 | Next to cash register: 1 (one) daily planner green color EXXON MOBIL 2001 ESSO MOBIL |
| ~~33~~ | | belonging to EL HADDOUTI Abdelcrim containing: |
| ~~34~~ | 27 | - 1 (one) piece of paper with 3 (three) cell phone numbers and 1 (one) name |
| ~~35~~ | 28 | - 1 (one) checked piece of paper containing name and cell phone number |
| ~~36~~ | 29 | - 1 (one) checked piece of paper containing names and sums of money |
| ~~37~~ | 30 | - 1 (one) checked piece of paper containing names and sums of money |
| ~~38~~ | 31 | - 1 (one) small checked piece of paper containing one cell phone number and 1 incomplete |
| ~~39~~ | | cell phone number |
| ~~40~~ | 32 | - 1 (one) checked piece of paper containing 2 names en 2 cell phone numbers |
| ~~41~~ | 33 | - 1 (one) checked piece of paper containing 2 names en 2 cell phone numbers |
| ~~42~~ | 34 | - 1 (one) document TRANSMISSION REPORT |
| ~~43~~ | 35 | - 1 (one) document EMPLOYER'S CERTIFICATE |
| ~~44~~ | 36 | - 1 (one) photocopy of French identity card  no. 971293103915 |
| ~~45~~ | | in name of ELM KACHER Hannane Casia |
| ~~46~~ | 37 | - 1 (one) photocopy of REGISTRATION CERTIFICATE no. |
| ~~47~~ | | F 0.327.592 in name of ESSAOUTI Radia |
| ~~48~~ | 38 | - 1 (one) written (front and back) document beginning with |
| ~~49~~ | | Abdelcrim EL-HADDOUTI and ending with on the back + 32 (0) 477.44.10.90 |
| ~~50~~ | | |

Drawn up in ....*BRUSSELS*..... in two copies on ... *20 September, 2001* ..... at ....*7:45 p.m.*.....


For reception of copy,                          Reporter(s)

*[signature]*                                         *[signature]*

Annex ...2... to Process-verbal ...*113215* of *20 September, 2001* issued by the Judicial District Service (GDA) Brussels - Investigation Section (OA) 3/4

| [Emblem]<br>**POLICE**<br>**FEDERAL POLICE**<br>Judicial District Service<br>BRUSSELS–Investigation Section 3<br>Terrorism / Public Order 4<br>GDA BRUSSELS OA3 / TEROO<br>Ijzerenkruisstraat 77<br>1000 BRUSSELS<br>Tel.: 02 / 507 92 59<br>Fax: 02 / 507 96 75 | **INVENTORY OF THE ITEMS REMOVED DURING EXECUTION OF A SEARCH**<br><br>Case-File / Notice no.: ..........*97/2000*..........................<br><br>Initiated by the .....*DE VALKENEER* ................<br><br>Investigating Magistrate / ~~Public Prosecutor~~ of and in BRUSSELS. |

I, the undersigned,

Name and given names : ..........*SALEM ... ... ... ...Mohamed*...........................................…..........

Profession              : .....*manager*...........................................................................

Place / Date of birth    : .......*GHARBIA (Egypt) on 15 July, 1965* .........................................

Living at              : ............ *1000 BRUSSELS, Zuidlaan 1* .........................................

declares to have determined that members of the FEDERAL POLICE GDA BRUSSELS OA 3-4 have removed the items listed on the following inventory for analysis and use.

These items were found at: ...*1000 BRUSSELS, Maurice Lemonierlaan 165 at the RESTAURANT LE NIL*

| No. | Description of removed item |
|---|---|
| 01 | *Next to the cash register: 1 (one) typed document Abdelcrim EL HADDOUTI* |
| ~~02~~ | *with handwritten notes* |
| ~~03~~ 02 | *Next to the cash register: 1 (one) document green color, résumé,* |
| ~~04~~ | *Abdelcrim EL HADDOUTI [EL HADDOUTI Abdelcrim]* |
| ~~05~~ 03 | *Next to the cash register: 1 (one) EGYPTIAN PASSPORT wit number 824619 dated* |
| ~~06~~ | *1 October 1989 in name of MOHAMED ELSAYED ALI SALEM* |
| ~~07~~ 04 | *Next to the cash register: 1 (one) plastic ring binder containing account statements* |
| ~~08~~ 07 | *WAFABANK for account no. 546-0104513-24* |
| ~~09~~ 05 | *Next to the cash register: 1 (one) copy of the restaurant menu with telephone and cell phone numbers* |
| ~~10~~ 06 | *Next to the cash register: 1 (one) small plastic bag containing a diskette, SCOTT P/N: 7200030432* |

Drawn up in ....*BRUSSELS*...... in two copies on ... *20 September, 2001* ..... at ....*8:00 p.m.*.....

For reception of copy,            Reporter(s)

*[signature]*                    *[signature]*

T_0009695

Annex ...3... to Process-verbal ...*113215* of *20 September, 2001* issued by the Judicial District Service (GDA) Brussels - Investigation Section (OA) 3/4

| [Emblem]<br>**POLICE**<br>**FEDERAL POLICE**<br>Judicial District Service<br>BRUSSELS–Investigation Section 3<br>Terrorism / Public Order 4<br>GDA BRUSSELS OA3 / TEROO<br>Ijzerenkruisstraat 77<br>1000 BRUSSELS<br>Tel.: 02 / 507 92 59<br>Fax: 02 / 507 96 75 | **INVENTORY OF THE ITEMS REMOVED DURING EXECUTION OF A SEARCH**<br><br>Case-File / Notice no.: ..........*97/2000*...........................<br><br>Initiated by the ..... *DE VALKENEER* ................<br><br>Investigating Magistrate / ~~Public Prosecutor~~ of and in BRUSSELS |
|---|---|

I, the undersigned,

Name and given names : ...........*SALEM* ... ... ... ...*Mohamed*...........................................................

Profession : .....*manager*...........................................................

Place / Date of birth : .......*GHARBIA (Egypt) on 15 July, 1965* ...........................................

Living at : ............ *1000 BRUSSELS, Zuidlaan 1* ...........................................

declares to have determined that members of the FEDERAL POLICE GDA BRUSSELS OA 3-4 have removed the items listed on the following inventory for analysis and use.

These items were found at: ...*1000 BRUSSELS, Maurice Lemonierlaan 165 at the RESTAURANT LE NIL*

| No. | Description of removed item |
|---|---|
| 01 | 1 (one) plastic can, white color, dimensions |
| 02 | 39 cm tall, 38 cm wide and 29 cm diameter, filled up to 35 cm |
| 03 | with a liquid presumably ether |
| ~~04~~ 02 | 5 (five) plastic cans, same dimensions and color, |
| ~~05~~ | but empty |
| ~~06~~ 03 | 1 (one) cardboard box, brown color, dimensions 53 cm wide, |
| ~~07~~ | 37 cm deep and 46 cm tall, wrapped in transparent plastic |
| ~~08~~ | tape ~~illegible~~ with at the bottom a sticker with text: |
| ~~09~~ | JAN 2100102580     JLN 80289 |
| ~~10~~ | JAFFA BAKERIES |
| ~~11~~ | Contactweg 28 - 30 |
| ~~12~~ | 1014 AN AMSTERDAM |
| ~~13~~ | Tel 02 0688081     Fax 02 06 86 15 02 |
| ~~14~~ | B 10 |
| ~~15~~ | 20 x 10 Pitas |

T_0009696

Annex ... *3*... to Process-verbal ... *113215* of *20 September, 2001* issued by the Judicial District Service (GDA) Brussels - Investigation Section (OA) 3/4

| 16 | | *T.H.T.   15 October, 2001* |
|---|---|---|
| 17 | | *Production date : 200701* |
| 18 | | *also the handwritten note DO NOT TOUCH* |
| 19 | | *(Capital letters)* |
| 20 | | *containing an unknown quantity of small bags in transparent* |
| 21 | | *Plastic of 1 kg with as content a yellow powder;* |
| 22 | | *there is a sticker on the bags with black* |
| 23 | | *characters written on it saying:* |
| 24 | | *SOUFRE(Fr.)  = sulfur* |
| 25 | | *ZWAVEL (Dutch) = Sulfur* |
| 26 | | *1 kilogram* |
| 27 | | *Etablissement Lambert, rue de l'Abbaye 55 B-4040 Herstal* |
| 28 | | *Telephone (drawing) +32 / 4 / 240.27[unclear].12     Fax: +32 / 4 /240.07.25* |
| 29 | | *This box is completely filled with these small bags.* |
| 30 | | |
| 31 | 04 | *1 (one) brown color cardboard box , dimensions 38 cm tall* |
| 32 | | *35 cm  deep and 40 cm wide, wrapped in transparent plastic* |
| 33 | | *tape with on top of the box the handwritten note DO NOT* |
| 34 | | *TOUCH (in capital letters), a red sticker with note* |
| 35 | | *Flammable liquid 3 and the note 4 x 5 l [ illegible]* |
| 36 | | *the note [illegible] JAVEL' NET, also completely filled* |
| 37 | | *with transparent small plastic bags containing a yellow powder,* |
| 38 | | *as described in point 03 of this inventory* |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |

Drawn up in ....*BRUSSELS*..... in two copies on ... *20 September, 2001* ..... at ....*9:15 p.m.*.....

For reception of copy,                    Reporter(s)

*[signature]*                    *[signature]*

T_0009697