FEDERAL POLICE
Brussels District Judicial Service
Terrorism Section
_____
Rue de la Croix de Fer, 77
1000 Bruxelles
Ph. : 02/507.92.88
Fax : 02/507.93.66

**PRO JUSTITIA**

**PV no. 113500/01**

       On this twenty-first day of September two thousand one
at 0035 hours
We, the undersigned, Abdesselam **ETTAMSAMANI,** principal inspector, and Jamal **DOUIDAR**, principal inspector,
At the **SJA** [District Judicial Service] in **1000 BRUSSELS DR 3 / Terop**
In plainclothes and carrying our service identity cards,

       Inform Mr. DEVALKENEER, examining magistrate of and in BRUSSELS, in connection with his dossier, indicated on the cover sheet, that on this date and at the time indicated above, we examined:

| | |
|---|---|
| **LAST NAME**: | POSOCCO |
| First name: | Diego |
| Occupation: | Sargent-major |
| Id number: | R157596 |
| Nationality: | Belgian |
| Address: | DOVO [Army bomb disposal unit] |

Who stated to us in French:

**EXAMINATION:**

       "I wish to speak in French and select this language in a court of law. My examination starts now at 0035 hours.
    I acknowledge that:
        - I can request that questions that you ask of me and the answers I provide be recorded in the words being used.
        - I can request that investigative or examination measures be taken.
        - My statements may be used as evidence in a court of law.
        - I can require at this examination or any future one that these documents be attached to the procès-verbal of the examination or filed with the clerk of the court;
        - I am free to interrupt this examination at any time I want.

This evening, September 21, 2001, you arrived at the bomb disposal unit of the armed forces, 3DOVO3 in HEVERLEE.
After showing me your service cards, you were authorized to enter into the barracks. You indicated the reason for your visit.
You inform me that, at the request of Examining Magistrate DEVALKENEER, your services will have to leave a transparent drum with a capacity of some fifty liters, supposedly containing ether, as well as some sixty kilograms of yellow powder presumed to be sulfur.

0009676
0009676

**Continuation number 1 of PV no. 113500/01 dated 09/21/2001 SJA BRUSSELS DR3 / TEROP**

For your information, these products will be deposited in a dry and secured place (a bunker). You inform me that an officer of the Royal Military Academy (IRM) will come this morning to carry out a thorough examination pf the products.
These products will remain in the barracks awaiting the orders of the Examining Magistrate.

> At all times during the examination I was free to come and go.
> The examination ends on this day at 0045 hours.
> I have no comment and no complaint to formulate with respect to your intervention or this examination.
> I then read this procès-verbal and do not with my examination to be corrected or supplemented in any way.
> You inform me that I have the right to receive a free copy of this procès-verbal and I request a copy.
>
> After reading, persists and signs in the information notebook of the reporting officer.

## INFORMATION

- We transmit this procès-verbal, by hand, to Mr. DEVALKENEER, examining magistrate of and in BRUSSELS.

Procès-verbal completed on September 21, 2001 at 0200 hours.

In witness whereof,

/ Signature /          / Signature /

0009677
0009677