FD-302 (Rev. 5-8-10)                    - 1 of 2 -                

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/27/2018

CARL ISENBORGHS was interviewed at the Belgian Federal Police Station, Brussels, Belgium. Also present for the interview were John Cummings, Assistance US Attorney, District of Columbia, and FBI Language Specialist Lara Medlej. After being advised of the identity of the interviewing Agent and the nature of the interview, ISENBORGHS provided the following information:

ISENBORGHS joined the Belgium military in 1985. His current assignment is a Warrant Officer 1, Le Service d'Enlevement et de Destruction d'Engins Explosifs (SEDEE in French/DOVO in Flemish), Oud-Heverlee, Belgium; specifically, the Safety Management Cell. He has been in this assignment since 2014. His primary responsibilities involve writing standing operating procedures (SOP) and manuals.

In September 2001, ISENBORGHS was working in the improvised explosive device (IED) intelligence cell as a technical advisor. His rank was a sergeant major, equivalent to a US first sergeant. His focus was IED and /or commercial explosive devises; specifically, he wrote technical reports on IEDs.

ISENBORGHS remembered the liquid and powder containers in question. This was an unusual case. Normally, SEDEE/DOVO received IEDs or actual explosives; it was not normal to receive possible precursors. Additionally, they were delivered over the weekend by the Civil Protection Service, which was also unusual because if someone thought they were dealing with IEDs or explosives, they should have notified SEDEE/DOVO.

DIEGO POSSOCO signed for the containers. ISENBORGHS was not sure of the turn-over procedures and documentation for the Civil Protection Service. When working with the police, there is a hand-over/take-over report. That did not happen in this case.

ISENBORGHS first saw the containers Monday morning. He took them to the "bunker" where he personally took two samples of both; one for the lab to test and one to save. ISENBORGHS took about 2 mg of the powder and roughly equal amount of the liquid. He put all the samples in glass vials with the appropriate labels. He hand delivered the samples to BART SMEDTS.

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on   10/01/2018   at   Brussels, Belgium (In Person) | | |
| File # ▇▇▇▇▇▇▇▇▇▇▇▇▇ | | Date drafted   12/14/2018 |
| by ▇▇▇▇▇▇▇▇▇ | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

067554

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of Carl Isenborghs , On 10/01/2018 , Page 2 of 2

    ISENBORGHS was familiar with the initial technical report (2001/57) and the chemical analysis report (2001/41).

    ISENBORGHS never saw this type of mixture/formula before. He researched various reports from other services and nationalities and determined that you would need additional materials to make an explosive.

    Regarding the destruction of the samples, ISENBORGHS could only remember that some other service destroyed them.

UNCLASSIFIED//FOUO

067555