| DIENST VOOR OPRUIMING EN VERNIETIGING VAN ONTPLOFFINGSTUIGEN |  | SERVICE D'ENLEVEMENT ET DE DESTRUCTION D'ENGINS EXPLOSIFS |
|---|---|---|

Bijlage 3/2 aan proces-verbaalnummer 38336/2014

Kwartier / Quartier MEERDAAL
Naamsesteenweg, 100
**3053 OUD-HEVERLEE**

☎ 9-2422-5402      📄 9-2422-5414

## ONDERZOEKSAANVRAAG - DEMANDE D'ANALYSE

| | |
|---|---|
| Dossier nummer / Numéro dossier | **Prof. DE BISSCHOP** |
| Adres / Adresse | **Hobbemastraat BRUSSEL** |
| Datum / Date | 21/09/2001 |
| Omschrijving situatie / Description situation | Inbeslagneming/saisie |
| Uit te voeren analyse / Analyse à determiner | |
| Inventaris / Inventaire | |

| 1 | Zwavel 1 Kg (totaal 60 zakjes)  AV1 | 2 | Aceton (totaal ± 25 liter)  DV2 |
|---|---|---|---|
| 3 | | 4 | |
| 5 | | 6 | |

Foto / Photo





Opmerking / Remarques

ISENBORGHS K.
1Sgt Maj

066525

| | | |
|---|---|---|
| **SERVICE FOR REMOVAL AND DESTRUCTION OF EXPLOSIVES (DOVO)** |  | **SERVICE FOR REMOVAL AND DESTRUCTION OF EXPLOSIVES (DOVO)** |
| | Kwartier/ Quartier MEERDAAL Naamsesteenweg, 100 **3053 OUD-HEVERLEE** | Annex *3/2* to police report (PV) 38336/2014 |
| | ☎ 9-242-5402   📠 9-2422-5414 | |

## ANALYSIS REQUEST

| Dossier no. | **Prof. DE BISSCHOP** |
|---|---|
| Address | **Hobbemastraat BRUSSELS** |
| Date | 09/21/2001 |
| Situation description | Seizure |
| Analysis to be executed | |
| Inventory | |

| 1 | Sulfur 1 kg (total of 60 small pouches)  *DV1* | 2 | Acetone (total ± 25 liter)  *DV2* |
|---|---|---|---|
| 3 | | 4 | |
| 5 | | 6 | |

Pictures

  

SULPHUR
1 kg
Establishment Lambert, rue de l'Abbaye 56
B-4040 HERSTAL
Tel : +32 /4/240.28.12
Fax : +32 /4/240.07.25

Remarks

/ Signature /
**ISENBORGHS K.**
1st Sergeant-Major

066056