| | Urgent [ ] |
|---|---|
| FEDERAL POLICE<br>SJA BRUSSELS<br>Rue de la Croix de Fer, 77<br>1000 BRUSSELS<br>Tel. 02/507.K.88 Fax: 02/507.93.66 | **PRO JUSTITIA** |
| | Subsequent P7 No. 114088/01   dated 26 September, 2001 |
| | EXECUTION OF |
| M <u>PERSON</u> !XMM<br>Alien<br><br>ERS<br><u>iS</u> | Case file ***PROSECUTOR OFFICE: ER.35.98.3996/00*** PUBLIC PROSECUTOR *IN BRUSSELS*<br>Case file PROSECUTOR OFFICE: 97/2000 INVESTIGATING MAGISTRATE DE VALKENEER INVESTIGATING MAGISTRATE *OF BRUSSELS* |
| | DEPRIVED OF FREEDOM ON    AT    HOURS<br>AT                                                ON |
| Number of Attachments: | OBJECT |
| | HEARING OF NIZAR TRABELSI [TRABELSI NIZAR] |
| | ACTS IN THE CASE<br>(1) Forgery of identity cards, passports and travel documents<br>(2) Crimes against national security |
| | **LOCATION OF ACTS** |
| | Acts committed on 11 May, 2000 at 12:00 a.m. Commune:<br><br>BRUSSELS (BELGIUM) |

| [text cut off] | | 0311G 1COP |
|---|---|---|
| INVESTIGATING [text cut off] | X | |
| CIA BRUSSELS | | |
| [text cut off] TEROP BRUSSELS | | |

[text missing] to the SERVICE

SI

Chief of Service

Individuals involved
*Number of known perpetrators [3]  Number of unknown perpetrators 0*
[unintelligible text]
21 Nizar ELST [sic] [ELST Nizar]

| Born on 22 July, 1970 at SFAX<br>Citizenship: TUNISIA<br>Legal residence Mozart 3/4<br>1180 UCCLE | (BELGIUM) | |
|---|---|---|
| MOULOUD EL MOURABIT [EL MOURABIT MOULOUD]<br>.N.. H ;MDOTTIrl abdelcrim | X | X |

Born on 23 June, 1977 in VILVOORDE
Citizenship:  BELGIUM
Legal residence Parkstraat, 46
　　　　　1800 VILVOORDE   (BELGIUM)
Home address:
　　　　　BRUSSELS   (BELGIUM)

Space reserved for the PUBLIC PROSECUTOR'S OFFICE

TRABELSI TRANSLATED 4-002

FEDERAL POLICE - BRUSSELS SJA DR3 – Terrorism cell
Process-verbal number M1oW/2000 dated 26 September, 2001    *page 1*

# PRO JUSTITIA

On this day, 26 September, 2001 at 9:30 a.m.;

We the undersigned, Pierre FAYT [FAYT Pierre] member of the Federal Police – Brussels SJA – DR3 – TEROP, residing in 1000 BRUSSELS and in plainclothes --;

Inform Mr. DE VALKENEER, Investigating Magistrate in Brussels, that on the date and at the time indicated above, we have removed from the prison at Forest, Nizar TRABELSI [TRABELSI Nizar], better identified in the file, so that he may be heard in our offices.

-----

**REQUEST FOR INTERPRETER**

On this day at 9:45 a.m., we have requested the sworn interpreter Raja **SNOUSSI** [SNOUSSI Raja]
            Residing at ST JOSSE rue du Musin
                                                                                3/4
For the purpose of interpreting the words of Nizar ABLESI [sic] [ABELSI Nizar].
Mrs. SNOUSSI responded favorably to our request and arrived at our offices at 10:35 a.m.
Mrs. SNOUSSI took the oath: "I swear to accurately translate the dialogue to be transmitted between those who speak different languages."

-------

**HEARING**

After reminding him of the regulations of the Franchimont Law, Nizar TRABELSI [TRABELSI Nizar] was heard through Mrs. Raja SNOUSSI [SNOUSSI Raja].

The hearing of TRABELSI took place in a tense atmosphere. The interested party responded with many details to the questions without importance, but systematically eluded those that touched the core of the problem.
Quite visibly upset by the fact that we persist with interrogating him with respect to details of the case, he has entrenched himself in a silence of sorts to protect other persons cited in the case file.

FEDERAL POLICE  - BRUSSELS DISTRICT JUDICIAL SERVICES DR3 – Terrorism cell
Process-verbal number 4 C off/2000 dated 26 September, 2001          *page 2*

It should also be noted that when we submitted the photo of Djamal BEGHAL [BEGHAL Djamal] aka ABOU HAMZA, TRABELSI got angry after reciting a verse from the Quran.  We had to show calm and persuasion to make him regain his reason.
We did not document some of the words pronounced in anger that would not have served the interests of the interested party.

**BEGINNING OF HEARING**: 10:55 a.m.
**FIRST INTERRUPTION**: 11:50 a.m. to allow TRABELSI to go to the bathroom. RESUMPTION: 11:53 a.m.
*SECOND INTERRUPTION*: 1:45 p.m. to allow TRABELSI to rest, eat and pray *RESUMPTION* 2:35 p.m.
**INCIDENT**. At 3:50 p.m. – TRABELSI throws a nervous fit that lasts about 15 minutes. He says things that, if not ascribed to anger, would take on a threatening character both to our person and to the West in general.
**RESUMPTION**: 4:05 p.m.
**END OF HEARING**: 5:35 p.m.

At the end of the hearing, Nizar TRABELSI [TRABELSI Nizar] refused to sign his statement.
The hearing of the interested party is attached hereto as annex.
We did not provide him with a copy of the hearing without the consent of the Investigating Magistrate.

-----

**INFORMATION**

Enclosed hereto are two copies of the request for an interpreter.
PV closed on 1 October, 2001 at 10:25 a.m.

                                               Duly noted

                                               Signature

                                               [Area blocked out]

FEDERAL POLICE
SJA BRUSSELS
Rue de la Croix de Fer, 77
1000 BRUSSELS
Tel. 02/507.94.20
---------------------------------

## **JUSTITIA**

Process verbal no. 41 *yF* dated 26 September, 2001
Case file 97/2000 of Investigating Magistrate Mr. DE VALKENEER in Brussels
**PCS** [extension unknown] **AT THE HEARING OF**

| | |
|---|---|
| Last name | : ***TRABELSI*** |
| First name(s) | *Nizari* [sic] |
| Place and date of birth | :SFAX on 22 July, 1970 |
| Profession | *Professional soccer player* |
| Marital status | |
| Citizenship | |
| *Address* | *No permanent residence* |

26 September, 2001 at 10:55 a.m.
*We, the undersigned*, Pierre FA'TT [sic] [FA'TT Pierre] – SJA DR3 – TEROP
Superintendent with the Federal Police, hear on the date and at the time mentioned above the person indicated earlier who declares:

>   *I wish to express myself in Arabic and choose that language in Justice. I am aware of your function. I am informed that I will be heard in connection with the case file of Mr. DE VALKENEER, Investigating Magistrate in BRUSSELS. I agree to have my words interpreted by Mrs Raja SNOUSSI [SNOUSSI Raja], sworn interpreter.*
>   *Prior to this hearing, you inform me that*
>   *1. I can request that the questions that you ask of me and the answers that I provide be documented with the words that I myself use; 2. I can request that another task or another hearing be enacted; 3. My statements can be used as evidence in a Court of law; 4. I have the right to use documents in my possession without that causing a postponement of my hearing and that I can demand that these be attached to the process verbal of the hearing or filed with the Clerk of the Correctional Court; 5. At my request, a copy of this hearing will be provided to me as soon as it is over or will be sent to me within one month;*
>   *6. I have the right to read myself the hearing, but have the right to request that it be read to me and that I can make the necessary corrections or additions; 7. I am free to interrupt this hearing whenever I want;*

Prior to this statement, I am informed that my statement dated 14 September, 2001 will be translated to me by the sworn interpreter. I am informed that I can change, if need be, some parts of my statement that would restore some of the words that you did not correctly interpret. After translation of my declaration of 14 September, 2001 by the sworn interpreter, I confirm, in essence, what I had said in your office. However, I do wish to add some explanations with respect to certain passages.

TRABELSI TRANSLATED 4-005

With respect to the Pakistani visa issued in LONDON and found in my passport, it is not a fake one. In fact, I am not the one who undertook the procedures to obtain it, but a certain MOHAMED whom I had met at the Turkish mosque in DUSSELDORF. I confided in this person that I wanted to travel to PAKISTAN and he suggested that he would go to LONDON where he has contacts in the embassy of PAKISTAN. To me, the visas that are stamped are true ones. I note that, for the purpose of obtaining this visa, I myself undertook some procedures over the phone with the Pakistani embassy in BONN. I could not obtain it because I did not have German citizenship. It was suggested to me that I travel to TUNISIA to obtain these visas for myself and my wife, Amal HALIM [HALIM Amal].
As for the sum of money I exchanged in ZURICH during the lay-over, it was only 30,000 German marks. I did indeed have 120,000 German marks on me, but I changed only 30,000 German marks to US dollars. I did not exchange the entire sum because I was losing money with the exchange rate. As far as I can remember, this corresponded to the sum of $11,500 US.

*At this stage of the hearing, at 11:50 a.m., Mr. TARBLST [sic] asks to go to the bathroom, which he is authorized to do and the hearing resumes at 11:53 a.m.*

With respect to the Pakistani return visa, I paid 6,000 Pakistani rupees to a Pakistani. As for the hotel near the basilica, I got to that hotel by accident. I did not know the Tunisian who I thought was the director of the hotel.
As for the constant changes of the PREPAID cards, I justify them by my security because of the problems I had with the Lebanese and his gang that was looking to cause problems to my wife.
As for the bank account. I acknowledge asking ABDELCRIM to open an account so that I could transfer money through it. As for the chemical formulas, I knew what they stood for. So you ask me then what use were they? I do not know what they were supposed to be used for.
I heard that they may have served some industrial purpose. I had retained these formulas in my memory and then I wrote them down.
As for the LE NIL restaurant, I did eat there three or four times. I knew that ABDELCRIM worked in that restaurant.
With respect to Jerome COURTALLIER [COURTALLIER Jerome] aka SALM.ANV [sic]
     I do not know if I know that person. I did, however, meet a SALMAN in a Turkish mosque in DUSSELDORF. He was an Algerian citizen. As for the name MOULOUD, I do indeed know someone whose first name is MOULOUD. This is not his last name but his first name. He is a Libyan citizen.

You inform me that, in connection with the present case file, other persons were arrested abroad and that their hearings and evidence have been filed

      in this procedure by means of several international rogatory commissions. You inform me that it is in my interest to tell the truth.

      I joined Islam in 1996. Ever since then, this religion has given me everything. I will explain. Prior to that, my life was tumultuous. I had bad company and I used drugs. In fact, the latter point made me [TC: unintelligible text, probably "lose"] my employment as professional soccer player. My drug problems took me directly to prison [unintelligible]. For your information, I twice attempted suicide.

When I came out of prison, I met an Algerian who spoke to me about Islam and who told me that the only way to find my way out of my deadlock was to practice [religion]. He taught me the precepts of that religion. At the beginning, when I spent time with the Muslim community, I realized that there were several persuasions. I wanted to look for the true path and that is why, on 1 July, 1998, I left for SAUDI ARABIA to study the Quran. I stayed in that country for about eight months.

I then left that country to go back to TUNISIA. I no longer wanted to go to GERMANY, but to a Muslim country.

Upon my return to TUNISIA, I had a beard and brought back from SAUDI ARABIA Quranic literature, as well as cassettes.

I note that none of this had any political leaning.

However, the fact that I had a beard was not to the liking of the Tunisian authorities or to that of my family. After some time and because I did not want to give in to their desire to shave my beard and not seeing how this could harm them in any way, I was sought after by the police. I was forced to flee TUNISIA. I took a plane from SFAX to FRANCE, the Charles De Gaulle airport on 4 [number missing] 1999. From there, I took a train from the Gare du Nord railway station in PARIS to go to GERMANY, to DUSSELDORF through COLOGNE.

Some two weeks later, I was bothered by the German authorities because I had a deferred conviction and because I could not leave German territory.

I was incarcerated for three months.

In prison, I met with a Turk from HOLLAND who proposed that he would help me when I left prison. He explained to me that I could have a telephone card business. Let me explain.

Used phone cards could be recharged in HOLLAND and then sold at a smaller price on the market (with a profit of 6 German marks per card). With the profit from the phone card business, I went into a more lucrative business. I was reselling imitation clothes that I got from a Jew in ANTWERP. In early 2000, I met Aural [sic] HAMIL [HAMIL Aural] under circumstances explained in my
first statement. I married her in a religious ceremony
in a Turkish mosque in DUSSELDORF

[unintelligible] 1:45 p.m.

*rest eat and pray. The audition will resume [unintelligible]*

*On this day, 26 September, 2001, at 2:33 p.m., we resume the hearing of Mr. TRABELSI*

We moved in together in DUSSELDORF, at Johannstrasse number 50. Our only means of subsistence came from my small-time trafficking. At the time, shortly after I left prison, I met a certain MOULOUD. I do not know his real name, but I know he is a Libyan citizen. I liked this person because I found him to be nice and calm. This was someone with whom I could talk about my problems. At the time, Amal and I spoke about separating. Mouloud intervened to bring us together. It is indeed the person in the photo you are showing me (Note of Preparer Ahmed MAKI [MAKI Ahmed]).

I know that he was married to a Moroccan woman and he lived regularly in BELGIUM. I once had the opportunity to go to his apartment in BELGIUM. I had gone with a Mercedes car with German license plates that I rented from a company. After the problems with the Lebanese and to avoid an act that I would come to regret, I left GERMANY. Indeed, I was the object of harassment by this Lebanese and his gang. In fact, I nearly killed him with the gun that was found on me much later by the German police. My first idea was to leave for SAUDI ARABIA. The Saudi consulate refused because APPAL [sic] and I were married only in a religious ceremony and that marriage was not recognized.
I had already heard in some conversations that PAKISTAN was the perfect nation to live ones profession of faith.
I talked this over with ANAL [sic] and we agreed to leave for that destination.
You read to me the declaration of my wife Amal HALIM [HALIM Amal] concerning the events surrounding our departure for PAKISTAN. Here is my version of facts:
At the mosque in DUSSELDORF, I had heard about a Pakistani by the name of MOHAMED who could provide visas for Pakistan and who had already helped others. MOHAMED is married and has three children. He lives alone in GERMANY and sleeps at the Turkish KABELENE mosque. I got in touch with that person. In exchange for 3,000 German marks, I handed to this person my Tunisian passport and my wife's Moroccan passport so that the visas for PAKISTAN may be stamped in there. About two weeks later, I got back the passports with the adequate visas.
Around mid-October, we decided to leave for PAKISTAN. Before we left, somebody asked me to leave my cell phone number so that it may be given to ABOU HAMZA. I had met that person at the Turkish mosque. I know nothing about that person. It is indeed the person whose picture you are showing me and who, you tell me, is named Djamel BEGHAL [BEGHAL Djamel]

aka ABOU HAMZA. I have never heard that name.

At this point in my statement, I no longer wish to answer your questions. All that I want to talk about are two things – I came to BELGIUM to carry out an attack – I do not belong to any group, I act in isolation.

*At 3:50 p.m. throws a nervous fit. We manage to calm him down by talking to him and he regrets what he just said.*

I no longer remember the cell phone number, but I know that the line was opened in the name of Amal HALIM [HALIM Amal].

As for my departure for PAKISTAN. One week prior to my departure, I left DUSSELDORF in a MERCEDES car that I drove. I was accompanied by my wife ANLAL [sic] and a certain MARIEM who came with her little girl AICHA. MARIEM, a French citizen, was pregnant. She is the wife of a certain ABDELLAH who was in prison for theft. At his request, I took care of his family that had four children – three girls and a little boy.
I dropped MARIEM off at her family's place in the Paris region at three in the morning.
We stayed at the IBIS hotel downtown. We stayed there one night. ABOU HAMZA called me while I was driving on the highway. He told me he would call me the following day. We agreed to meet near the hotel.
Djamel BEGHAL [BEGHAL Djamel] wanted to talk with me. He took us to an apartment where a couple and some children lived. We did not sleep at that place.
Djamel BEGHAL [BEGHAL Djamel] knew that I was going to PAKISTAN. He asked me if I could take care of his clothes. I agreed. I was to drop them off at the place where I was going to stay. I wish to note that MOHAMED, the Pakistani, had left me a contact number in PAKISTAN, in PESHAWAR.
I left the Paris region to go to BRUSSELS to pick up the clothes that were at the place of Said EL HADDOUTI [EL HADDOUTI Said]. That is where I met SALMAN. I did not sleep in BRUSSELS and it was SALMAN who drove us to the airport in AMSTERDAM in the car that I had rented.
It was SALMAN who took the car. I do not know what happened to it.
I took off on 21 October, 2000 for KARACHI through ZURICH and we stopped in DUBAI for a technical layover.
Contrary to what ANAL [sic] has stated, we left on the same KLM plane. I note that the reservation for the plane tickets was made with the MASSERA travel agency on 20 October, 2000 at about
5:45 p.m.
We traveled alone. Nobody known to me accompanied us.
We landed in KARACHI where we slept for two or three nights in a hotel. From there I called the contact number in PESHAWAR. An Iraqi, ABOU

MOHAMED with whom I was in contact by phone had sent his cousin to pick us up at the hotel. We took a special taxi to go to PESHAWAR where I met ABOU MOHAMED. We had a lot of luggage. There was nobody else except my wife and myself.

We spent about two to three weeks with ABOU MOHAMED. When I was in PESHAWAR nobody suggested to me that I go spend time at a training camp. Since life in PAKISTAN was not easy and since I heard that a better life may await us in AFGHANISTAN, I decided to go to that country. I went to AFGHANISTAN alone and left my wife at ABOU MOHAMED's place. When I found a place to live, I had my wife come to JALALABAD.

In the meantime, I met another ABOU MOHAMED who is a Libyan citizen. Since I believed that, because of her many miscarriages, my wife was inhabited by an evil spirit I called upon ABOU MOHAMED known to perform an exorcism of sorts. He was the one who told me about a school, the rooms of which were too crowded. Since I had money and the will to help, he asked me if I could improve the situation of that school. The director of that school was a certain Abou Nadir (Note of Preparer: Amor SLITI [SLITI Amor]). I helped with the construction of annexes to that school. I also helped with the building of mosques and wells. In fact, I wanted to fully live my Islam and help the poor.

I will later explain the remainder of my trip.

I state as of now that I have never taken part in any sort

of training camp.

First of all, I wish to explain the presence of chemical products in the backyard of the restaurant LE NID [sic] on the boulevard Lemonnier.

I take full responsibility for this purchase. I purchased 100 kg of sulfur and acetone. I used Abdelcrim's car for transportation. I cannot tell you in which store I purchased this merchandise. I know that I paid about 18,000 francs for the sulfur. The store is located at about half an hour from Brussels.

You clearly inform me of my rights.

I wish to call upon these rights. I wish to have a copy of my hearing.

My hearing was read back to me by the interpreter, Mrs. SNOUSSI. You have given me the possibility of correcting or completing it.

I have nothing to correct and nothing to add.

After reading this, accepts and signs the present on 22 September, 2001 at 1T:35 [sic].

Duly noted,

                                                              [Handwritten:] refuses to sign
                                                              [area blocked out]

26 September, 2001<br>
(1st Inter – 1 ex PIE 1 ex FT)

FEDERAL POLICE
SJA BRUSSELS
Terop DR3
Rue de la Croix de Fer, 77
**1000 BRUSSELS**

Tel. 02-507.94.49
Fax: 02-507.96.75

# ORDER TO PROCEED

We, the undersigned, Pierre FAYT, Inspector residing in BRUSSELS (SJA [District Judicial Services] – TEROP Cell), requisition

RAJA SNOUSSI [SNOUSSI RAJA]

Sworn translator and interpreter, residing at Rue de la Croix de Fer 77 at 1000 Brussels,

To interpret from the **ARABIC language into the FRENCH language** in connection with the case file 97/00 of Investigating Magistrate DE VALKENEER

Against

**NIZAR TRABELSI [TRABELSI NIZAR]**
Born on 22 July, 1970 in SFAX (TUNISIA) residing at
Av. MOZART 3/4 at 1180 UCCLE

The services in question are the object of the process verbal [unintelligible] /2001 of the SJA TEROP section in BRUSSELS.

Against Nizar TRABELSI [TRABELSI Nizar]

[blocked out area; partial illegible seal]

RAJA SNOUSSI [SNOUSSI RAJA] responded to this order on the following dates:

On 26 September, 2001 from 10:35 a.m. to 5:35 p.m. without interruption for
a total of 7 hours.

This order, accompanied by two copies of the invoice, will be attached to the process verbal dated 26 September, 2001 of the SJA in BRUSSELS transmitted to Investigating Magistrate DE VAELKENEER [sic] in connection with his case file 97/00.

---