FROM U. S. ATTY"S OFC,                (FRI )11. 5'04 16:45/ST, 16:1/NO. 4661053611 P 71

BRUSSELS DISTRICT
*TRIBUNAL DE PREMIÈRE INSTANCE*

Office of Investigating Judge
*Christian de Valkeneer*

**PRO JUSTITIA**
Interrogation *[with] interpreter*

File No. 97/2000
Ref. No. 35.98.3996/2000

On 8 November 2001 at 10:20 am,

Before me, Christian De Valkeneer, Investigating Judge at the Brussels *Tribunal de première instance* [district court], assisted by Mr. J. De Ridder, Clerk of the Court,

Appears at my office, at the Brussels courthouse, the individual named below, who states that he chooses to speak in Arabic for all his statements throughout these proceedings.

With the help of Mrs. Raja Snoussi, born on 13 July 1957, who is sworn in as follows: "I swear to translate faithfully the matters that will be discussed among those who speak different languages," he states that he chooses to speak in the Arabic language.

We note his choice for the record and he answers as follows the questions we ask him in this language:

Investigating Judge [IJ]: Please state your names, first names, place and date of birth, domicile and/or place of residence.

Answer:
**TRABELSI Nizar**
**Born in Sfax (Tunisia) on 22 July 1970**
**Residing in Uccle at 3, Avenue Mozart**
**A Tunisian citizen**
**Currently incarcerated at the Forest prison**

I am informing you:
a) that you may request that all questions asked of you and all your responses be officially recorded verbatim;
b) that your statement may be used as evidence in court and that you have the right not to make any statement if you feel that your statement could be used against you in the case of criminal prosecution.

[SIGNATURES]

c) that you have the right to request that steps to prepare for trial be taken; or that interviews be conducted;
d) that you have the right to ask for a free copy of this transcript.
e) that you may request that any documents in your possession be used during the interview and that you may also request that these documents be attached to the interview transcript or filed with the clerk of the court.

You are reading to me a passage from the statement made by an individual named Djamel Beghal on 23 September 2001 in connection with the letters rogatory issued by Investigating Judge Bruguiere, in which the person in question states that I allegedly underwent training at one of the training camps in Kandahar and that I was allegedly placed on the Al Qaeda organization's martyr list. He also states that the mission I was given was to blow myself up at the United States Embassy in Paris.
I categorically deny this.
I have never undergone any training at any training camp in Afghanistan.
Moreover, I stayed in Jalalabad the whole time with the exception of a few 3 to 4-day trips.
My activities in Afghanistan, in fact, were limited to assisting people in need.
In fact, my trips out of Jalalabad were part of these humanitarian activities.
Moreover, the reason for my return to Europe was totally unrelated to the preparation or the execution of an attack.
My return to Europe was motivated only by my wife's pregnancy. I wanted this pregnancy and the delivery to occur under the best conditions; conditions that were nonexistent in Afghanistan. I also wanted the child on the way to have the proper papers.

<u>In answer to your question</u>: I repeat that no one sent me to Europe for any reason. I do not know why Djamel Beghal made such allegations about me unless it was to save himself.

<u>In answer to your question</u>: I am unable to give you an explanation as to why Djamel Beghal would need to save himself.
I repeat that my activities in Afghanistan were strictly humanitarian in nature. No one attempted to recruit me to carry out any acts whatsoever.

<u>In answer to your question</u>: I have never met Abou Khatada, for the simple reason that I have never been to London.

<u>In answer to your question</u>: I had one telephone contact with a person residing in England. It was Abou Abdallah, the person who led me to Islam when I was in Germany in Dusseldorf. He was a Libyan national.

<u>In answer to your question:</u> To my knowledge, he has never travelled to Afghanistan.

<u>In answer to your question</u>: I do not know in which city he lives in England.

[SIGNATURES]

I do not know what Abou Abdallah's activities are.

You are questioning me about a document numbered 56 that was found at my residence and that pertains to a company called Horizon Offshore Contractor.
I do not know anything about this document.
The inscriptions on this document were not written by me. I do not know who would have brought this document to my house.

I never went to Spain. I have no ties with Spain.
Since I arrived in Belgium in July 2001, I have left Belgium only twice in order to travel to Holland.
I went to that country by train and I was alone each time. I went to Rotterdam.
The purpose of my trip was to visit a friend who sells drugs; he is a Moroccan. I do not know his last name.
The purpose of my visit was strictly social. I did not meet Jerome Courtallier during my trips to the Netherlands.

<u>In answer to your question</u>: I do not know the person named Mohamed Boualem Kouni.

<u>In answer to your question</u>: I also do not know the person named Mohamed Belaziz or the person named Seddiki Yasine.

I repeat that I bought the submachine gun found at my residence from an Albanian. I do not understand why my wife stated that Abdelcrim El Haddouti is the one who supplied it to me. If my wife stated that it was Abdelcrim El Haddouti who supplied it to me, I suppose it was because she was afraid of the French police.

As I told you earlier, I have never gone to any training camp in Afghanistan. In fact, many individuals I met over there and who have ties to Belgium, can attest to this. I would also like to point out that the situation between me and certain Arabs in Jalalabad was antagonistic because they had a hard time accepting the fact that I supplied humanitarian assistance to Afghans. Meetings were even held to plan my deportation.
In Afghanistan, I also met a Belgian who, moreover, was supposedly a Jew who converted to Islam. He returned to Belgium and he lives in Anvers.

<u>In answer to your question</u>: I do not know his name.


You have asked me if I have any additions or corrections to make to my statements.



[SIGNATURES]

TRABELSI TRANSLATED 6-003

I wish to receive a copy of my interview; for which my signature will serve as receipt.

Four federal police officers were present during this interrogation. There are no other special circumstances to note.

The interview was concluded at 2:10 pm.

Read, confirmed and signed.

[SIGNATURES]

TRABELSI TRANSLATED 6-004