**Annex [handwritten] *3/1* to report (PV) no. 38336/2014**

**Royal Military Academy**
**Chair General and Military Chemistry**
**Renaissancelaan 30**
**1000 BRUSSELS**
**Tel.: 02/737.63.53 – Fax: 02/ 737.63.52**

Brussels, November 19, 2001.
No. [handwritten] *AMA 2001/41*

Annex: /

[Belgian] Bomb Disposal Squad (DOVO) Comd
Kwartier Meerdaal
Naamsesteenweg 100
3053 Oud-Heverlee

**CONCERNING: Request investigation of 09/21/2001.**
**Reference: /**

Results:

| Composition | Sample 1 DV1 | Sample 2 DV2 | Methods of analysis |
|---|---|---|---|
| Acetone, trichloroethylene, toluene | --- | Positive | GC-MS |
| Acetone | --- | Positive | FTIR |
| Acetone | --- | Positive | UV-Vis DAD |
| Flower of sulfur | Positive | --- | DSC |
| | | | |

Conclusion: acetone contaminated with trichloroethylene and toluene.

**Duration of analysis: 16 hours**

| Executed by | Reviewed by |
|---|---|
| / Signature / | / Signature / |
| B. SMEDTS<br>Commander of Aviation<br>Coach | H.C. De BISSCHOP<br>Full professor |

Bijlage 3/1 aan proces-verbaalnummer 38336/2014

**KONINKLIJKE MILITAIRE SCHOOL**
**Leerstoel algemene en militaire chemie**
**Renaissancelaan 30**
**1000 BRUSSEL**
**Tél : 02/737.63.53 - Fax : 02/737.63.52**

Brussel, de 19 Nov 2001.
Nr. : AMA 2001/41
Annexe : /

Comd DOVO
Kwartier Meerdaal
Naamsesteenweg 100
3053 Oud-Heverlee

**ONDERWERP : Onderzoeksaanvraag 21/09/2001.**
**Ref : /**

Resultaten:

| Samenstelling | Monster 1 DV1 | Monster 2 DV2 | Analysemethodes |
|---|---|---|---|
| Aceton, trichloorethyleen, tolueen | - | positief | GC-MS |
| aceton | - | positief | FTIR |
| aceton | - | positief | UV-Vis DAD |
| Zwavelbloem | positief | - | DSC |
| | | | |

Besluit: aceton gecontamineerd met trichlorethyleen en tolueen.

**Duur van de analyse : 16Hr**

Uitgevoerd door

B. SMEDTS
Cdt v/h Vlw
Repetitor

Nagekeken door

H.C. De BISSCHOP
Gewoon Hoogleraar



Bijlage 3/3 aan proces-verbaalnummer 38336/2014





066527

Date: Sep 02, 1994 3: 14pm
Scanning Rate: 40.0 C/min
Sample Wt: 2.650 mg Path: C: \PE\
*File 1: ZWAVELBL*

*PERKIN-ELMER DSC7*

File : D:\MSDCHEM\1\BLANK.D
Operator : bs
Acquired : 19 Nov 2001 11:19 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: aceton HPLC
Misc Info :
Vial Number: 1

Bijlage 3/5 aan proces-verbaalnummer 38336/2014



File : D:\MSDCHEM\1\BLANK.D
Operator : bs
Acquired : 19 Nov 2001 11:19 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: aceton HPLC
Misc Info :
Vial Number: 1

**Bijlage 3/6 aan proces-verbaalnummer 38336/2014**

066529



```
File          : D:\MSDCHEM\1\VALK2.D
Operator      : bs
Acquired      : 19 Nov 2001   11:46      using AcqMethod SCANATD
Instrument    :    5973N
Sample Name: aceton Technisch
Misc Info     :
Vial Number: 1
```

**Bijlage 3/7 aan proces-verbaalnummer 38336/2014**



Bijlage 3/8 aan proces-verbaalnummer 38336/2014

```
File          : D:\MSDCHEM\1\VALK2.D
Operator      : bs
Acquired      : 19 Nov 2001   11:46      using AcqMethod SCANATD
Instrument    :   5973N
Sample Name: aceton Technisch
Misc Info     :
Vial Number: 1
```

066531



File : D:\MSDCHEM\1\VALK2.D
Operator : bs
Acquired : 19 Nov 2001 11:46 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: aceton Technisch
Misc Info :
Vial Number: 1

Bijlage 3/9 aan proces-verbaalnummer 38336/2014

**Bijlage 3/10 aan proces-verbaalnummer 38336/2014**

```
File        : D:\MSDCHEM\1\VALK3A.D
Operator    : bs
Acquired    : 19 Nov 2001   12:26     using AcqMethod SCANATD
Instrument  :   5973N
Sample Name: monster de Valkeneer
Misc Info   :
Vial Number: 1
```

File : D:\MSDCHEM\1\VALK3A.D
Operator : bs
Acquired : 19 Nov 2001 12:26 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: monster de Valkeneer
Misc Info :
Vial Number: 1

**Bijlage 3/11 aan proces-verbaalnummer 38336/2014**



Bijlage 3/12 aan proces-verbaalnummer 38336/2014

File : D:\MSDCHEM\1\VALK3A.D
Operator : bs
Acquired : 19 Nov 2001 12:26 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: monster de Valkeneer
Misc Info :
Vial Number: 1



File : D:\MSDCHEM\1\VALK3A.D
Operator : bs
Acquired : 19 Nov 2001 12:26 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: monster de Valkeneer
Misc Info :
Vial Number: 1

Bijlage 3/13 aan proces-verbaalnummer 38336/2014



Bijlage 3/14 aan proces-verbaalnummer 38336/2014

File : D:\MSDCHEM\1\VALK3A.D
Operator : bs
Acquired : 19 Nov 2001 12:26 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: monster de Valkeneer
Misc Info :
Vial Number: 1

066537



File : D:\MSDCHEM\1\VALK3A.D
Operator : bs
Acquired : 19 Nov 2001 12:26 using AcqMethod SCANATD
Instrument : 5973N
Sample Name: monster de Valkeneer
Misc Info :
Vial Number: 1

Bijlage 3/15 aan proces-verbaalnummer 38336/2014



```
File         : D:\MSDCHEM\1\VALK3A.D
Operator     : bs
Acquired     : 19 Nov 2001   12:26      using AcqMethod SCANATD
Instrument   :    5973N
Sample Name: monster de Valkeneer
Misc Info    :
Vial Number: 1
```

**Bijlage 3/16 aan proces-verbaalnummer 38336/2014**





Bijlage 3/17 aan proces-verbaalnummer 38336/2014

Blank
Aceton HPLC
3003.92
1420.01
1358.24
1219.76
1091.95
901.77
784.75
1710.18
Aceton technisch
3003.85
1419.95
1358.40
1219.75
1091.91
901.63
785.50
1710.28
DV2
3505.81
3004.60
1359.59
1420.5
1222.01
1092.30
904.01
%T
4000.0
3000
2000
1500
1000
600.0
cm-1
C=O trilling
CH-trilling sp3 hybridisatie
OH-trilling (niet aanwezig in standaarden)

066540

Partial Sequence: C:\HPCHEM\1\SEQUENCE\SEQ_PE~1\DV1.S Page 1 of 1

Bijlage 3/12 aan proces-verbaalnummer 38336/2014

| Sel | Run | Location | Method | Datafile | SeqTable | Calib:RF:RT | Sample Name |
|---|---|---|---|---|---|---|---|
| Yes | 1 | Vial 61 | APCI1 | DV100000 | 01:01 | | ACN |
| Yes | 2 | Vial 61 | APCI1 | DV100001 | 01:02 | | ACN |
| Yes | 3 | Vial 62 | APCI1 | DV100002 | 02:01 | | ACO |
| Yes | 4 | Vial 62 | APCI1 | DV100003 | 02:02 | | ACO |
| Yes | 5 | Vial 63 | APCI1 | DV100004 | 03:01 | | DV2 |
| Yes | 6 | Vial 63 | APCI1 | DV100005 | 03:02 | | DV2 |

Bijlage 3/19 aan proces-verbaalnummer 38336/2014

| Sel | Run | Location | Method | Datafile | SeqTable | Calib:RF:RT | Sample Name |
|---|---|---|---|---|---|---|---|
| No | 1 | Vial 61 | 833SHORT | DV000000 | 01:01 | | ACN |
| No | 2 | Vial 61 | 833SHORT | DV000001 | 01:02 | | ACN |
| No | 3 | Vial 62 | 833SHORT | DV000002 | 02:01 | | ACO |
| No | 4 | Vial 62 | 833SHORT | DV000003 | 02:02 | | ACO |
| No | 5 | Vial 63 | 833SHORT | DV000004 | 03:01 | | DV2 |
| No | 6 | Vial 63 | 833SHORT | DV000005 | 03:02 | | DV2 |

**Bijlage 3/20 aan proces-verbaalnummer 38336/2014**

'3D' Signal Overlay

*DAD1 A, Sig=210,4 Ref=off (DV\DV100004.D)
*DAD1 A, Sig=210,4 Ref=off (DV\DV100001.D)
*DAD1 A, Sig=210,4 Ref=off (DV\DV100003.D)
mAU
500
400
300
200
100
0
??
substances non identifiees
ACETONE
ACETONITRILE
ACETONE DV2 du juge d'instruction
0
1
2
3
4
5
6
7
8
9
min

Bijlage 3/2 aan proces-verbaalnummer 38336/2014

066544

Bylage 3/22 aan PV 38336/2014

UV Apex spectrum of Peak 6.144 of DV100004.D
*DAD1, 6.146 (123 mAU,Apx) Ref=5.822 & 6.249 of DV100004.D
mAU
120
100
80
60
40
20
0
200
220
240
260
280
300
320
340
360
380
nm
pic 6.144 : ? ( Acetone DV2)



UV Apex spectrum of Peak 5.966 of DV100004.D
*DAD1, 5.965 (77.0 mAU, - ) Ref=5.822 & 6.249 of DV100004.D
Bijlage 3/23 aan proces-verbaalnummer 38336/2014
mAU
70
60
50
40
30
20
10
0
pic 5.966 : ? ( Acetone DV2)
200
220
240
260
280
300
320
340
360
380
nm