FD-302 (Rev. 5-8-10)                    - 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   10/02/2014

    BART SMEDTS, Senior Captain Belgian Air Force, was interviewed at the Royal Military Academy, Brussels, Belgium. Also present were Professor Michel Lefebvre, Head of the Laboratory for Energetic Materials at the Royal Military Academy's Department of Chemistry, Belgain Federal Police Investigators Wim Bonte and Christian Verstraeten, and FBI WFo Language Specialist Jill Werwinski. The interview was conducted in English. After being advised of the identity of the interviewing Agents and the nature of the interview, SMEDTS provided the following information:

    SMEDTS was in charge of the lab's testing in 2001 and was responsible for the testing of the chemicals recovered during the Trabelsi investigation.

    Belgian SEEDEE/DOVO (SEEDEE is how the organization is known in French, DOVO in Flemish) responds to a scene if explosives or chemicals are present. Thet are responsible for collecting the items and submitting them for analysis to the Royal Military Academy.

    SMEDTS opened the containers that the sulfur was in personally. The testing of the sulfur samples was very straightforward. He also tested the acetone samples that were submitted, which were also simple. After the analysis was completed, the containers and samples were returned to SEEDEE/DOVO. SEEDEE/DOVO was responsible for submitting everything into evidence and it should be in evidence at the court now with the rest of the evidence. The remaining liquid samples were returned to SEEDEE/DOVO.
 SMEDTS can see no reason those quantities of acetone or sulfur would be in a restaurant.

    SMEDTS is willing to testify in the United States about the work he did. He provided Investigator Bonte copies of the paperwork from their files. This included the report they provided to the Investigative Magistrate, as well as the report they provided back to SEEDEE/DOVO. The report to SEEDEE/DOVO contained the graphs from the testing. Investigator

Investigation on  09/10/2014  at  Brussels, Belgium (In Person)

Date drafted  09/18/2014

by  OCALLAGHAN MICHAEL R, Eric E Glassie

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-067589

FD-302a (Rev. 05-08-10)

▬▬▬▬▬▬▬

Continuation of FD-302 of  Bart Smedts                                            , On  09/10/2014 , Page  2 of 2

Bonte will include these reports with the Belgian reply to the U.S. Mutual Legal Assistance Treaty request.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

FD-302 (Rev. 5-8-10)         - 1 of 2 -                       

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/27/2018

BART SMEDTS was interviewed at the Belgian Federal Police Station, Brussels, Belgium. Also present for the interview were John Cummings, Assistance US Attorney, District of Columbia, and FBI Language Specialist Lara Medlej. After being advised of the identity of the interviewing Agent and the nature of the interview, SMEDTS provided the following information:

SMEDTS's current assignment is a Commander, Belgium Air Force, Headquarters, Brussels. In September 2001, SMEDTS was in charge of chemical analysis, Dienst Voor Operuiming En Vernietiging Van Ontploffingstuigen (DOVO), Royal Military Academy, Ministry of Defense. DOVO was where explosives were sent for analysis. The chemical analysis section would run samples through various machines, and after the machines completed their tests, they would use those results to write reports containing descriptions of the samples, identities of the compounds, and exam results. SMEDTS assisted Professor DeBisschop.

SMEDTS remembered the liquid and powder samples in question. They were received by Dominique Corbeille, who has since left DOVO. The analysis was fairly easy. They analyzed the samples using gas spectrometry, IR, UV, and differential scanning calorimetry (DSC) and used the results to write the final report. SMEDTS did not assist in writing the final report; it was written by Professor DeBisschop.

One of the samples came back as acetone. It was not common in the restaurant industry. In fact, there is no application in a restaurant; it is toxic. It is common in paints (as a dilutant), plastics, dry cleaning, and the chemical industry. It was very common in 2001 and easy to obtain. You could buy it from labs in large quantities; there was no need for a license or explanation. The sample contained two impurities. It was nothing significant; most likely a contaminant. This is common in organic chemicals/compounds.

The other sample was sulfur. SMEDTS wondered why sulfur because he thought it was "weird" but explainable. SMEDTS thought it could possibly enhance an improvised explosive device (IED) by adding a flammable characteristic. It was also possible to mix with chlorates to create an explosive.

**UNCLASSIFIED//FOUO**

Investigation on  10/01/2018  at  Brussels, Belgium (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  Date drafted  12/26/2018

by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

067550

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of Bart Smedts ,On 10/01/2018 ,Page 2 of 2

SMEDTS stated the storage containers the samples were found in were common.

SMEDTS explained they had a lab book; it was primarily for internal use for tracking and lab notes. SMEDTS was not sure if one existed for Nizar Trabelsi's case. There was no other documentation involved.

SMEDTS remembers the Belgiam Federal Police asking a lot of questions regarding TATP (triacetone triperoxide).