District of Brussels  
Court  
Of First Instance

Chambers of  
Investigating Magistrate  
* Mr.Chr. DE VALKENEER *

Tel. 02/508.71.62  
Fax 02/519.84.07  
Mention the name of the Magistrate when sending back.

Case File No. 97/2000

Sent to

The Public Prosecutor  
M. Michel

In Brussels

**EXTREMELY URGENT - DETAINED**

**Subject: Nizar TRABELSI [TRABELSI Nizar]**

In order to:

1. Obtain his point of view in regards to the destruction of the sulphur and the acetone after taking enough samples to perform additional tests.

Thank you,

Brussels, 03 December, 2001

Investigating Magistrate

[Signature]

Chr. DE VALKENEER

T_0002308