[This side of form Flemish translation of French]

P. 3

**PUBLIC PROSECUTOR'S OFFICE**
Rue Quatre Bras, 13
1000 BRUSSELS

Ref. 35.98.3996/00

Send Back with its attachments

In the reply and all subsequent correspondence use the reference above.

SENT TO MR.
My honored colleague
the Investigating Magistrate
Chief Commissary to the judiciary
Delegations or the officer in charge
the Commander of the Police station of the Brigade
The Police Commissioner
The Brigade Commissioner
The Chief of the Rural Police
The Rural Police

ATTACHMENTS:                                              To: Mr. De Valkeneer

[*handwritten*] In reply to his apostil of 03 December, 2001, I believe that the sulphur and the acetone which have been seized present some risks inherent to their being kept and due to the absence of a solution to this issue, they may be destroyed. It is important that the samples and the photographs which have been taken at the time of the seizure be attached to the case file.

Brussels, 03 December, 2001

Regards,
The Public Prosecutor

[Signature]
B. MICHEL

9/87

T_0002307