**Examination of the Accused** *[handwritten]* **443**

- 1 -

District of Brussels
COURT
OF
FIRST INSTANCE
-----------------
Chambers of
Investigating Magistrate
* **Christian DE VALKENEER** *

# EXAMINATION

Case File No.: 97/2000
Notice Nos.: 35.98.3996/2000

28 May, 2002 at 9:46 a.m.,

Before Us, Christian DE VALKENEER, Investigating Magistrate with the Court of First Instance in Brussels,
assisted by Mr. J. DE RIDDER, our Court Clerk,
In the presence of Mr. Christian VERSTRAETEN [VERSTRAETEN Christian] and Mr. Wim BONTE [BONTE Wim] of the Brussels SJA, who are guarding Mr. Trabelsi.

Appeared in our chambers at the Brussels Courthouse, the individual indicated below, who states he chooses the Arabic language for all of his statements during the proceedings.

With the assistance of Ms. Raja SNOUSSI [SNOUSSI Raja], born on 13 July, 1957, who takes the following oath:
"I swear to faithfully translate the dialogue to be communicated between those who speak different languages."
We formally acknowledge this and she responds as follows to the questions we ask her in that language:

I.M.: Please give your last names, first names, place and date of birth, legal address and/or place of residence?

R. **Nizar TRABELSI [TRABELSI Nizar]**
**Born in Sfax (Tunisia) on 22 July 1970,**
**residing in Uccle, at Avenue Mozart, 3, in Uccle,**
**Of Tunisian nationality**
**Currently detained at Forest Prison.**

I hereby inform you:
a) that you may request that all of the questions you are asked and the responses you give be officially recorded in the words used;
b) that your statements may be used as evidence in legal proceedings and that you have the right to remain silent;

*[signatures]*

TRABELSI TRANSLATED 24-001

**Examination of the Accused** - 2 -

c) that you have the right to request that measures of inquiry or hearings be held;
d) that you have the right to request a free copy of this process-verbal;

You read me a passage from the hearing of Ms. Amal Halim, held on 24 April, 2002 by Investigating Magistrate Ricard in Bastia.
Mention is made of (page 8) the paramilitary training that I allegedly underwent in Afghanistan and my alleged association with an individual named Moheib BOLLAH.
On pages 10 to 13, mention is made of a terrorist attack plot in which I was supposed to participate.
After discussing this with you for a long time, I can tell you that my spouse stated this because she was afraid of the police and the French legal system and also because she is worried about our son. She told me that she was pressured.

I would like to receive a copy of my statement, with my signature indicating receipt.
No one intervened in this examination and there is nothing specific to be mentioned.

**Hearing closed at 1:55 p.m.**
**Once read, confirmed and signed.**

*[signatures]*

TRABELSI TRANSLATED 24-002