*[handwritten]* **452**

1

DISTRICT OF BRUSSELS
COURT OF FIRST INSTANCE

Chambers of
Investigating Magistrate
*Christian DE VALKENEER *

PRO JUSTITIA
Examination * Interpreter*

Case File No. 97/2000
Notice Nos. 35.98.3996/02

5 June, 2002, 12:35 p.m.

Before Us, Christian DE VALKENEER, Investigating Magistrate with the Court of First Instance of Brussels,
Assisted by Mr. J. DE RIDDER, our Court Clerk,
Mr. BONTE and Mr. VERSTRAETEN from the Brussels SJA participate in the examination.

Appeared in our chambers at the Courthouse in Brussels, the individual indicated below,

With the assistance of Ms. Raja SNOUSSI [SNOUSSI Raja], born on 13 July, 1957, who takes the following oath: "I swear to faithfully translate the dialogue to be communicated between those who speak different languages." She states to us that she will use the Arabic language, her preferred language, for all of her statements during the proceedings.

We formally acknowledge this and she responds as follows to the questions we ask her in that language:

I.M.: Please give your last names, first names, place and date of birth, address and/or place of residence?

R. **Nizar TRABELSI [TRABELSI Nizar]**
**Born in Sfax (Tunisia) on 22 July 1970,**
**residing in Uccle, at Avenue Mozart, 3, in Uccle,**
**Of Tunisian nationality**
**Currently detained at Forest Prison.**

I hereby inform you:
   a) that you may request that all of the questions you are asked and the responses you give be officially recorded in the words used;
   b) that your statements may be used as evidence in legal proceedings and that you have the right to remain silent;
   c) that you have the right to request that measures of inquiry or hearings be held;
*[signatures]*

    d)   that you have the right to request a free copy of this process-verbal;

Mr. Trabelsi requests that Deputy Bernard MICHEL participate in the examination. Mr. MICHEL arrives at 1:00 p.m.

Mr. Bernard MICHEL leaves at 2:28 p.m.

I wrote you in order to meet you before the Court Chambers session scheduled for Friday, 7 June because I would like to give you some additional information.

I would also like to tell you that Abdelcrim El Haddouti [El Haddouti Abdelcrim] had absolutely no involvement with a terrorist attack plot in Belgium or elsewhere in Europe.

The information I am going to give you now will prove this to you.

As I already said before, I was the one who wrote down the different chemical products in the soccer book.

Contrary to what I previously stated, I did not write the name of these products at random.

I wrote them because I intended to purchase these various products in Europe.

Some of the products in the list were purchased by Abdelcrim El Haddouti [El Haddouti Abdelcrim] upon my request.

This includes the sulfur, acetone, and sulfuric acid.

I was with Abdelcrim El Haddouti [El Haddouti Abdelcrim] when these products were purchased at a store in Schaerbeek.

In fact, my command of French was not perfect at that time and I wanted El Haddouti to go with me to help me with the negotiations.

I told Abdelcrim El Haddouti [El Haddouti Abdelcrim] that I intended to send these products to Tunisia.

You point out that the shopkeeper from the store where these products were purchased did not recognize me.

I do not understand how that could be possible, because I am absolutely sure that I was with Abdelcrim El Haddouti [El Haddouti Abdelcrim].

I purchased nitrate, glycerin, aluminum powder and I product I would call black pellets when I was alone.

It is in Arabic in the soccer book.

As far as the glycerin goes, I purchased a total amount estimated at 60 to 80 liters. I purchased it at three pharmacies in Brussels, one of which is located near Place de Brouckère in a location that you say could correspond to Passage du Nord.

I bought 10 liters of glycerin three or four different times at that pharmacy.

I cannot tell you where the other two pharmacies are located, but I could find them if I were driven to the neighborhood where they are located.

As far as the sulfur and acetone that were found at LE NIL Restaurant, I was the one who brought them there because they were being stored in my apartment on Avenue Mozart at first.

I brought them to LE NIL Restaurant in a taxi.

The reason I moved them was because I intended to leave Avenue Mozart because I thought I was being watched by the police.

In fact, when my spouse was in Brussels, she received a

*[signatures]*

TRABELSI TRANSLATED 25-002

3

visit from some policemen who were selling cards for the police solidarity fund.
They insisted on entering the apartment and my spouse thought it was a trick, or maybe that they were even crooks.
As far as the nitrate is concerned, I purchased about 800 kilos of it.
I no longer remember the exact location where I purchased the nitrate.
However, it is possible that I will remember the location.
As far as the aluminum powder is concerned, I purchased five kilos of it at a paint store in Schaerbeek.
This store is located near Place Liedts; I could identify it to members of the Federal Police.
I also purchased some black pellets, which are actually products used in self-treatments. I purchased them at two or three stores in Molenbeek; it was around five kilos in all.
The nitrate, aluminum powder, glycerin, and black pellets were brought to someone's house who lives in Breda.
This person also provided 50 liters of hydrazine that s/he *[TC: gender not indicated in source document]* acquired in Amsterdam. I think these products must have been destroyed after I was arrested and that this individual must have left Europe.

I would like to remind you that during the confrontation on 28 March, 2002 with Mr. Tarek Maroufi [Maroufi Tarek], he stated that he would have warned the police if he had known about an attack.
He also stated that he gave his cell number to the Federal Police as a gesture of good faith.

The reason I purchased all of these chemical products is that I intended to build a bomb.
Abdelcrim El Haddouti [El Haddouti Abdelcrim] was my best friend and I could open up to him about a lot of my personal problems.
He works at a restaurant every evening and night from 4:00 p.m. to 6:00 in the morning and sleeps until 1:00 p.m. We would get together from time to time and he helped me not be so lonely.
He also shared with me that he planning to marry his cousin in Morocco. I never spoke to him about what I was planning to use these products for. If Mr. Abdelcrim El Haddouti [El Haddouti Abdelcrim] stated that he purchased these products on his own, it is because Mr. Abdelcrim El Haddouti [El Haddouti Abdelcrim] wanted to protect me because of what he had read about me in the newspapers.

*[signatures]*

TRABELSI TRANSLATED 25-003

4

You asked me if my statements needed to be corrected or added to.

**I would like to receive a copy of my hearing, with my signature indicating receipt.**

**Hearing closed at 6:48 p.m.**

No one intervened in this examination and there is nothing specific to be mentioned.

**Once read, confirmed and signed.**

[*signatures*]

TRABELSI TRANSLATED 25-004