(i)

Ramadan
4/12/21

Honorable Judge Moss

1) I'm muslim, human being, NO Slave for Nobody I'm NOT Going to Trial before The BELGium minister of justice send a New Dipl. Note To The U.S Government. As you know The U.S Government DiD push The minister of justice on November 2,19 To use (lying) about The BEl. low and The Treaty in her Dipl. Note you use This information against me. and As you know The U.S. Government Knew About The (lying) which mean They are Responsable for The misleading To The court and The Violation of my Right. I can't count how many Time you use The BELGium Dipl Note against me. the Fake/FAlS information About The low (BEl) and The (Treaty) I ASK you Do you accept This high level of Violation For yourself (8 years)? For This: This is The Democratic? This is The Fair

Trial. what you TALKING about? No judge in the world accept a FAKE information about the law when he know this is FAKE this is misleading. This is Disrespect to me, my lawyer my Right. " I'm Not The SLAVE from Nobody " if my lawyers Tell you lying or mislead you. you will be upset. but The Government can do it. your silence is a help for The Government, They know it. you Said. and you worry for my interest. my interest for you is. The Trial The conviction for The Second Time for The Same charge, and The Prison until my Death my faith is in The (GOD'S hand) Not in yours or The U.S. BELGIUM Gov. (GOD he Do Not sleep) I Won Already. against. The injustice. here and There. I'm Not Going To leave Nobody. Treat me like a Slave. I'm muslim. human being

③

2) I'm Not Going To Trial without

1) To Reid my 65,000 pages in Frensh ⎫
2) my lawyer Reid 65,000 page in english ⎬ Translat in 2 language
3) my lawyer meet The witness in europe and other country. I guess we Need 12 To 18 month That Depend The situation About The TRAVEL. COVID-19

you should know please That my ex lawyer Didn't Translate - Reid my case and meet The witness she was busy with The Extradission case since 2013 and she was busy with other case like Benghazi, iran — my New Lawyer will do The Necessary for my Diffence

3) and I Need my case The Document, The email The Evidence what you keep in your office-About The misleading From The U.S Government To Belgium Gov. you said there is No Evidence

Their. but The (WikeLeaks) Said yes. Their is all The EVIDENCE. my lawyer and, me we Deceid for my Diffence. That NoT Fair on November 2019 M. PETRAS Told you, That The U.S Government DiD put pressure of The BELGium Gov. you ASk her if she has The EVIDENCE? The EVIDENCE is in your office of your Desk. (GOD KNow iT) you Reid iT and Refuse To Give iT To me. EVERY human being on The earth KNow How The U.S Government put pressure, lying, manipulet, torter, mislead, corruption, KIDNAping, Killing, (W.DC is No 1) EVERY country in The World are under pressure in Their c war against The TERRoRisme, Even a baby in The stamach From his mother Know iT Except The U.S Honorable judge Moss. The 8 years waiting is Too much for you. you fed up Too longe horry up. I'm iN This situation I Suffer your injustice. mistreatment. all That because I'm Muslim

(3)

4) I Told you and I kepT my woRD. I will be always TRansparent That. How I will win. The TRuTh TRansparent and The paTience. I will conTinue To do iT and I'm NoT Going To leT Nobody TReaT me As a Slave. I'm muslim on 10/1/20 in your courT Room, you Told me always To leT you Know if I do NoT undersTand somThing. aT That Day you were VERy upseT and you DiDn'T have any paTience Due To my problem with my lawyers and due To my fighT in my case. you heard Mr Edward M GoezTC: I puT my hand in The aih 5 Time you Saw me and you Refuse To

leave me TALK About my problem, my suffering and to fight for my Right. you DID humiliated me, Disrespect me, and manipulated me for this Reason and too much other Reason wors I must follow what my GOD Tell me To do for my Dignity for my principle and for my Religion

I will ASK my lawyer To ASK you To get out from my case and to get another judge is a fair judge, you will accept or NOT I DON'T care, the most important Thing is to be TRANSPARENT with GOD, Sincere and to Tell you what I Think that can help you to Know who I'm. I'm NOT your slave I'm muslim. and I'm Going To win against the injustice in this life and front my and your God