(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE              **Date:** 10/20/2005

**To:** Washington Field              **Attn:** Draft Office

**From:** Washington Field Office
         CT-2
         **Contact:** ▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮

**Approved By:** ▮▮▮▮▮▮▮▮▮▮

**Drafted By:** ▮▮▮▮▮▮▮▮▮▮▮ ▮ wjb

**Case ID #:** ▮▮▮▮▮▮▮▮ (Pending)

**Title:** ▮▮▮▮

**Synopsis:** To request one-time payment to individual for services rendered.

**Details:** This communication is to document the request for a one-time payment of $2000 to AMAL ▮▮▮▮. The writer requests that $2000.00 from case funds be approved for this payment. As part of captioned investigation, the writer and case agent MICHAEL O'CALLAGHAN will interview ▮▮▮ in Paris, France in November 2005. ▮▮▮ is expected to provide information of significant value to assist captioned case.

♦♦

TravelersExpress. MoneyGram.

INTERNATIONAL MONEY ORDER

75-1618/919

[illegible]
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

[illegible]

PAY TO THE ORDER OF: FBI

[redacted]

PURCH[redacted] ...ERMS ON THE REVERSE SIDE

ADDRESS: 601 4th St NW Washington DC

TO AUTHENTICATE RUB HERE

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

*ISSUER/DRAWER:*
*TRAVELERS EXPRESS COMPANY, INC.*

[redacted]

REMOVE THIS STUB BEFORE CASHING    3    M 85963-M3

THE FRONT OF THE DOCUMENT HAS A MICRO PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY

75-1618/919

TravelersExpress. MoneyGram.

INTERNATIONAL MONEY ORDER

[illegible]
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

[illegible]

PAY TO THE ORDER OF: FBI

[redacted]

PURCHASER, SIGNER FOR DRAWER:

*PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE*

ADDRESS: 601 4th St NW Washington DC

TO AUTHENTICATE RUB HERE

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

*ISSUER/DRAWER:*
*TRAVELERS EXPRESS COMPANY, INC.*

[redacted]



