AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

NIZAR TRABELSI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06-CR-89

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Randolph D. MossU.S. District Judge
Name of JudgeTitle of Judge

7/17/2023
_____
Date